| TAXABLE YEAR **2024** | **California Corporation Franchise or Income Tax Return** | ■ | FORM **100** |

```
6322674      MVMT  92-1785217                    24
TYB  01-01-2024  TYE  12-31-2024
MVMT LABS INC

166 GEARY ST STE 1500 1853
SAN FRANCISCO      CA  94108
```

---

**Schedule Q Questions** *(continued on Side 2)*

**A**    **FINAL RETURN?**    ● ☐ Dissolved    ☐ Surrendered (withdrawn)    ☐ Merged/Reorganized    ☐ IRC Section 338 sale    ☐ QSub election

Enter date (mm/dd/yyyy) ● _____

**B  1.**  Is income included in a combined report of a unitary group? ............................................. ● ☐ Yes  ☒ No

If "Yes," indicate:    ☐ Wholly within CA (R&TC 25101.15)
☐ Within and outside of CA

**2.**  Is there a change in the members listed in Schedule R-7 from the prior year? ........................ ● ☐ Yes  ☐ No

**3.**  Enter the number of members (including parent or key corporation) listed in the Schedule R-7, Part I, Section A,
subject to income or franchise tax ● _____

**4.**  Is form FTB 3544 attached to the return? ........................................................... ● ☐ Yes  ☒ No

**C  1.**  During this taxable year, did this corporation or any of its subsidiaries acquire control or majority ownership (more than a 50% interest) in another legal entity? If yes, did the acquired entity(ies) own California real property (i.e., land, buildings), lease such property for a term of 35 years or more, or lease such property from a government agency for any term?  **If yes to both questions, answer yes** ...... ● ☐ Yes  ☒ No

**2.**  During this taxable year, did another person or legal entity acquire control or majority ownership (more than a 50% interest) of this corporation or any of its subsidiaries? If yes, did the acquired entity(ies) own California real property (i.e., land, buildings), lease such property for a term of 35 years or more, or lease such property from a government agency for any term?  **If yes to both questions, answer yes** .................................................................. ● ☐ Yes  ☒ No

**3.**  Has California real property (i.e., land, buildings) transferred to the corporation that was excluded from property tax reassessment under Revenue and Taxation Code Section 62(a)(2)? If yes, during this taxable year, has more than 50% of the voting stock of this corporation cumulatively transferred in one or more transactions and it was not reported on previous year's tax return?  **If yes to both questions, answer yes.** ..................................................... ● ☐ Yes  ☒ No

**(Yes requires filing of BOE-100-B statement, penalties may apply - see instructions.)**

| | | | | |
|---|---|---|---|---|
| State Adjustments | 1 Net income (loss) before state adjustments. See instructions ............... | ● | 1 | -16,625,537 |00 |
| | 2 Amount deducted for foreign or domestic tax based on income or profits from Schedule A ......... | ● | 2 | |00 |
| | 3 Amount deducted for tax under the provisions of the Corporation Tax Law from Schedule A ......... | ● | 3 | |00 |
| | 4 Interest on government obligations ............................................... | ● | 4 | |00 |
| | 5 Net California capital gain from Side 6, Schedule D, line 11 ............................. | ● | 5 | |00 |
| | 6 Depreciation and amortization in excess of amount allowed under California law. Attach form FTB 3885 ......... | ● | 6 | |00 |
| | 7 Net income from corporations not included in federal consolidated return. See instructions ......... | ● | 7 | |00 |
| | 8 Other additions. Attach schedule(s) ............................................... | ● | 8 | |00 |
| | 9 Total. Add line 1 through line 8 ................................................... | ● | 9 | -16,625,537 |00 |

| | | | | | |
|---|---|---|---|---|---|
| **State Adjustments (con't)** | 10 Intercompany dividend elimination. Attach Schedule H (100) | ● 10 | 00 | | |
| | 11 Dividends received deduction. Attach Schedule H (100) | ● 11 | 00 | | |
| | 12 Additional depreciation allowed under CA law. Attach form FTB 3885 | ● 12 | 00 | | |
| | 13 Capital gain from federal Form 1120, line 8 | ● 13 | 00 | | |
| | 14 Charitable Contributions | ● 14 | 00 | | |
| | 15 Other deductions. Attach schedule(s) | ● 15 | 00 | | |
| | 16 Total. Add line 10 through line 15 | | | ● 16 | 00 |
| | 17 Net income (loss) after state adjustments. Subtract line 16 from Side 1, line 9 | | | ● 17 -16,625,537 | 00 |
| **CA Net Income** | 18 Net income (loss) for state purposes. Complete Sch. R if apportioning or allocating income. See instructions | | | ● 18 | 00 |
| | 19 Net operating loss (NOL) deduction. See instructions | ● 19 | 00 | | |
| | 20 EZ, TTA, or LAMBRA NOL carryover deduction. See Instructions | ● 20 | 00 | | |
| | 21 Disaster loss deduction. See instructions | ● 21 | 00 | | |
| | 22 Net income for tax purposes. Combine line 19 through line 21. Then, subtract from line 18 | | | ● 22 | 00 |
| **Taxes** | 23 Tax. __8.8400__ % x line 22 (at least minimum franchise tax, if applicable). See instructions | | | ● 23 | 00 |
| | 24 Credit name _____ code ● _____ amount ▶ 24 | | 00 | | |
| | 25 Credit name _____ code ● _____ amount ▶ 25 | | 00 | | |
| | 26 To claim more than two credits, see instructions | ● 26 | 00 | | |
| | 27 Add line 24 through line 26 | | | ● 27 | 00 |
| | 28 **Balance**. Subtract line 27 from line 23 (at least minimum franchise tax, if applicable) | | | ● 28 | 00 |
| | 29 Alternative minimum tax. Attach Schedule P (100). See instructions | | | ● 29 | 00 |
| | 30 **Total tax**. Add line 28 and line 29 | | | ● 30 | 00 |
| **Payments** | 31 Overpayment from prior year allowed as a credit | ● 31 | 00 | | |
| | 32 **2024 Estimated tax payments**. See instructions | ● 32 | 00 | | |
| | 33 2024 Withholding (Form 592-B and/or 593). See instructions | ● 33 | 00 | | |
| | 34 Amount paid with extension of time to file tax return | ● 34 | 00 | | |
| | 35 Total payments. Add line 31 through line 34 | | | ● 35 | 00 |
| **Refund or Amount Due** | 36 **Use tax. This is not a total line**. See instructions | ● 36 | 00 | | |
| | 37 Payments balance. If line 35 is more than line 36, subtract line 36 from line 35 | | | ● 37 | 00 |
| | 38 **Use tax balance**. If line 36 is more than line 35, subtract line 35 from line 36 | | | ● 38 | 00 |
| | 39 **Franchise or income tax due**. If line 30 is more than line 37, subtract line 37 from line 30 | | | ● 39 | 00 |
| | 40 **Overpayment**. If line 37 is more than line 30, subtract line 30 from line 37 | | | ● 40 | 00 |
| | 41 Amount of line 40 to be credited to 2025 estimated tax | | | ● 41 | 00 |
| | 42 **Refund**. Subtract line 41 from line 40 | | | ● 42 | 00 |

See instructions to have the refund directly deposited.

☐ Checking
☐ Savings

**42a.** ● Routing number     **42b.** ● Type     **42c.** ● Account number

43 **a** Penalties and interest ● 43a | 00

**b** ● ☐ Check if estimate penalty computed using Exception B or C on form FTB 5806. See instructions.

44 **Total amount due**. Add line 38, line 39, line 41, and line 43a. Then, subtract line 40 from the result ◉ 44 | 00

## Schedule Q Questions *(continued from Side 1)*

**D** If the corporation filed on a water's-edge basis pursuant to R&TC Sections 25110 and 25113 in previous years, enter the date the water's-edge election ended .................... (mm/dd/yyyy) ● _____

**E** Was the corporation's income included in a consolidated federal return? .................... ● ☐ Yes ☒ No

**F** Principal business activity code. (**Do not** leave blank): .................... ● 513210
Business activity   SOFTWARE
Product or service   BLOCKCHAIN INFRASTRUCT

**G** Date incorporated (mm/dd/yyyy): 01/13/2023   Where: ● State DE   Country UNITED STATES

**Schedule Q Questions** *(continued on Side 3)*

**H** Date business began in California or date income was first derived from California sources .......................... (mm/dd/yyyy) • 01/13/2023

**I** Was the corporation an inactive business both within and outside of California during the taxable year? .............. • ☐ Yes ☒ No

**J** First return? ...................... • ☒ Yes ☐ No   If "Yes" and this corporation is a successor to a previously existing business, check the appropriate box.

• **(1)** ☐ Sole proprietorship **(2)** ☐ Partnership **(3)** ☐ Joint venture **(4)** ☐ Corporation **(5)** ☐ Other

(Attach statement showing name, address, and FEIN/SSN/ITIN of previous business.)

**K** "Doing business as" name. See instructions: ............................................................................ • _____

**L** At any time during the taxable year, was more than 50% of the voting stock:

1. Of the corporation owned by any single interest? ........................................................ • ☐ Yes ☒ No
2. Of another corporation owned by this corporation? ...................................................... • ☐ Yes ☒ No
3. Of this and one or more other corporations owned or controlled, directly or indirectly, by the same interests? ............ • ☐ Yes ☒ No

If 1 or 3 is "Yes," enter the country of the ultimate parent ............................... • _____

If 1, 2, or 3 is "Yes," furnish a statement of ownership indicating pertinent names, addresses, and percentages of stock owned.

If the owner(s) is an individual, provide the SSN/ITIN and see FTB 1131 EN-SP, for more information.

**M** Has the corporation included a reportable transaction or listed transaction within this return? (See instructions for definitions) ............ • ☐ Yes ☒ No

If "Yes," complete and attach federal Form 8886 for each transaction.

**N** Is this corporation apportioning or allocating income to California using Schedule R? .......................... • ☒ Yes ☐ No

**O** How many entities, if any, including this corporation, are claiming immunity from taxation in California under Public Law 86-272? • _____

**P** Corporation headquarters are: ..................... • **(1)** ☐ Within California **(2)** ☒ Outside of California, within the U.S. **(3)** ☐ Outside of the U.S.

