**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| MVMT Labs, Inc., | Case No. 26-11113 (TMH) |
| Debtor.[1] | |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the attorneys listed below enter their appearances as counsel to MNF DIP SPV Ltd (the "DIP Lender"), pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"), and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that all notices given or required to be given in this chapter 11 case (the "Chapter 11 Case"), and all papers served or required to be served in the Chapter 11 Case, be given and served upon:

| | |
|---|---|
| Fredric Sosnick, Esq. | Kenneth J. Enos, Esq. |
| William S. Holste, Esq. | YOUNG CONAWAY STARGATT |
| Alyse Geiger, Esq. | & TAYLOR, LLP |
| ALLEN OVERY SHEARMAN STERLING US LLP | 1000 North King Street |
| 599 Lexington Avenue | Wilmington, DE 19801 |
| New York, NY 10022 | Telephone: (302) 571-6600 |
| Telephone: (212) 848-4000 | Facsimile: (302) 571-1253 |
| Email: fsosnick@aoshearman.com | CM/ECF Noticing: |
|     william.holste@aoshearman.com | bankfilings@ycst.com |
|     alyse.geiger@aoshearman.com | Email: kenos@ycst.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules

---

[1] The last four digits of the Debtor's federal tax identification number are 5217. The location of the Debtor's corporate headquarters is 166 Geary Street, Suite 1500, #1853, San Francisco, CA 94108.

60303042.2

specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition, complaint, demand, request or other pleading in the Chapter 11 Case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise filed with or delivered to the Bankruptcy Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the Debtor, or property of the Debtor, or the DIP Lender.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any later appearances, pleadings, proofs of claim, claims, or suits filed in the Chapter 11 Case, shall be deemed or construed as a waiver of: (i) any rights of the DIP Lender to have (a) final orders in any non-core matters entered only after de novo review by a District Judge, (b) trial by jury in any proceeding so triable in the Chapter 11 Case or any case, controversy, or proceeding related to the Chapter 11 Case, (c) the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (ii) any other rights (including setoff and recoupment), claims, actions, and defenses of the DIP Lender either in law or in equity, under any agreements or otherwise, all of which rights, claims, actions, and defenses are expressly reserved.

60303042.2

Dated: July 15, 2026

/s/ Kenneth J. Enos
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Kenneth J. Enos (No. 4544)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: kenos@ycst.com

-and-

ALLEN OVERY SHEARMAN STERLING US LLP
Fredric Sosnick, Esq. (*pro hac vice* pending)
William S. Holste, Esq. (*pro hac vice* pending)
Alyse Geiger, Esq. (*pro hac vice* pending)
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Email: fsosnick@aoshearman.com
        william.holste@aoshearman.com
        alyse.geiger@aoshearman.com

*Counsel to the DIP Lender*

60303042.2

3