# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**

MVMT Labs, Inc.

166 Geary Street Suite 1500 #1853
San Francisco, CA 94108

**EIN:** 92−1785217

**Chapter:** 11

**Case No.:** 26−11113−TMH

### ORDER SETTING STATUS CONFERENCE

*IT IS ORDERED* that a Status Conference will be held on 8/18/2026, at 2:00pm in the United States Bankruptcy Court, 824 N. Market Street, Wilmington Delaware, Courtroom #7. Debtor's Counsel is required to attend the hearing. The Subchapter V Trustee is required to attend the hearing.

In accordance with 11 U.S.C. § 1188(c), a Pre−Status Conference Report must be filed by the debtor not later than fourteen (14) days before the date of the initial status conference. *Local Form 136 Subchapter V Status Report* can be found at http://www.deb.uscourts.gov/content/local−forms.

Thomas M Horan
United States Bankruptcy Judge

Dated: 7/15/26

(VAN−495)