# Notice Recipients

District/Off: 0311−1          User: admin          Date Created: 7/15/2026
Case: 26−11113−TMH          Form ID: van495          Total: 5


**Recipients of Notice of Electronic Filing:**
ust      U.S. Trustee          USTPRegion03.WL.ECF@USDOJ.GOV
aty      Gregory Joseph Flasser          gflasser@potteranderson.com
aty      Jeremy W. Ryan          jryan@potteranderson.com
aty      Sameen Rizvi          srizvi@potteranderson.com

TOTAL: 4


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       MVMT Labs, Inc.          166 Geary Street Suite 1500 #1853          San Franciso, CA 94108

TOTAL: 1