**Q** Location of principal accounting records: 166 GEARY ST, STE 1500 #1853, SAN FRANCISCO, CA 94108

**R** Accounting method: ............................................................. • **(1)** ☐ Cash **(2)** ☒ Accrual **(3)** ☐ Other

**S** Does this corporation or any of its subsidiaries have a Deferred Intercompany Stock Account (DISA)? .................. • ☐ Yes ☒ No

If "Yes," enter the total balance of all DISAs .................. • $ _____

**T** Is this corporation or any of its subsidiaries a RIC? ...................................................... • ☐ Yes ☒ No

**U** Is this corporation treated as a REMIC for California purposes? ............................................ • ☐ Yes ☒ No

**V** 1. Is this corporation a REIT for California purposes? ...................................................... • ☐ Yes ☒ No

2. If question V1 is "Yes," does the entity own any qualified REIT subsidiaries that are incorporated or qualified with the California Secretary of State? If yes, see instructions .......................... • ☐ Yes ☒ No

**W** Is this corporation an LLC or limited partnership electing to be taxed as a corporation for federal purposes? .......... • ☐ Yes ☒ No

If "Yes", enter the effective date of the election (mm/dd/yyyy): _____

**X** Is this corporation to be treated as a credit union? ...................................................... • ☐ Yes ☒ No

**Y** Is the corporation under audit by the IRS or has it been audited by the IRS in a prior year? ...................... • ☐ Yes ☒ No

**Z** Have all required information returns (e.g. federal Forms 1099, 5471, 5472, 8300, 8865, etc.) been filed with the Franchise Tax Board? ☒ N/A ☐ Yes ☐ No

**AA** Does the taxpayer (or any corporation of the taxpayer's combined group, if applicable) own 80% or more of the stock of an insurance company? ◉ ☐ Yes ☒ No

**BB** Did the corporation file the federal Schedule UTP (Form 1120)? ............................................ • ☐ Yes ☒ No

**CC** Does any member of the combined report own an SMLLC or generate/claim credits that are attributable to an SMLLC? .......... • ☐ Yes ☒ No

**DD** 1. Has this business entity previously filed an unclaimed property Holder Remit Report with the State Controller's Office? .......... • ☐ Yes ☒ No

2. If "Yes," when was the last report filed? (mm/dd/yyyy) • _____ 3. Amount last remitted ■ $_____

| | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | |
|---|---|---|---|---|
| **Sign Here** | Signature of officer ▶ | Title GENERAL CO | Date | • Telephone 212-790-5700 |
| | Officer's email address (optional) GURMEHER.ALLAGH@CBIZ.COM | | | |
| **Paid Pre-parer's Use Only** | Preparer's signature ▶ GURMEHER ALLAGH | Date 10/13/25 | Check if self-employed ▶ ☐ | • PTIN P01228499 |
| | Firm's name (or yours, if self-employed) and address ▶ CBIZ ADVISORS, LLC 730 THIRD AVENUE, 11TH FLOOR NEW YORK, NY 10017 | | | • Firm's FEIN 88-1478669 • Telephone (212) 485-5500 |
| | May the FTB discuss this return with the preparer shown above? See instructions .......................... • ☒ Yes ☐ No | | | |

## Schedule A   Taxes Deducted. Use additional sheet(s) if necessary.

| (a)<br>Nature of tax | (b)<br>Taxing authority | (c)<br>Total amount | (d)<br>Nondeductible amount |
|---|---|---|---|
| SEE STATEMENT 1 | | | 00 |
| | | | 00 |

**Total.** Enter total of column (c) on Schedule F, line 17, and total of column (d) on Side 1, line 2 or line 3.
If the corporation uses California computation method to compute the net income, see instructions. ⊙ 202,226 ⊙ | 00

## Schedule F   Computation of Net Income. See instructions.

|  |  |  |  |
|---|---|---|---|
| **Income** | 1 a) Gross receipts or gross sales ⊙ 514,404 | | |
| | b) Less returns and allowance ⊙          c) Balance | 1c | 514,404 00 |
| | 2 Cost of goods sold. Attach federal Form 1125-A (California Schedule V) | 2 | 00 |
| | 3 Gross profit. Subtract line 2 from line 1c | 3 | 514,404 00 |
| | 4 Total dividends. Attach federal Schedule C (California Schedule H (100)) | 4 | 00 |
| | 5 a) Interest on obligations of the United States and U.S. instrumentalities | 5a | 00 |
| | b) Other interest. Attach schedule          SEE STATEMENT 2 | 5b | 1,303,394 00 |
| | 6 Gross rents | 6 | 00 |
| | 7 Gross royalties | 7 | 00 |
| | 8 Capital gain net income. Attach federal Schedule D (California Schedule D) | 8 | 00 |
| | 9 Ordinary gain (loss). Attach federal Form 4797 (California Schedule D-1) | 9 | 00 |
| | 10 Other income (loss). Attach schedule          SEE STATEMENT 3 | 10 | 2,405 00 |
| | 11 **Total income.** Add line 3 through line 10 | 11 | 1,820,203 00 |
| **Deductions** | 12 Compensation of officers. Attach federal Form 1125-E or equivalent schedule | 12 | 00 |
| | 13 Salaries and wages (not deducted elsewhere) | 13 | 3,818,310 00 |
| | 14 Repairs and maintenance | 14 | 00 |
| | 15 Bad debts | 15 | 00 |
| | 16 Rents | 16 | 67,913 00 |
| | 17 Taxes (California Schedule A). See instructions | 17 | 202,226 00 |
| | 18 Interest. Attach schedule | 18 | 00 |
| | 19 Charitable Contributions. Attach schedule | 19 | 00 |
| | 20 Depreciation. Attach fed Form 4562 & FTB 3885 ⊙  20          00 | | |
| | 21 Less depreciation claimed elsewhere on return ⊙ 21a          00 | 21b | 00 |
| | 22 Depletion. Attach schedule | 22 | 00 |
| | 23 Advertising | 23 | 366,164 00 |
| | 24 Pension, profit-sharing plans, etc. | 24 | 00 |
| | 25 Employee benefit plans | 25 | 48,623 00 |
| | 26 a) Total travel and entertainment ⊙ 446,966 | | |
| | b) Deductible amounts | 26b | 372,209 00 |
| | 27 Other deductions. Attach schedule          SEE STATEMENT 4 | 27 | 13,570,295 00 |
| | 28 Specific deduction for organizations under R&TC Section 23701r or 23701t. See instr | 28 | 00 |
| | 29 **Total deductions.** Add line 12 through line 28 | 29 | 18,445,740 00 |
| | 30 Net income before state adjustments. Subtract line 29 from line 11. Enter here and on Side 1, line 1 | 30 | -16,625,537 00 |

## Schedule J   Add-On Taxes and Recapture of Tax Credits. See instructions.

| | | |
|---|---|---|
| 1 LIFO recapture due to S corporation election, IRC Sec. 1363(d) deferral: $ | 1 | 00 |
| 2 Interest computed under the look-back method for completed long-term contracts (Attach form FTB 3834) | 2 | 00 |
| 3 Interest on tax attributable to installment: a Sales of certain timeshares and residential lots | 3a | 00 |
|              b Method for nondealer installment obligations | 3b | 00 |
| 4 IRC Section 197(f)(9)(B)(ii) election | 4 | 00 |
| 5 Credit recapture name: | 5 | 00 |
| 6 Combine line 1 through line 5, revise Side 2, line 39 or line 40, whichever applies, by this amount. Write "Schedule J" to the left of line 39 or line 40 | 6 | 00 |

MVMT LABS INC                                                                                           92-1785217

## Schedule V    Cost of Goods Sold

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 00 |
| 2 | Purchases | 2 | 00 |
| 3 | Cost of labor | 3 | 00 |
| 4 a | Additional IRC Section 263A costs. Attach schedule | 4a | 00 |
| b | Other costs. Attach schedule | 4b | 00 |
| 5 | Total. Add line 1 through line 4b | 5 | 00 |
| 6 | Inventory at end of year | 6 | 00 |
| 7 | Cost of goods sold. Subtract line 6 from line 5. Enter here and on Side 4, Schedule F, line 2 | 7 | 00 |

Method of inventory valuation ▶ _____

Was there any change in determining quantities, costs of valuations between opening and closing inventory? If "Yes," attach an explanation.  ☐ Yes  ☐ No

Enter California seller's permit number, if any ▶ _____

Check if the LIFO inventory method was adopted this taxable year for any goods. If checked, attach federal Form 970 ................. ☐

If the LIFO inventory method was used for this taxable year, enter the amount of closing inventory under LIFO .................. _____

Do the rules of IRC Section 263A (with respect to property produced or acquired for resale) apply to the corporation? .................. ☐ Yes  ☐ No

**The corporation may not be required to complete Schedules L, M-1, and M-2. See Schedule M-1 instructions for reporting requirements.**

## Schedule L    Balance Sheet

| Assets | Beginning of taxable year (a) | (b) | End of taxable year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 2,192,031 | | 29,697,191 |
| 2 a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | ( ) | ( ) | ( ) | |
| 3 Inventories | | | | |
| 4 Federal and state government obligations | | | | |
| 5 Other current assets. Attach sch(s) STMT 5 | | 526,737 | | 511,217 |
| 6 Loans to stockholders/officers. Att sch | | | | |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments. Attach sch(s) | | | | |
| 9 a Buildings and other fixed depreciable assets | | | 40,408 | |
| b Less accumulated depreciation | ( ) | | ( 6,022 ) | 34,386 |
| 10 a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 11 Land (net of any amortization) | | | | |
| 12 a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | ( ) | ( ) | ( ) | ( ) |
| 13 Other assets. Attach sch(s) STMT 6 | | 2,447,878 | | 7,949,762 |
| 14 Total assets | | 5,166,646 | | 38,192,556 |
| **Liabilities and Stockholders' Equity** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities. Att. sch(s) STMT 7 | | 4,580 | | 117,368 |
| 18 Loans from stockholders. Att. sch(s) | | 57,955 | | 57,955 |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities. Attach sch(s) | | | | |
| 21 Capital stock: a Preferred stock | | | | |
| b Common stock | 80 | 80 | 80 | 80 |
| 22 Paid-in or capital surplus. Attach reconciliation | | 9,329,621 | | 59,509,988 |
| 23 Retained earnings - Appropriated. Att. sch. | | | | |
| 24 Retained earnings - Unappropriated | | -4,225,590 | | -21,492,835 |
| 25 Adjustments to shareholders' equity. Att. sch. | | | | |
| 26 Less cost of treasury stock | | ( ) | | ( ) |
| 27 Total liabilities and stockholders' equity | | 5,166,646 | | 38,192,556 |

MVMT LABS INC    92-1785217

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return.
If the corporation **completed** federal **Schedule M-3 (Form 1120 /1120-F)**, see instructions.

| | | | | |
|---|---|---|---|---|
| 1 Net income per books | -17,267,245 | 7 Income recorded on books this year not included in this return (itemize) | | |
| 2 Federal income tax | | a Tax-exempt interest $ | | |
| 3 Excess of capital losses over capital gains | 4,434 | b Other $ | | |
| 4 Taxable income not recorded on books this year (itemize) | | c Total. Add line 7a and line 7b | | |
| 5 Expenses recorded on books this year not deducted in this return (itemize) | | 8 Deductions in this return not charged against book income this year (itemize) | | |
| a Depreciation $ 6,022 | | a Depreciation $ | | |
| b State taxes $ | | b State tax refunds $ | | |
| c Travel and entertainment $ 74,757 | | c Other $ 406,593 | STMT 9 | |
| d Other $ 963,088 | STMT 8 | d Total. Add line 8a through line 8c | | 406,593 |
| e Total. Add line 5a through line 5d | 1,043,867 | 9 Total. Add line 7c and line 8d | | 406,593 |
| 6 Total. Add line 1 through line 5e | -16,218,944 | 10 Net income per return. Subtract line 9 from line 6 | | -16,625,537 |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Side 5, Schedule L, line 24)

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | -4,225,590 | 5 Distributions: a Cash | |
| 2 Net income per books | -17,267,245 | b Stock | |
| 3 Other increases (itemize) | | c Property | |
| | | 6 Other decreases (itemize) | |
| | | 7 Total. Add line 5 and line 6 | |
| 4 Total. Add line 1 through line 3 | -21,492,835 | 8 Balance at end of year. Subtract line 7 from line 4 | -21,492,835 |

## Schedule D — California Capital Gains and Losses

### Part I  Short-Term Capital Gains and Losses - Assets Held One Year or Less. Use additional sheet(s) if necessary.

| (a) Kind of property and description (Example, 100 shares of Z Co.) | (b) Date acquired (mm/dd/yyyy) | (c) Date sold (mm/dd/yyyy) | (d) Gross sales price | (e) Cost or other basis plus expense of sale | (f) Gain (loss) (d) less (e) | |
|---|---|---|---|---|---|---|
| 1 | | | | | | 00 |
| | | | | | | 00 |
| 2 Short-term capital gain from installment sales from form FTB 3805E, line 26 or line 37 | | | | | 2 | 00 |
| 3 Unused capital loss carryover from 2023 | | | | | 3 | 00 |
| 4 Net short-term capital gain (loss). Combine line 1 through line 3 | | | | | 4 | 00 |

### Part II  Long-Term Capital Gains and Losses - Assets Held More Than One Year. Use additional sheet(s) if necessary.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 REALIZED CAPITAL LO | VARIOUS | 12/31/ 24 | 0. | 4,434. | -4,434 | 00 |
| | | | | | | 00 |
| 6 Enter gain from Schedule D-1, line 9 and/or any capital gain distributions | | | | | 6 | 00 |
| 7 Long-term capital gain from installment sales from form FTB 3805E, line 26 or line 37 | | | | | 7 | 00 |
| 8 Net long-term capital gain (loss). Combine line 5 through line 7 | | | | | 8 | -4,434 00 |
| 9 Enter excess of net short-term capital gain (line 4) over net long-term capital loss (line 8) | | | | | 9 | 00 |
| 10 Net capital gain. Enter excess of net long-term capital gain (line 8) over net short-term capital loss (line 4) | | | | | 10 | 00 |
| 11 Total lines 9 and 10. Enter here and on Form 100, Side 1, line 5. If losses exceed gains, carry forward losses to 2025 | | | | | 11 | 00 |

| TAXABLE YEAR **2024** | **Apportionment and Allocation of Income** | CALIFORNIA SCHEDULE **R** |
|---|---|---|

Attach this schedule behind the California tax return and prior to the supporting schedules.

For calendar year 2024 or fiscal year beginning month (mm/dd/yyyy) _____ , and ending (mm/dd/yyyy) _____ .

| Name as shown on your California tax return | SSN, ITIN, FEIN, CA corp no., or CA SOS file no. |
|---|---|
| MVMT LABS INC | 6322674 |

**Water's-Edge Filers Only: If controlled foreign corporations are included in the combined report, attach form FTB 2416.**

**Complete Schedule R (Side 1 and Side 2) and all applicable Schedules (R-1 through R-7). See General Information for Schedule R.**

| | | |
|---|---|---|
| 1 **a** Net income (loss) after state adjustments from Form 100 or Form 100W, Side 2, line 17; Form 100S, Side 2, line 14; Form 100X, line 4. Form 565 and Form 568 filers: Enter the total of line 1 through line 11c from Schedule K (565 or 568) less the total of line 12 through line 13e from Schedule K (565 or 568) | **1a** | -16,625,537 00 |
| **b** Water's-edge foreign investment interest offset from form FTB 2424, line 17 | **1b** | 00 |
| **c** Total. Combine line 1a and line 1b | **1c** | -16,625,537 00 |

**Nonbusiness Income (Loss) from All Sources.** See General Information A for definitions and examples.

| | | |
|---|---|---|
| 2 Dividends included on line 1a and not deducted on Form 100, Side 2, line 11; Form 100W, Side 2, lines 11a/b; or Form 100S, Side 2, lines 9 and 10 | **2** | 00 |
| 3 Interest. Attach schedule | **3** | 00 |
| 4 Net income (loss) from the rental of property from Schedule R-3, line 3, column (c) | **4** | 00 |
| 5 Royalties. Attach schedule | **5** | 00 |
| 6 Gain (loss) from the sale of assets from Schedule R-4, line 2, column (e) | **6** | 00 |
| 7 Gain (loss) from sale of a nonbusiness interest in a partnership or LLC. Attach sch | **7** | 00 |
| 8 Miscellaneous nonbusiness income (loss). Attach schedule | **8** | 00 |
| 9 Total nonbusiness income (loss). Combine line 2 through line 8 | **9** | 00 |

**Business Income (Loss) before Apportionment** (subject to a separate apportionment formula)

| | | |
|---|---|---|
| 10 Business income (loss) from nonunitary partnership or LLC | **10** | 00 |
| 11 Income (loss) from a separate trade or business. Attach supplemental Schedule R | **11** | 00 |
| 12 Business income (loss) deferred from prior years. See General Information L | **12** | 00 |
| 13 Capital gain (loss) netting subject to separate apportionment. See Gen Information M | **13** | 00 |
| 14 Total separately apportionable business income (loss). Combine line 10 through line 13 | **14** | 00 |
| 15 Tot business inc (loss) subject to apportionment for this trade or business, subtract the sum of ln 9 and ln 14 from ln 1c | **15** | -16,625,537 00 |
| 16 Interest offset from Schedule R-5, line 7 or line 16 (California domiciliaries only) | **16** | 00 |
| 17 Business income (loss) for this trade or business subject to apportionment. Combine line 15 and line 16 | **17** | -16,625,537 00 |
| 18 **a** Apportionment percentage from Schedule R-1, Part A, line 2 or Part B, line 5 | **18a** | .0000 % |
| **b** Business income (loss) apportioned to California. Multiply line 17 by line 18a | **18b** | 0 00 |

**Nonbusiness Income (Loss) Allocable to California.** If no income (loss) is allocable to California, do not complete line 19 through line 26, enter -0- on line 27 and go to Side 2, line 28.

| | | |
|---|---|---|
| 19 Dividends and interest income (if taxpayer's commercial domicile is in California): | | |
| **a** Dividends included in line 2 above | **19a** | 00 |
| **b** Interest included in line 3 above | **19b** | 00 |
| 20 Net income (loss) from the rental of property within California from Schedule R-3, line 3, column (b) | **20** | 00 |
| 21 Royalties. Attach schedule | **21** | 00 |
| 22 Gain (loss) from the sale of assets within California from Schedule R-4, line 2, total of column (b) and column (d). Combined reporting groups, see General Information M | **22** | 00 |
| 23 Gain (loss) from sale of a nonbusiness interest in a partnership or LLC. Attach schedule | **23** | 00 |
| 24 Miscellaneous nonbusiness income (loss). Attach schedule | **24** | 00 |
| 25 Total nonbusiness income (loss) allocable to California. Combine line 19a through line 24 | **25** | 00 |
| 26 Interest offset from line 16 allocated to income included on line 19a and line 19b (California domiciliary only). See General Information J | **26** | 00 |
| 27 Net nonbusiness income (loss) allocable to California. Subtract line 26 from line 25 | **27** | 00 |

■

| Name as shown on your California tax return | SSN, ITIN, FEIN, CA corp no., or CA SOS file no.. |
|---|---|
| MVMT LABS INC | 6322674 |

**California Business Income (Loss)** subject to a separate apportionment formula.

28 California business income (loss) from a nonunitary partnership or LLC ............. • **28** | | 00 |

29 California income (loss) from a separate trade or business. Attach supplemental schedule R. ........................ • **29** | | 00 |

30 California business income (loss) deferred from prior yrs. See General Information L • **30** | | 00 |

31 Total business income (loss) separately apportioned to California. Combine line 28 through line 30 .............................. • **31** | | 00 |

**Net Income (Loss) for California Purpose**

32 Post-apportioned and allocated amounts from capital gain (loss) netting. See General Information M ........................ • **32** | | 00 |

33 Net income (loss) for California purposes before contributions adjustment. Combine lines 18b, 27, 31, and 32 ............. • **33** | 0 | 00 |

34 Contributions adjustment from Schedule R-6, line 15 .............................. • **34** | | 00 |

35 Net income (loss) for California purposes. Combine line 33 and line 34. Enter here and on Form 100 or Form 100W, Side 2, line 18 or Form 100S, Side 2, line 15 ....................... • **35** | 0 | 00 |

## Complete the applicable Schedules R-1 through R-7, starting on Side 3.

| Name as shown on your California tax return | SSN, ITIN, FEIN, CA corp no., or CA SOS file no. |
|---|---|
| MVMT LABS INC | 6322674 |

## Schedule R-1   Apportionment Formula.

**Part A  Standard Method - Single-Sales Factor Formula.** Complete this part only if the corporation uses the single-sales factor formula.

| See General Information G and Specific Instructions. | (a) Total within and outside California | (b) Total within California | (c) Percent within California ((b) ÷ (a)) x 100 |
|---|---|---|---|
| **1 Sales:** Gross receipts, less returns, and allowances | 514,404 | | |
| **a** Sales delivered or shipped to California purchasers. | | | |
| (i) Shipped from outside California | | 0 | |
| (ii) Shipped from within California | | 0 | |
| **b** Sales shipped from California to: | | | |
| (i) The United States Government | | 0 | |
| (ii) Purchasers in a state where the taxpayer is not taxable | | ● 0 | |
| **c** Total other gross receipts | ● | | |
| (i) Sales from services | | ● | |
| (ii) Sales or other income from intangibles | | ● | |
| (iii) Sales from rental, leasing or licensing of tangible or real property | | ● | |
| (iv) Sales from other gross receipts | | ● | |
| **d** Sales from partnerships or LLCs treated as partnerships | ● | ● | |
| **Total sales** | ● 514,404 | ● 0 | |
| **2 Apportionment percentage.** Divide total sales column (b) by total sales column (a) and multiply the result by 100. Enter the result here and on Schedule R, Side 1, line 18a. See General Information H | | | ● .0000 % |

**Part B  Three-Factor Formula.** Complete this part only if the corporation uses the three-factor formula.

| | (a) Total within and outside California | (b) Total within California | (c) Percent within California ((b) ÷ (a)) x 100 |
|---|---|---|---|
| **1  Property:** Use the average yearly value of owned real and tangible personal property used in the business at original cost. See General Information E. Exclude property not connected with the business and the value of construction in progress. | | | |
| Inventory | | | |
| Buildings | | | |
| Machinery and equipment (including delivery equipment) | | | |
| Furniture and fixtures | | | |
| Land | | | |
| Other tangible assets. Attach schedule | | | |
| Rented property used in the business. See General Information E | | | |
| **Total property** | ● | ● | ● % |
| **2  Payroll:** Use employee wages, salaries, commissions, and other compensation related to business income. See General Information F. | | | |
| **Total payroll** | ● | ● | ● % |
| **3  Sales:** Gross receipts, less returns, and allowances. See General Information G and Specific Instructions | | | |
| **a** Sales delivered or shipped to California purchasers. | | | |
| (i) Shipped from outside California | | | |
| (ii) Shipped from within California | | | |
| **b** Sales shipped from California to: | | | |
| (i) The United States Government | | | |
| (ii) Purchasers in a state where the taxpayer is not taxable | | | |
| **c** Total other gross receipts | ● | ● | |
| **Total sales** | ● | ● | ● % |
| **4  Total percent.** Add the percentages in col (c) | | | % |
| **5  Apportionment percentage.** Divide line 4 by 3, enter the result here and on Schedule R, Side 1, line 18a. See General Information H | | | ● % |

| Name as shown on your California tax return | SSN, ITIN, FEIN, CA corp no., or CA SOS file no. |
|---|---|
| MVMT LABS INC | 6322674 |

## Schedule R-2 Sales and General Questionnaire. Attach additional sheets if necessary.

1 Describe briefly the nature and location(s) of the California business activities. _____
SOFTWARE

2 State the exact title and principal business activity of all joint ventures, partnerships, or LLCs in which the corporation has an interest. _____
NA

3 Does the California sales figure on Schedule R-1 (or a comparable schedule in a combined report) include all sales shipped from California where the purchaser is the U.S. Government? ⊙ [X] Yes [ ] No If "No," explain. ⊙ _____

4 Does the California sales figure on Schedule R-1 (or a comparable schedule in a combined report) include all sales shipped from California to states in which the taxpayer is not subject to tax? See General Information G and Specific Instructions. ⊙ [X] Yes [ ] No If "No," explain. ⊙ _____

5 a Did the taxpayer use reasonable approximation to assign sales under Schedule R-1, Part A, line 1c (i)-(iv)? ............. • [ ] Yes [X] No
If "Yes," provide a brief description. _____

b Did the taxpayer change reasonable approximation method to assign sales from the last tax return filed? See Specific Instructions ......... ⊙ [ ] Yes [X] No
If "Yes," provide a brief description of the new method. ⊙ _____

6 Are the nonbusiness items reported on Schedule R, Side 1, line 2 through line 8, and the apportionment factor items reported on Schedule R-1 treated consistently on all state tax returns filed by the taxpayer? ⊙ [X] Yes [ ] No If "No," explain. ⊙ _____

7 Has this corporation or any member of its combined unitary group changed the way income is apportioned or allocated to California from prior year tax returns? See General Information I. ⊙ [X] Yes [ ] No If "Yes," explain. ⊙ _____

8 Does the California sales figure on Schedule R-1 (or comparable sch in a combined report) include all sales shipped to California destinations? ⊙ [X] Yes [ ] No
If "No," indicate the name of the selling member and the nature of the sales activity believed to be immune. ⊙ _____

9 Does the California sales figure on Schedule R-1 (or a comparable schedule in a combined report) include all sales delivered to customers outside California which have an ultimate destination in California? ⊙ [X] Yes [ ] No If "No," explain. ⊙ _____

## Schedule R-3 Net Income (Loss) from the Rental of Nonbusiness Property

| | | (a) Total outside California | (b) Total within California | (c) Total outside and within California (a) + (b) |
|---|---|---|---|---|
| 1 | Income from rents .................. | | | |
| 2 | Rental deductions .................. | | | |
| 3 | Net income (loss) from rents. Subtract line 2 from line 1. Enter the result here and enter column (c) on Side 1, line 4; enter column (b) on Side 1, line 20 .................. | | ⊙ | ⊙ |

## Schedule R-4 Gain (Loss) from the Sale of Nonbusiness Assets

California sales of nonbusiness assets include transactions involving: (1) real property located in California; (2) tangible personal property, if it had a situs in California at the time of sale, or if the corporation is commercially domiciled in California and not taxable in the state where the property had a situs at the time of sale; and (3) intangible personal property if the corporation's commercial domicile is in California or the income is otherwise allocable to California.

| Description of property sold | Real estate and other tangible assets | | Intangible assets | | Total |
|---|---|---|---|---|---|
| | (a) Gain (loss) from outside California | (b) Gain (loss) from within California | (c) Gain (loss) from outside California | (d) Gain (loss) from within California | (e) Gain (loss) (a) + (b) +(c) + (d) |
| 1 | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| 2 Total gain (loss) ............ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |

Enter total gain (loss) line 2, column (e) on Side 1, line 6 and enter total of line 2, columns (b) and (d) on Side 1, line 22.

| Name as shown on your California tax return | SSN, ITIN, FEIN, CA corp no., or CA SOS file no. |
|---|---|
| MVMT LABS INC | 6322674 |

**Schedule R-5**  **Computation of Interest Offset**. Complete only if there are entries on line 2 and/or line 3 of Schedule R and if Schedule R-1 is required. See General Information J. **(California domiciliary only)**

| | | | |
|---|---|---|---|
| 1 Total interest expense deducted | 1 | | |
| 2 Water's-edge foreign investment interest offset from Side 1, line 1b | 2 | | |
| 3 Balance. Subtract line 2 from line 1 | 3 | | |
| 4 Total interest income (Form 100 or Form 100W, Side 1, line 4 and Schedule F, line 5a and line 5b; or Form 100S, Side 1, line 3 and interest income included on Schedule F, line 5 or Schedule K, line 4) | 4 | | |
| 5 Nonbusiness interest income from Side 1, line 3 | 5 | | |
| 6 Business interest income. Subtract line 5 from line 4 | | 6 | |
| 7 Excess interest expense over business interest income. Subtract line 6 from line 3. If line 6 exceeds line 3, enter -0- here and on Side 1, line 16, and **do not** complete the rest of this schedule ◉ | | 7 | |
| 8 Total dividend income | 8 | | |
| 9 Deducted dividends from Form 100, Side 2, lines 10 and 11; Form 100W, Side 2, lines 10 and 11a/b; or Form 100S, Side 2, lines 9 and 10 | 9 | | |
| 10 Net dividend income. Subtract line 9 from line 8 | | 10 | |
| 11 Business dividend income | 11 | | |
| 12 Deducted dividends from Form 100, Side 2, lines 10 and 11; Form 100W, Side 2, lines 10 and 11a/b; or Form 100S, Side 2, lines 9 and 10, attributable to business dividend income | 12 | | |
| 13 Net business dividend income. Subtract line 12 from line 11 | | 13 | |
| 14 Net nonbusiness dividend income. Subtract line 13 from line 10 | | 14 | |
| 15 Total nonbusiness interest and dividend income. Add line 5 and line 14 | | 15 | |
| 16 Enter the lesser of line 7 or line 15. Enter here and on Side 1, line 16 ◉ | | 16 | |

If interest and/or dividend income is reported on Side 1, line 19a or line 19b, enter the allocable portion of Schedule R-5, line 16 on Side 1, line 26.
See General Information J. If no interest or dividend income is reported on Side 1, line 19a or line 19b, **do not** deduct any interest expense on Side 1, line 26.

**Schedule R-6**    **Contributions Adjustment**. See General Information N.

| | | |
|---|---|---|
| 1 Total contributions paid (current year and carryover amount) | 1 | |
| 2 Net income (loss) after state adjustments from Side 1, line 1c | 2 | |
| 3 Portion of dividends deductible under R&TC Sections 24410 and 24411 (from Form 100, Side 2, line 11; Form 100W, lines 11a/b; or Form 100S, lines 9 and 10), and other adjustments. See General Information N | 3 | |
| 4 Contributions deducted on Form 100, Form 100W, or Form 100S | 4 | |
| 5 Total. Add line 2 through line 4. If zero or less, enter -0- | 5 | |
| 6 Multiply line 5 by 10% (.10) | 6 | |
| 7 Net income (loss) for state purposes before contributions adjustment from Side 2, line 33 | 7 | |
| 8 Business dividends deductible on line 3 multiplied by the average apportionment percentage from Schedule R-1, Part A, line 2 or Part B, line 5 | 8 | |
| 9 Amount of line 3 attributable to nonbusiness dividends reported on Side 1, line 19a | 9 | |
| 10 Contributions deducted (from line 4 above) multiplied by the average apportionment percentage from Schedule R-1, Part A, line 2 or Part B, line 5 | 10 | |
| 11 Total. Add line 7 through line 10. If zero or less, enter -0- | 11 | |
| 12 Multiply line 11 by 10% (.10) | 12 | |

**Contributions Adjustment**

| | | |
|---|---|---|
| 13 Enter the amount shown on line 10 | 13 | |
| 14 Amount of contributions allowable: | | |
| a If line 1 equals or exceeds line 6, enter the lesser of line 1 or line 12 | 14a | |
| b If line 1 is less than line 6, divide line 11 by line 5. Then multiply line 1 by the result and enter here | 14b | |
| 15 Contributions adjustment. Subtract line 14a or line 14b from line 13. Enter here and on Side 2, line 34. If the result is a negative amount, enter in brackets ◉ | 15 | |

| TAXABLE YEAR **2024** | **Corporation Depreciation and Amortization** |  | 92-1785217 CALIFORNIA FORM **3885** |
|---|---|---|---|

Attach to Form 100 or Form 100W.

| Corporation name | California corporation number |
|---|---|
| MVMT LABS INC | 6322674 |

### Part I   Election To Expense Certain Property Under IRC Section 179

| | | |
|---|---|---|
| 1 Maximum deduction under IRC Section 179 for California | 1 | $25,000 |
| 2 Total cost of IRC Section 179 property placed in service | 2 | |
| 3 Threshold cost of IRC Section 179 property before reduction in limitation | 3 | $200,000 |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 Dollar limitation for taxable year. Subtract line 4 from line 1. If zero or less, enter -0- | 5 | |

| **(a)** Description of property | **(b)** Cost (business use only) | **(c)** Elected cost | |
|---|---|---|---|
| 6 | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 Listed property (elected IRC Section 179 cost) | 7 | | |
| 8 Total elected cost of IRC Section 179 property. Add amounts in column (c), line 6 and line 7 | 8 | | |
| 9 Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | | |
| 10 Carryover of disallowed deduction from prior taxable years | 10 | | |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | 11 | | |
| 12 IRC Section 179 expense deduction. Add line 9 and line 10, but do not enter more than line 11 | 12 | | |
| 13 Carryover of disallowed deduction to 2025. Add line 9 and line 10, less line 12 | 13 | | |

### Part II   Depreciation and Election of Additional First Year Depreciation Deduction Under R&TC Section 24356

| **(a)** Description of property | **(b)** Date acquired (mm/dd/yyyy) | **(c)** Cost or other basis | **(d)** Depreciation allowed or allowable in earlier years | **(e)** Depreciation method | **(f)** Life or rate | **(g)** Depreciation for this year | **(h)** Additional first year depreciation |
|---|---|---|---|---|---|---|---|
| 14 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

15 Add the amounts in column (g) and column (h). The total of column (h) may not exceed $2,000.
   See instructions for line 14, column (h) ... 15

### Part III   Summary

16 Total: If the corporation is electing:
   IRC Section 179 expense, add the amount on line 12 and line 15, column (g) **or**
   Additional first year depreciation under R&TC Section 24356, add the amounts on line 15, columns (g) and (h) **or**
   Depreciation (if no election is made), enter the amount from line 15, column (g) ... ⊙ 16

17 Total depreciation claimed for federal purposes from federal Form 4562, line 22 ... ⊙ 17

18 Depreciation adjustment. If line 17 is greater than line 16, enter the difference here and on Form 100 or Form 100W, Side 1, line 6.
   If line 17 is less than line 16, enter the difference here and on Form 100 or Form 100W, Side 2, line 12. (If California depreciation
   amounts are used to determine net income before state adjustments on Form 100 or Form 100W, no adjustment is necessary.) ... ⊙ 18

### Part IV   Amortization

| **(a)** Description of property | **(b)** Date acquired (mm/dd/yyyy) | **(c)** Cost or other basis | **(d)** Amortization allowed or allowable in earlier years | **(e)** R&TC Section (see instructions) | **(f)** Period or percentage | **(g)** Amortization for this year |
|---|---|---|---|---|---|---|
| 19   1   SECTION 174 DOMESTIC | | | | | | |
| | 07/01/23 | 1,872,450. | 187,245. | | 60M | 374,490 |
|   2   SECTION 174 FOREIGN | | | | | | |
| | 07/01/24 | 963,088. | 0. | | 180M | 32,103 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 20 Total. Add the amounts in column (g) | 20 | 406,593 | |
| 21 Total amortization claimed for federal purposes from federal Form 4562, line 44 | 21 | 406,593 | |
| 22 Amortization adjustment. If line 21 is greater than line 20, enter the difference here and on Form 100 or Form 100W, Side 1, line 6. If line 21 is less than line 20, enter the difference here and on Form 100 or Form 100W, Side 2, line 12 | ⊙ 22 | 0 | |

439281   12-18-24          022          7621244          FTB 3885  2024

022
Date Accepted _____

**DO NOT MAIL THIS FORM TO THE FTB**

| TAXABLE YEAR | | FORM |
|---|---|---|
| **2024** | **California e-file Return Authorization for Corporations** | **8453-C** |

| Corporation name | California Corporation No., CA SOS file no., or FEIN |
|---|---|
| MVMT LABS INC | 6322674 |

**Part I    Tax Return Information**  (whole dollars only)

| | | |
|---|---|---|
| **1** | Total income (Form 100, line 9; Form 100S, line 8; Form 100W, line 9 or Form 100X, line 6) ................... | **1** −16,625,537 |
| **2** | Taxable income (Form 100, line 22; Form 100S, line 20; Form 100W, line 22 or Form 100X, line 10) ........... | **2** _____ |
| **3** | Refund (Form 100, line 42; Form 100S, line 43; Form 100W, line 39 or Form 100X, line 31) ................... | **3** _____ |
| **4** | Total amount due (Form 100, line 44; Form 100S, line 45; Form 100W, line 41 or Form 100X, line 30) ......... | **4** _____ |

**Part II    Settle the Account Electronically for Taxable Year 2024**

**5** ☐ Direct deposit of refund (For Forms 100, 100S, and 100W only.)

**6** ☐ Electronic funds withdrawal

    **6a** Tax amount _____   **6b** Withdrawal date (mm/dd/yyyy) _____

    **6c** PTE amount (for Form 100S only) _____   **6d** Withdrawal date (mm/dd/yyyy) _____

**Part III    Schedule of Estimated Tax Payments for Taxable Year 2025**
(These are **not** installment payments for the current amount the corporation owes.)

| | First Payment | Second Payment | Third Payment | Fourth Payment |
|---|---|---|---|---|
| **7** Amount | | | | |
| **8** Withdrawal Date (mm/dd/yyyy) | | | | |

**Part IV    Pass-Through Entity (PTE) Elective Tax Payment for Taxable Year 2025**    (for Form 100S only)

| | First Payment |
|---|---|
| **9** Amount | |
| **10** Withdrawal Date (mm/dd/yyyy) | |

**Part V    Banking Information**  (Have you verified the corporation's banking information?)

**11** Routing number _____

**12** Account number _____        **13** Type of account: ☐ Checking    ☐ Savings

**Part VI    Declaration of Officer**

I authorize the corporate account to be settled as designated in Part II. If I check Part II, box 5, I declare that the bank account specified in Part V for the direct deposit refund agrees with the authorization stated on my return. If I check Part II, box 6, I authorize an electronic funds withdrawal for the amount listed on line 6a, line 6c, any estimate payment amounts listed on Part III, line 7, and the amount listed on Part IV, line 9 from the bank account specified in Part V.

Under penalties of perjury, I declare that I am an officer of the above corporation and that the information I provided to my electronic return originator (ERO), transmitter, or intermediate service provider and the amounts in Part I above agree with the amounts on the corresponding lines of the corporation's 2024 California income tax return. To the best of my knowledge and belief, the corporation's return is true, correct, and complete. If the corporation is filing a balance due return, I understand that if the Franchise Tax Board (FTB) does not receive full and timely payment of the corporation's tax liability, the corporation will remain liable for the tax liability and all applicable interest and penalties. I authorize the corporation return and accompanying schedules and statements be transmitted to the FTB by the ERO, transmitter, or intermediate service provider. **If the processing of the corporation's return or refund is delayed, I authorize the FTB to disclose to the ERO or intermediate service provider the reason(s) for the delay or the date when the refund was sent.**

**Sign Here**  ▶ _____ | _____ ▶ GENERAL COUNSEL _____
          Signature of officer           Date          Title

19421013  150872  327998                    2024.04031 MVMT LABS INC                    327998_1

022

## Part VII   Declaration of Electronic Return Originator (ERO) and Paid Preparer.   See instructions

I declare that I have reviewed the above corporation's return and that the entries on form FTB 8453-C are complete and correct to the best of my knowledge. (If I am only an intermediate service provider, I understand that I am not responsible for reviewing the corporation's return. I declare, however, that form FTB 8453-C accurately reflects the data on the return.) I have obtained the corporate officer's signature on form FTB 8453-C before transmitting this return to the FTB; I have provided the corporate officer with a copy of all forms and information that I will file with the FTB, and I have followed all other requirements described in FTB Pub. 1345, 2024 Handbook for Authorized e-file Providers. I will keep form FTB 8453-C on file for **four** years from the due date of the return or **four** years from the date the corporation return is filed, whichever is later, and I will make a copy available to the FTB upon request. If I am also the paid preparer, under penalties of perjury, I declare that I have examined the above corporation's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I make this declaration based on all information of which I have knowledge.

| ERO Must Sign | ERO's signature ▶ GURMEHER ALLAGH | Date 10/13/25 | Check if also paid preparer [X] | Check if self-employed [ ] | ERO's PTIN P01228499 |
| --- | --- | --- | --- | --- | --- |
| | Firm's name (or yours if self-employed) and address ▶ CBIZ ADVISORS, LLC | | | Firm's FEIN 88-1478669 | |
| | 730 THIRD AVENUE, 11TH FLOOR NEW YORK, NY | | | ZIP code 10017 | |

Under penalties of perjury, I declare that I have examined the above corporation's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I make this declaration based on all information of which I have knowledge.

| Paid Preparer Must Sign | Paid preparer's signature ▶ GURMEHER ALLAGH | Date | Check if self-employed [ ] | Paid preparer's PTIN |
| --- | --- | --- | --- | --- |
| | Firm's name (or yours if self-employed) and address ▶ | | Firm's FEIN | |
| | | | ZIP code | |

Side 2    FTB 8453-C 2024

439102  12-30-24

19421013  150872  327998                    2024.04031 MVMT LABS INC                    327998_1

MVMT LABS INC                                                                92-1785217

| FORM 100/100W, SCHEDULE A | TAXES DEDUCTED | | STATEMENT 1 |
|---|---|---|---|
| (A) NATURE OF TAX  AND  (B) TAXING AUTHORITY | | (C) TOTAL TAXES | (D) NONDED AMOUNT |
| DE FRANCHISE TAX | | 2,459. | |
| LICENSES AND FEES | | 60. | |
| PAYROLL TAXES | | 199,707. | |
| TOTAL TO FORM 100/100W, SCHEDULE A | | 202,226. | |

| FORM 100/100W, SCHEDULE F | INTEREST INCOME | STATEMENT 2 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| INTEREST INCOME | | 1,303,394. |
| TOTAL TO FORM 100/100W, SCHEDULE F | | 1,303,394. |

| FORM 100/100W, SCHEDULE F | OTHER INCOME | STATEMENT 3 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| OTHER INCOME | | 2,405. |
| TOTAL TO FORM 100/100W, SCHEDULE F | | 2,405. |

MVMT LABS INC                                                                    92-1785217

---

| FORM 100/100W, SCHEDULE F | OTHER DEDUCTIONS | STATEMENT 4 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| AMORTIZATION | 406,593. |
| BANK FEES | 41,988. |
| DUES AND SUBSCRIPTIONS | 126,619. |
| EMPLOYEE SWAG AND MORALE | 12,308. |
| ENGINEERING, PRODUCT & DESIGN | 234,064. |
| EVENTS AND CONFERENCES | 213,337. |
| HOSTING | 447,854. |
| LEGAL AND PROFESSIONAL | 413,840. |
| MANAGEMENT CONSULTING & STRATEGY | 62,500. |
| OFFICE EXPENSE | 37,086. |
| OTHER CONTRACTORS | 81,003. |
| OUTSIDE SERVICE PROVIDERS | 9,125,028. |
| RECRUITING | 150,589. |
| SHIPPING AND HANDLING | 614. |
| SOFTWARE & WEB SERVICES | 406,209. |
| TELEPHONE AND INTERNET | 1,008. |
| UNCATEGORIZED EXPENSE | 1,809,655. |
| TOTAL TO FORM 100/100W, SCHEDULE F | 13,570,295. |

---

| FORM 100/100W, SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 5 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| CRYPTO MONEY IN TRAN | 500,000. | 500,000. |
| PREPAID EXPENSES | 26,737. | 0. |
| PROFESSIONAL SERVICES RETAINER | 0. | 11,217. |
| TOTAL TO FORM 100/100W, SCHEDULE L | 526,737. | 511,217. |

---

| FORM 100/100W, SCHEDULE L | OTHER ASSETS | STATEMENT 6 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| PAYROLL ADVANCEMENT | 0. | 840,174. |
| SUMMARY WALLET | 2,447,878. | 7,109,588. |
| TOTAL TO FORM 100/100W, SCHEDULE L | 2,447,878. | 7,949,762. |

MVMT LABS INC                                                              92-1785217

---

FORM 100/100W, SCHEDULE L   OTHER CURRENT LIABILITIES                   STATEMENT 7

---

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---:|---:|
| ACCRUED EXPENSES | 366. | 0. |
| AMEX CARD (X1006) | 4,214. | 0. |
| CREDIT CARDS | 0. | 116,092. |
| FEDERAL ACCRUED TAXES | 0. | 1,276. |
| TOTAL TO FORM 100/100W, SCHEDULE L | 4,580. | 117,368. |

---

FORM 100/100W, SCHEDULE M-1   EXPENSES RECORDED ON BOOKS              STATEMENT 8
                              NOT DEDUCTED ON RETURN

---

| DESCRIPTION | AMOUNT |
|---|---:|
| RESEARCH AND DEVELOPMENT COSTS | 963,088. |
| TOTAL TO FORM 100/100W, SCHEDULE M-1 | 963,088. |

---

FORM 100/100W, SCHEDULE M-1   DEDUCTIONS IN RETURN NOT                STATEMENT 9
                              CHARGED AGAINST BOOK INCOME

---

| DESCRIPTION | AMOUNT |
|---|---:|
| OTHER AMORTIZATION OR IMPAIRMENT WRITE-OFFS | 406,593. |
| TOTAL TO FORM 100/100W, SCHEDULE M-1 | 406,593. |

# TAX RETURN FILING INSTRUCTIONS
MASSACHUSETTS FORM 355

# FOR THE YEAR ENDING
DECEMBER 31, 2024

**PREPARED FOR:**

MVMT LABS INC
166 GEARY ST, STE 1500 #1853
SAN FRANCISCO, CA  94108

**PREPARED BY:**

CBIZ ADVISORS, LLC
730 THIRD AVENUE, 11TH FLOOR
NEW YORK, NY 10017

**TO BE SIGNED AND DATED BY:**

THE APPROPRIATE CORPORATE OFFICER(S).

**AMOUNT OF TAX:**

| | | |
|---|---|---|
| TOTAL TAX | $ | 456 |
| LESS: PAYMENTS AND CREDITS | $ | 0 |
| PLUS: OTHER AMOUNT | $ | 0 |
| PLUS: INTEREST AND PENALTIES | $ | 0 |
| BALANCE DUE | $ | 456 |

**OVERPAYMENT:**

NOT APPLICABLE

**MAKE CHECK PAYABLE TO:**

NOT APPLICABLE

**MAIL TAX RETURN AND CHECK (IF APPLICABLE) TO:**

THIS RETURN HAS QUALIFIED FOR ELECTRONIC FILING.  AFTER YOU HAVE
REVIEWED YOUR RETURN FOR ACCURACY, PLEASE SIGN, DATE AND RETURN
FORM M-8453C TO OUR OFFICE. WE WILL THEN TRANSMIT YOUR RETURN TO
THE MADOR.  DO NOT MAIL A COPY OF THE RETURN.

**RETURN MUST BE MAILED ON OR BEFORE:**

RETURN FORM M-8453C TO US BY OCTOBER 15, 2025.

**SPECIAL INSTRUCTIONS:**

YOUR BALANCE DUE OF $456 WILL BE AUTOMATICALLY WITHDRAWN FROM THE
BANK ACCOUNT ENDING IN 2960 ON OR AFTER OCTOBER 13, 2025.  REFER TO
FORM 355 ON THE DIRECT DEPOSIT/DEBIT REPORT FOR COMPLETE ACCOUNT
INFORMATION.

87-12-00014

# Form M-8453C
## Corporate Tax Declaration
## for Electronic Filing

**2024**

Massachusetts
Department of
Revenue

**Please print or type. Privacy Act Notice available upon request. For the year January 1-December 31, 2024.**

| Corporation name | Federal Identification number | Form filed: [X] 355 [ ] 355U [ ] 355S [ ] 355SC |
|---|---|---|
| MVMT LABS INC | 92-1785217 | |

| Mailing address | City/Town | State | ZIP |
|---|---|---|---|
| 166 GEARY ST, STE 1500 #1853 | SAN FRANCISCO | CA | 94108 |

## Part 1. Tax Return Information for Electronic Filing

| | | | |
|---|---|---|---|
| 1 | Excise due before credits (from Form 355, line 6; Form 355U, line 24; Form 355S, line 9; or Form 355SC, line 7) | 1 | |
| 2 | Total credits (from Form 355, line 7; Form 355U, lines 25 and 26; Form 355S, line 10; or Form 355SC, line 8) | 2 | |
| 3 | Excise due before voluntary contributions (from Form 355, line 11; Form 355U, line 27; Form 355S, line 14; or Form 355SC, line 11) | 3 | 456. |
| 4 | Overpayment amount (from Form 355, line 21; Form 355U, line 37; Form 355S, line 24; or Form 355SC, line 18) | 4 | |
| 5 | Balance due (from Form 355, line 24; Form 355U, line 40; Form 355S, line 27; or Form 355SC, line 24) | 5 | 456. |

## Part 2. Declaration and Signature of Taxpayer

Under the penalties of perjury, I declare that I have reviewed the information on my return with the information I have provided to my Electronic Return Originator and that the amounts above agree with the amounts shown on my 2024 Massachusetts return. To the best of my knowledge and belief this information is true, correct and complete. I consent that my return, including this declaration and accompanying schedules, forms and statements be sent to the Massachusetts Department of Revenue by my Electronic Return Originator. I authorize DOR to inform my Electronic Return Originator and/or the transmitter when my electronic return has been accepted. In the event that it is rejected, I authorize DOR to identify the reasons for rejection so that the return can be corrected and re-transmitted. If I have filed a balance due return, I understand that if DOR does not receive full and timely payment of my tax liability, I will remain liable for the tax liability and all applicable penalties and interest.

| Your signature | Date |
|---|---|
| | |

## Part 3. Declaration and Signature of Electronic Return Originator (ERO)

I declare that I have reviewed the above taxpayer's return and that the entries on this M-8453C are complete and correct to the best of my knowledge. (Collectors are not responsible for reviewing the taxpayer's return; however, they must ensure that the M-8453C accurately reflects the data on the return.) I have obtained the taxpayer's signature before submitting this return to the Massachusetts Department of Revenue. I have provided the taxpayer with a copy of all forms and information filed with the Massachusetts Department of Revenue. If I am also the paid preparer, under the penalties of perjury I declare that I have examined the above taxpayer's return and accompanying schedules and statements and to the best of my knowledge and belief, they are true, correct and complete. I declare that I have verified the taxpayer's proof of account and it agrees with the name(s) shown on this form. This declaration of paid preparer (other than taxpayer) is based on all information of which the preparer has any knowledge. Original Forms M-8453C should not be sent to DOR, but must instead be retained by the ERO on the ERO's business premises for a period of three years from the date the return to which the M-8453C relates was filed.

| ERO's signature and PTIN | | Date | EIN | [ ] Check if self-employed |
|---|---|---|---|---|
| GURMEHER ALLAGH | P01228499 | 10/13/25 | 88-1478669 | |

| Firm name (or yours, if self-employed) and address | City/Town | State | ZIP | [X] Check if also paid preparer |
|---|---|---|---|---|
| CBIZ ADVISORS, LLC | | | | |
| 730 THIRD AVENUE, 11TH FLOOR | NEW YORK, NY | | 10017 | |

## Part 4. Declaration and Signature of Paid Preparer (if other than ERO)

Under the penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief it is true, correct and complete. This declaration of paid preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

| Paid preparer's signature and PTIN | Date | EIN | [ ] Check if self-employed |
|---|---|---|---|
| | | | |

| Firm name (or yours, if self-employed) and address | City/Town | State | ZIP |
|---|---|---|---|
| | | | |

457395  12-30-24

 

## 2024 Form 355
MA24397011019

Business or Manufacturing Corporation Excise Return

Year beginning    **01012024**   Ending   **12312024**

MVMT LABS INC                                92 1785217
166 GEARY ST, STE 1500 #  SAN FRANCISCO              CA 94108

Check if:      **X**  Initial return          Final return       Name change       Address change       Amended return

Amended return due to federal change       Amended return due to federal audit       Amended return due to IRS BBA Partnership Audit

Enclosing Schedule DRE          Enclosing Schedule FCI        Enclosing Schedule TDS

S election termination or revocation        Member of lower-tier entity

1. Check if the corporation is incorporated within Massachusetts

2. Date of incorporation in Massachusetts                                             2

3. Type of corporation        Section 38 manufacturer        Mutual fund service

4. Type of corporation        R&D                Classified manufacturing        RIC        REIT

5. Check if the corporation is filing a Massachusetts combined return

6. FID of principal reporting corporation if answer to line 5 is Yes                    6

7. Check if the corporation's tax year is different from the 355U

8. Check if the corporation is an insurance mutual holding corporation

9. Check if the corporation is requesting alternate apportionment

10. Principal business code                                    10          513210

11. Number of employees in Massachusetts                              11

12. Number of employees worldwide                                  12

13. Foreign corporation: first date of business in Massachusetts              13

14. Last year audited by IRS                                      14

15. Check if adjustments have been reported to Massachusetts

16. Check if the corporation is deducting intangible or interest expenses paid to a related entity

17. Check if:        Taxpayer is claiming exemption from the income measure of the excise pursuant to PL 86-272
                Taxable only with respect to partnership activity

18. Check if at any time during the year, the corporation (a) received a digital asset (as a reward, or payment for property or services); or (b) sold, exchanged, or otherwise disposed of a digital asset (or a financial interest in a digital asset)                    X

**DECLARATION. Under penalties of perjury, I declare that to the best of my knowledge and belief this return and enclosures are true, correct and complete.**

| Signature of appropriate officer | Date | Print paid preparer's name GURMEHER ALLAGH | Paid preparer's PTIN P01228499 |
|---|---|---|---|
| Title GENERAL COUNSEL | | Paid preparer's phone 212  485 5500 | Paid preparer's EIN 88 1478669 |
| Check if DOR may discuss this return with the paid preparer  X | | Paid preparer's signature GURMEHER ALLAGH | Date 10132025 | Check if self-employed |

Taxpayer's e-mail address
GURMEHER.ALLAGH@CBIZ.COM

457401  12-16-24

**PRIVACY ACT NOTICE AVAILABLE UPON REQUEST**

10/13/2025  17:42:05





## 2024 Excise Calculation
MA24397021019

Business or Manufacturing Corporation Excise Return
92 1785217

| | | | | |
|---|---|---|---|---|
| 1. | Taxable Massachusetts tangible property, if applicable | | x .0026 = 1 | |
| 2. | Taxable net worth, if applicable | 0 | x .0026 = 2 | 0 |
| 3. | Massachusetts taxable income | | x .0800 = 3 | |
| 4. | Credit recapture | | 4 | |
| 5. | Tax on installment sales | | 5 | |
| 6. | Excise before credits | | 6 | 0 |
| 7. | Total credits | | 7 | |
| 8. | Excise after credits | | 8 | 0 |
| 9. | Combined filer tax due | | 9 | |
| 10. | Minimum excise | | 10 | 456 |
| 11. | Excise due before voluntary contribution | | 11 | 456 |
| 12. | Voluntary contribution for endangered wildlife conservation | | 12 | |
| 13. | Excise due plus voluntary contribution | | 13 | 456 |
| 14. | Overpayment of tax from prior year applied to this year's estimated tax | | 14 | |
| 15. | Massachusetts estimated tax payments | | 15 | |
| 16. | Payment made with extension | | 16 | |
| 17. | Payment with original return | | 17 | |
| 18. | Pass-through entity withholding. Payer ID number | | 18 | |
| 19. | Total refundable credits | | 19 | |
| 20. | Total payments | | 20 | |
| 21. | Amount overpaid | | 21 | |
| 22. | Amount overpaid to be credited to next year | | 22 | |
| 23. | Amount overpaid to be refunded | | Refund 23 | |
| 24. | Balance due | | Balance due 24 | 456 |
| 25. | a. M-2220 penalty          b. Late file/pay penalties | | a + b = 25 | |
| 26. | Interest on unpaid balance | | 26 | |
| 27. | Total payment due at time of filing | | Total due 27 | 456 |

457402 12-16-24

10/13/2025 17:42:05



**2024 Schedule A**
MA24060011019
Balance Sheet



MVMT LABS INC                    92 1785217

| | A. Original cost | B. Accumulated depreciation and amortization | C. Net book value |
|---|---|---|---|

## Tangible Assets

1. Capital assets in Massachusetts:
   a. Buildings — 1a
   b. Land — 1b
   c. Motor vehicles and trailers — 1c
   d. Machinery taxed locally — 1d
   e. Machinery not taxed locally — 1e
   f. Equipment — 1f
   g. Fixtures — 1g
   h. Leasehold improvements taxed locally — 1h
   i. Leasehold improvements not taxed locally — 1i
   j. Other fixed depreciable assets — 1j
   k. Construction in progress — 1k
   l. Total capital assets in Massachusetts — 1l
2. Inventories in Massachusetts:
   a. General merchandise — 2a
   b. Exempt goods — 2b
3. Supplies and other non-depreciable assets in Mass. — 3
4. Total tangible assets in Massachusetts — 4
5. Capital assets outside of Massachusetts:
   a. Buildings and other depreciable assets — 5a
   b. Land — 5b
6. Leaseholds/leasehold improvements outside Mass. — 6
7. Total capital assets outside Massachusetts — 7

457403  12-16-24

10/13/2025  17:42:05





## 2024 Schedule A, pg. 2
MA24060021019

Business or Manufacturing Corporation Excise Return
92  1785217

| | | |
|---|---|---|
| 8. | Inventories outside Massachusetts | 8 |
| 9. | Supplies and other non-depreciable assets outside Massachusetts | 9 |
| 10. | Total tangible assets outside of Massachusetts | 10 |
| 11. | Total tangible assets. Add lines 4 and 10 | 11 |
| 12. | Investments: | |
| | a.   Investments in subsidiary corporations at least 80% owned | 12a |
| | b.   Other investments | 12b |
| 13. | Notes receivable | 13 |
| 14. | Accounts receivable | 14 |
| 15. | Intercompany receivables | 15 |
| 16. | Cash | 16 |
| 17. | Other assets | 17 |
| 18. | Total assets | 18 |

## Liabilities and Capital

| | | |
|---|---|---|
| 19. | Mortgages on: | |
| | a.   Massachusetts tangible property taxed locally | 19a |
| | b.   Other tangible assets | 19b |
| 20. | Bonds and other funded debt | 20 |
| 21. | Accounts payable | 21 |
| 22. | Intercompany payable | 22 |
| 23. | Notes payable | 23 |
| 24. | Miscellaneous current liabilities | 24 |
| 25. | Miscellaneous accrued liabilities | 25 |
| 26. | Total liabilities | 26 |
| 27. | Total capital stock issued | 27 |
| 28. | Paid-in or capital surplus | 28 |
| 29. | Retained earnings and surplus reserves | 29 |
| 30. | Undistributed S corporation net income | 30 |
| 31. | Total capital | 31 |
| 32. | Treasury stock | 32 |
| 33. | Total liabilities and capital | 33 |

457404  12-16-24



**2024 Schedule B**
MA24061011019
Tangible or Intangible Property Corp. Classification



MVMT LABS INC                           92 1785217

| | | | |
|---|---|---|---|
| 1. | Total Massachusetts tangible property | 1 | |
| 2. | Massachusetts real estate | 2 | |
| 3. | Massachusetts motor vehicles and trailers | 3 | |
| 4. | Massachusetts machinery taxed locally | 4 | |
| 5. | Massachusetts leasehold improvements taxed locally | 5 | |
| 6. | Massachusetts tangible property taxed locally | 6 | |
| 7. | Massachusetts tangible property not taxed locally | 7 | |
| 8. | Total assets | 8 | |
| 9. | Massachusetts tangible property taxed locally | 9 | |
| 10. | Total assets not taxed locally | 10 | |
| 11. | Investments in subsidiaries at least 80% owned | 11 | |
| 12. | Assets subject to allocation | 12 | |
| 13. | Income apportionment percentage | 13 | |
| 14. | Allocated assets | 14 | |
| 15. | Tangible property percentage | 15 | 0.000000 |

## Schedule C. Tangible Property Corporation

| | | | |
|---|---|---|---|
| 1. | Total Massachusetts tangible property | 1 | |
| 2. | Exempt Massachusetts tangible property: | | |
| | a. Massachusetts real estate | 2a | |
| | b. Massachusetts motor vehicles and trailers | 2b | |
| | c. Massachusetts machinery taxed locally | 2c | |
| | d. Massachusetts leasehold improvements taxed locally | 2d | |
| | e. Exempt goods | 2e | |
| | f. Certified Massachusetts industrial waste/air treatment facilities | 2f | |
| | g. Certified Massachusetts solar or wind power deduction | 2g | |
| 3. | Total exempt Massachusetts tangible property | 3 | |
| 4. | Taxable Massachusetts tangible property | 4 | |

457405 12-16-24

10/13/2025 17:42:05

 

**2024 Schedule D**
MA24062011019
Intangible Property Corporation
92 1785217

| | | | |
|---|---|---|---|
| 1. | Total assets | 1 | |
| 2. | Total liabilities | 2 | |
| 3. | Massachusetts tangible property taxed locally | 3 | |
| 4. | Mortgages on Massachusetts tangible property taxed locally | 4 | |
| 5. | Subtract line 4 from line 3 | 5 | 0 |
| 6. | Investments in subsidiaries at least 80% owned | 6 | |
| 7. | Deductions from total assets | 7 | |
| 8. | Allocable net worth | 8 | 0 |
| 9. | Income apportionment percentage | 9 | 0.000000 |
| 10. | Taxable net worth | 10 | 0 |

## Schedule E-1. Dividends Deduction

| | | | |
|---|---|---|---|
| 1. | Total dividends | 1 | |
| 2. | Dividends from Massachusetts corporate trusts | 2 | |
| 3. | Dividends from non-wholly-owned DISCs | 3 | |
| 4. | Dividends, if less than 15% of voting stock owned | 4 | |
| 5. | Dividends from RICs | 5 | |
| 6. | Dividends from REITs | 6 | |
| 7. | Total taxable dividends | 7 | |
| 8. | Dividends eligible for deduction | 8 | |
| 9. | Dividends deduction | 9 | |

457406  12-16-24

10/13/2025  17:42:05



## 2024 Schedule E
MA24064011019
Taxable Income



MVMT LABS INC                          92 1785217

| | | | |
|---|---|---|---:|
| 1. | Gross receipts or sales | 1 | 514404 |
| 2. | Gross profit | 2 | 514404 |
| 3. | Other deductions | 3 | 13942504 |
| 4. | Net income | 4 | -16625537 |
| 5. | Allowable U.S. wage credit | 5 | |
| 6. | Subtract line 5 from line 4 | 6 | -16625537 |
| 7. | State and municipal bond interest not included in U.S. net income | 7 | |
| 8. | Foreign, state or local income, franchise, excise or capital stock taxes deducted from U.S. net income | 8 | |
| 9. | Section 168(k) "bonus" depreciation adjustment | 9 | |
| 10. | Section(s) 31I and 31K intangible expenses | 10 | |
| 11. | Section(s) 3IJ and 31K interest expenses | 11 | |
| 12. | Reserved for future use | 12 | |
| 13. | Other adjustments, including research and development expenses | 13 | |
| 14. | Add lines 6 through 13 | 14 | -16625537 |
| 15. | Abandoned building renovation deduction | x .10 = 15 | |
| 16. | Dividends deduction | 16 | |
| 17. | Exception(s) to the add back of intangible expenses | 17 | |
| 18. | Exception(s) to the add back of interest expenses | 18 | |
| 19. | Income subject to apportionment | 19 | -16625537 |
| 20. | Income apportionment percentage | 20 | 0.000000 |
| 21. | Multiply line 19 by line 20 | 21 | 0 |
| 22. | Income not subject to apportionment | 22 | |
| 23. | Total net income allocated or apportioned to Massachusetts | 23 | 0 |
| 24. | Certified Massachusetts solar or wind power deduction | 24 | |
| 25. | Massachusetts taxable income before NOL deduction | 25 | |
| 26. | Net operating loss deduction | 26 | |
| 27. | Massachusetts taxable income | 27 | 0 |
| 28. | Net operating loss carryover | 28 | |

457407 12-16-24

10/13/2025 17:42:05





## 2024 Schedule F
MA24066011019
Income Apportionment

MVMT LABS INC                                          92 1785217

Type of return filed:   355  **X** 355S       355U       M-990T       Sequence:          of:

Fill in:        Apportioning net income based on sales factor only

Mutual fund service corporation reporting sales of mutual funds only

Mutual fund service corporation reporting sales of non-mutual funds

**X** Other

Change in method of calculating one or more factors from prior year

| LOCATION | STATE FACILITY TYPE | ACCEPTS ORDERS | REG. IN STATE | FILES IN STATE |
|---|---|---|---|---|
| | | | | |

## Apportionment Factors

1. Tangible property

| | | Massachusetts | | Worldwide | |
|---|---|---|---|---|---|
| a. | Property owned | Massachusetts | | Worldwide | |
| b. | Property rented | Massachusetts | | Worldwide | |
| c. | Total property owned and rented | Massachusetts | | Worldwide | |
| d. | Tangible property apportionment percentage | | | 1d | |

2. Payroll

| a. | Total payroll | Massachusetts | | Worldwide | |
|---|---|---|---|---|---|
| b. | Payroll apportionment percentage | | | 2b | |

3. Sales

| a. | Tangible (destination) | Massachusetts | 0 | | |
|---|---|---|---|---|---|
| b. | Tangible (throw back) | Massachusetts | 0 | Worldwide | 514404 |
| c. | Services | Massachusetts | | Worldwide | |
| d. | Rents and royalties | Massachusetts | | Worldwide | |
| e. | Other sales factors | Massachusetts | | Worldwide | |
| f. | Total sales factors | Massachusetts | 0 | Worldwide | 514404 |
| g. | Sales apportionment percentage | | | 3g | 0.000000 |

4. Apportionment percentage                                                    4    0.000000

5. Massachusetts apportionment percentage                             5    0.000000

457691  12-16-24

10/13/2025  17:42:05



**Massachusetts Department of Revenue**
# Schedule M-1
## Federal Reconciliation

**2024**

| For calendar year 2024 or taxable year beginning | and ending |
|---|---|

| Name of corporation | Federal Identification number |
|---|---|
| MVMT LABS INC | 92-1785217 |

## Part 1. Income and expenses

| | | |
|---|---|---:|
| 1 Net sales | 1 | 514,404. |
| 2 Cost of goods sold | 2 | |
| 3 Gross profit | 3 | 514,404. |
| 4 Dividends and inclusions | 4 | |
| 5 Interest income | 5 | 1,303,394. |
| 6 Gross rents | 6 | |
| 7 Gross royalties | 7 | |
| 8 Capital gains on net income | 8 | |
| 9 Net gain or loss (from Form 4797) | 9 | |
| 10 Other income | 10 | 2,405. |
| 11 Total income | 11 | 1,820,203. |
| 12 Compensation of officers deduction | 12 | |
| 13 Salaries and wages deduction | 13 | 3,818,310. |
| 14 Repairs and maintenance deduction | 14 | |
| 15 Bad debts deduction | 15 | |
| 16 Rents deduction | 16 | 67,913. |
| 17 Taxes and licenses deduction | 17 | 202,226. |
| 18 Interest expense deduction | 18 | |
| 19 Charitable contributions deduction | 19 | |
| 20 Depreciation deduction | 20 | |
| 21 Depletion deduction | 21 | |
| 22 Advertising deduction | 22 | 366,164. |
| 23 Pension and profit sharing deduction | 23 | |
| 24 Employee benefit programs deduction | 24 | 48,623. |
| 25 Energy efficient commercial buildings deduction (from Form 7205) | 25 | |
| 26 Other deductions | 26 | 13,942,504. |
| 27 Total deductions | 27 | 18,445,740. |
| 28 Taxable income before NOL deduction and special deductions | 28 | -16,625,537. |

457181 12-30-24

19421013 150872 327998     2024.04031 MVMT LABS INC     327998_1



**2024 SCHEDULE M-1, PAGE 2**

| Name of corporation | Federal Identification number |
|---|---|
| MVMT LABS INC | 92-1785217 |

## Part 2. Corporate ownership

**1** At the end of the tax year did any foreign or domestic corporation, partnership, including any entity treated as a partnership, trust or tax-exempt organization own, directly or indirectly, more than 50% of the total voting power of all the corporation's stock entitled to vote?   ☐ Yes ☒ No

| a. Name of entity | b. Federal Identification number | c. Type of entity | d. Country of organization | e. Ownership percentage |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**2** At the end of the tax year did the corporation own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation?   ☐ Yes ☒ No

| a. Name of corporation | b. Federal Identification number | c. Country of incorporation | d. Ownership percentage |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

457182 12-30-24

10

19421013 150872 327998              2024.04031 MVMT LABS INC              327998_1

# TAX RETURN FILING INSTRUCTIONS
MONTANA FORM CIT

# FOR THE YEAR ENDING
DECEMBER 31, 2024

---

**PREPARED FOR:**

MVMT LABS INC
166 GEARY ST, STE 1500 #1853
SAN FRANCISCO, CA  94108

---

**PREPARED BY:**

CBIZ ADVISORS, LLC
730 THIRD AVENUE, 11TH FLOOR
NEW YORK, NY 10017

---

**TO BE SIGNED AND DATED BY:**

THE APPROPRIATE CORPORATE OFFICER(S).

---

**AMOUNT OF TAX:**

| | | |
|---|---|---|
| TOTAL TAX | $ | 50 |
| LESS: PAYMENTS AND CREDITS | $ | 0 |
| PLUS: OTHER AMOUNT | $ | 0 |
| PLUS: INTEREST AND PENALTIES | $ | 0 |
| BALANCE DUE | $ | 50 |

---

**OVERPAYMENT:**

NOT APPLICABLE

---

**MAKE CHECK PAYABLE TO:**

NOT APPLICABLE

---

**MAIL TAX RETURN AND CHECK (IF APPLICABLE) TO:**

THIS RETURN HAS QUALIFIED FOR ELECTRONIC FILING.  AFTER YOU HAVE
REVIEWED YOUR RETURN FOR ACCURACY, PLEASE SIGN, DATE AND RETURN
FORM 8879-SO TO OUR OFFICE. WE WILL THEN TRANSMIT YOUR RETURN TO
THE MONTANA DOR.  DO NOT MAIL A COPY OF THE RETURN.

---

**RETURN MUST BE MAILED ON OR BEFORE:**

RETURN FORM 8879-SO TO US BY NOVEMBER 17, 2025.

---

**SPECIAL INSTRUCTIONS:**

YOUR BALANCE DUE OF $50 WILL BE AUTOMATICALLY WITHDRAWN FROM THE
BANK ACCOUNT ENDING IN 2960 ON OR AFTER OCTOBER 13, 2025.  REFER TO
FORM CIT ON THE DIRECT DEPOSIT/DEBIT REPORT FOR COMPLETE ACCOUNT
INFORMATION.

***** THIS IS NOT A FILEABLE COPY *****

# 8879-SO

## State-Only e-file Signature Authorization

▶ Do not send to the Taxing Authority. This is not a tax return.

▶ Keep this form for your records.

## 2024

| Taxpayer name | FEIN |
|---|---|
| MVMT LABS INC | 92 1785217 |

### Part I  Electronically Filed States

MONTANA

### Part II  Declaration and Signature Authorization (Be sure you get and keep a copy of your return)

Under penalties of perjury, I declare that I have examined a copy of my electronic income tax return and accompanying schedules and statements for tax year 2024, and to the best of my knowledge and belief, it is true, correct, and complete. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the taxing authority and to receive from the taxing authority **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the taxing authority and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my state taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. I further understand that this also authorizes the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize  CBIZ ADVISORS, LLC  to enter or generate my PIN  27998
ERO firm name

Enter five numbers, but do not enter all zeros

as my signature on my tax year 2024 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2024 electronically filed income tax return. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶ ***** THIS IS NOT A FILEABLE COPY *****   Date ▶

Title ▶  GENERAL COUNSEL

### Part III  Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.   13135010017

do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2024 electronically filed income tax return for the taxpayer indicated above.

ERO's signature ▶ GURMEHER ALLAGH   Date ▶ 10/13/2025

**ERO Must Retain This Form**
**Do Not Submit This Form to the Taxing Authority**

419875 04-01-24

19421013 150872 327998                    2024.04031 MVMT LABS INC                    327998_1