## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| MVMT Labs Inc., | Case No. 26-11113 (TMH) |
| Debtor.[1] | |

### NOTICE OF FILING OF REDACTED CREDITOR MATRIX

**PLEASE TAKE NOTICE** that, pursuant to Rule 9018-1(d)(i) of the Local Rules of the United States Bankruptcy Court for the District of Delaware, the above-captioned debtor and debtor in possession (the "Debtor") has today filed the attached redacted version of the Creditor Matrix[2] with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801.

Dated: July 15, 2026
       Wilmington, Delaware

Respectfully submitted,

*/s/ Sameen Rizvi*
Jeremy W. Ryan (No. 4057)
Gregory J. Flasser (No. 6154)
Sameen Rizvi (No. 6902)
Wenting Wu (No. 7679)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email:  jryan@potteranderson.com
      gflasser@potteranderson.com
      srizvi@potteranderson.com
      wwu@potteranderson.com

*Proposed Counsel to the Debtor and Debtor in Possession*

---

[1] The last four digits of the Debtor's federal tax identification number are 5217.  The Debtor's service address is c/o Legalinc Corporate Services Inc., 131 Continental Drive, Suite 305, Newark, New Castle County, DE 19713.

[2] On July 15, 2026, the Debtor filed the *Debtor's Motion for Entry of an Order AI) Authorizing the Debtor to Redact Certain Personally Identifiable Information; (B) Authoring the Debtor to Serve Certain Parties by Electronic Mail; (C) Approving Certain Notice Procedures; and (D) Granting Related Relief* [Docket No. 3].

REDACTED VERSION

Aalok Thakkar
Address on File

Ali Sheikh
Address on File

Andreas Penzkofer
Address on File

Andy Bell
Address on File

Andy Golay
Address on File

Anish Jha
Address on File

Aylah Reeya Macasindil
Address on File

BIRYANI RESEARCH AND TECHNOLOGIES INC.
159 Dundas St E, Appt 3904
Toronto, ON M5B0A9

Ben Wee
Address on File

Bennett Davis
Address on File

Bo Wu
Address on File

Boy Maas
Address on File

Brian Hennessey-Hsieh
Address on File

Caleb Curry
Address on File

Carmen Pearson
Address on File

Chris Malloy
Address on File

Colin Butler
Address on File

Connie Wong
Address on File

Cooper Scanlon
Address on File

David Ekanem
Address on File

Eli LeWitt
Address on File

Elliot Dehnbostel
Address on File

Francis Thomas
Address on File

Franck Cassez
Address on File

Frasher Ulaj
Address on File

Grant Gerber
Address on File

Jack Rosenthal
Address on File

Joanne Fuller
Address on File

Joe Chen
Address on File

REDACTED VERSION

| | | |
|---|---|---|
| Jonathan Wizman<br>Address on File | Jordan Bishop<br>Address on File | Joseph Golding-Ochsner<br>Address on File |
| Keith Botha<br>Address on File | Kirby Ong<br>Address on File | Larry Liu<br>Address on File |
| Liam Monninger<br>Address on File | Luca Loscalzo<br>Address on File | Max Chiu<br>Address on File |
| Merq Moves<br>Address on File | Michael Armstrong<br>Address on File | Mikhail Zabaluev<br>Address on File |
| Nicholas Flintwillow<br>Address on File | Nicolas Lopez<br>Address on File | Paco Bolanos<br>Address on File |
| Philippe Delrieu<br>Address on File | Pratham Prasoon<br>Address on File | Lucas Vinzon<br>Address on File |
| Radu Popa<br>Address on File | Rahat Chowdhury<br>Address on File | Ram Francis<br>Address on File |
| Richard Melkonian<br>Address on File | Rolando Esparza<br>Address on File | Rushikesh Manche<br>Address on File |
| Shayan Sanjideh<br>Address on File | Shereen Alibhai<br>Address on File | Tae Woo Park<br>Address on File |
| Torab Torabi<br>Address on File | Uri Lee<br>Address on File | Vinay Pallegar<br>Address on File |

REDACTED VERSION

William Gaines
Address on File

Yannik Sood
Address on File

Young Yang Liauw
Address on File

Zhenfei Zhang
Address on File

zhen lu
Address on File

Hack VF 2022 LP
Conyers Trust Company (Cayman) Limited
Cricket Square, Hutchins Drive, PO Box 2681
Grand Cayman, KY1-1111
Cayman Islands

Placeholder Fund III, LP
101 5th Ave, 6th Fl
New York, NY 10003

Archetype Crypto II LP
113 Spring St 4F
New York, NY 10012

Maven 11 Blockchain Venture Fund 2 LP (acting through GP
Maven 11 GP BVF 2)
Ogier Global (Cayman) Limited
89 Nexus Way
Camana Bay, Grand Cayman KY1-9009
Cayman Islands

Continue Asset Management Ltd
Lotus New Town, 2603, No.12
Longting Yili, Jimei District, China

TrueBridge Blockchain I Holdings, L.P
1011 S Hamilton Rd, Suite 400
Chapel Hill, NC 27517

Figment Master Fund II, LP
c/o Campbells Corporate Services Limited, Floor 4
Willow House, Cricket Square
Grand Cayman, KY1-9010

dao5 capital fund LP
ONE Cable Beach, G10
West Bay Street, Nassau

PV Technology LLC
Euro House
Richmond Hill Road
Kingstown VC0100
Australia

BVC Digital Opportunities Master Fund I, Ltd
89 Nexus Way
Camana Bay, Grand Cayman KY1-9009
Cayman Islands

CitizenX Crypto Ventures Fund II, LP
c/o Carmichael Law PC
135 Madison Avenue, 5th Fl
New York, NY 10016

FORESIGHTRESEARCH PTE. LTD
71 UBI ROAD 1 #10-42
OXLEY BIZHUB SINGAPORE

Gate Ventures Capital Corp
103 South Church Street, Grand Cayman
PO Box 10240
KY1-1002, Cayman Islands

J17 Pioneer Fund L.P
89 Nexus Way
Camana Bay, Grand Cayman KY1-9009
Cayman Islands

TRGC SPC Limited
Sea Meadow House
Blackburne Highway, PO Box 116
Road Town, Tortola, VG1110
British Virgin Islands

Hypersphere Parallel Network Master Fund LP
Ugland House
PO Box 309
Grand Cayman, KY1-1104
Cayman Islands

Nomad Group (Nomad Capital)
4th Floor, Harbour Place
103 South Church Street, PO Box 10240
Grand Cayman KY1-1002
Cayman Islands

Pavanveer Singh Heer
Address on File

RPMA I LLC
251 Little Falls Drive
Wilmington, DE 19808

Mentat Group LTD
2323CC, 23rd, Sky Tower
Shams Abu Dhabi, Al Reem Island
Abu Dhabi, United Arab Emirates, 2323

WAGMI 55 - WAGMI Master LLC
382 NE 191st Street PBM 88102
Miami, FL 33179

280 Capital Ltd
Trust Company Complex
Ajeltake Road
Ajeltake Island, Majuro, MH 96960

Eterna Blockchain Fund II
The Exchange
George's Dock
IFSC, Dublin 1, D01 P2V6
Ireland

Ng Wei Hao Michael
Address on File

Oleg Pavletsov
Address on File

REDACTED VERSION

Danilo Carlucci
Address on File

Kirby Fine
Address on File

Minhui Chen (Mike Chen)
Address on File

SRS Investment Holdings Limited
Trinity Chambers
P.O. Box 4301
Road Town, Tortola
British Virgin Islands

Artichoke Capital Fund I LP
309 Ugland House
S. Church Street
George Town, KY1-1104, Grand Cayman
Cayman Islands

Ansem Holdings LLC
2093 Philadelphia Pike #5595
Claymont, DE 19703

George Lambeth
Address on File

GuanxiDAO Pte. Ltd
20A Tanjong Pagar Road
Singapore 088443

Absoluta
Kabdolova street 2
Almaty 050000
Kazakhstan

Borderless Cross-chain Ecosystem Fund LP
Floor 4, Banco Popular Building
Road Town, Tortola VG1110
British Virgin Islands

Borderless Liquid Multi Strategy Fund LP
Floor 4, Banco Popular Building
Road Town, Tortola VG1110
British Virgin Islands

ZK Enpachi Foundation
Apollo House East
87 Mary Street
George Town, KY1-1104, Grand Cayman
Cayman Islands

Ankr PBC
Room 3801, InterContinental Dubai Marina
King Salman Bin Abdul Aziz al Saud Street
Dubai Marina, Dubai
United Arab Emirates

Cabrit Capital Ltd
Tortola Pier Park, Building 1, Second Floor
Wickhams Cay I, Road Town, Tortola
British Virgin Islands

Chen Qijian
Address on File

Danny Christ
Address on File

Digital Consensus Fund SA
Torre Advanced Building
1st floor, Ricardo Arias Street
Panama

Fjodor Agranat
Address on File

Gann Liquid Investments LLC
15300 S. McKinley Ave.
Lathrop, CA 95330

Interop SAS
59 rue Ponthieu Bureau 326
75008 Paris
France

Interop Ventures Fund 1 LP
89 Nexus Way
Camana Bay, Grand Cayman KY1-9009
Cayman Islands

Jan Stastny
Address on File

KBL Investment Limited
Office 1402, MM Towers
Al Maktoum Street, P.O. Box 23138
United Arab Emirates

MH Technologies Ltd
Ansuya Estate
Revolution Avenue, Suite 9
Victoria, Mahe, Seychelles

Saxon Ventures FZCO
DSO-IFZA, IFZA Properties
Dubai Silicon Oasis, Dubai
United Arab Emirates

Sera Partners Limited
Ritter House
Wickhams Cay II
PO Box 3170
Road Town, Tortola VG1110
British Virgin Islands

Skip technology
23 marina

Taisu Ventures Web3 Fund Limited Partnership
190 Elgin Avenue
George Town, Grand Cayman KY1-9008

Phronesis Limited
190 Elgin Avenue
George Town, Grand Cayman KY1-9008

Seed Horizon Group
Avda. Las Magnolias
Edificio Insigne Oficina 603
Colonia San Benito
San Salvador, CP 1101
El Salvador

REDACTED VERSION

Oliver Bickell
Address on File

Oai Lam
Address on File

Jonathan West
Address on File

Ambush Capital Liquid Cayman
CO Services Cayman Limited
P.O. Box 10008, Willow House
Cricket Square, Grand Cayman, KY1-1001
Cayman Islands

Avalaunch Platform Corp

Batuhan Dasgin
Address on File

Calvin Liu
Address on File

CVP LLC
9373 S. Priest Rd.
French Camp. CA 95231

Ding Xiao
Address on File

Enigmafund LLC
Yehuda N Bettencourt
New Horizon Building, Ground Floor
3 1/2 Miles Philip S.W.
Goldson Highway, Belize City, Belize

Flowdesk
231 rue Saint Honore
75001 Paris, France

George Burke
Address on File

Joe Takayama
Address on File

Jonathan Brosseau
Address on File

Josh Hesketh
Address on File

Mawson Consultants Limited
Intershore Chambers
PO Box 4342
Road Town, Tortola
British Virgin Islands

Merkle Tech Capital
50 Bd Stalingrad
06300 Nice, France

Not My Circus Not My Capital, LLC
396 Washington St Ste #395
Wellesley, MA 02481

Proof Capital (Special Situations Fund S-3)
3017 7th Street SW
Calgary, AB, T2T 2X6
Canada

Protagonist LP
9961 E Broadview Drive
Bay Harbor Islands, FL 33154

Public Works LP
Floor 4, Willow House
Cricket Square, Grand Cayman KY1-9010
Cayman Islands

Radostin Minchev
Address on File

Shak Capital Inc
1 Bloor St E
Toronto, ON, M4W OA8
Canada

Silvermine Capital Advisors, LLC
85 Sherman Turnpike,
Redding, CT 06896

Software Dev Integration Ltd

Third Earth Capital LP
52 Greenwich Ave, Apt 7
New York, NY 10011

Token Metrics Ventures Fund Ltd
Craigmuir Chambers
Road Town, Tortola
British Virgin Islands

Token Metrics Ventures Ltd
PO Box 71
Craigmuir Chambers
Road Town, Tortola
British Virgin Islands

Christian Sullivan
Address on File

Ajit Kumar Tripathi
Address on File

REDACTED VERSION

Eser Uyanik (entity: BAD Investment Group)
Ordu, Turkey

GC (Guillaume)
Address on File

CryptologSpace
BTN. Gowa Lestari Blok A3/7
92113, Indonesia

Yuta Moxley
Address on File

Mitchell Chase
Address on File

Soban Saqib
Address on File

Sonny Azeez
Address on File

4RC Ventures II LP
2219 Main St Unit 694
Santa Monica, CA 90405

Abhimanyu Bansal
Address on File

Alwan Zaidan
Address on File

Anthony Lesoismier
Address on File

Asgard Digital Assets Fund LTD
Casablanca House, Luck Hill
Road Town, Tortola
British Virgin Islands

Aves Lair S23 Fund LLC
1412 Broadway
New York, NY 10018

Ben Rahnema
Address on File

Bilge Tanyeri
Address on File

Block Space Force One Ltd
60 Paya Lebar Road, #07-54
Singapore 409051

Blocmates
Cape Town, South Africa

CAP Maven Marketing Management
202, 12th Floor
Al Fahidi Heights
Bur Dubai, Dubai

Dan Mgbor
Address on File

Daniel Abelon
Address on File

Daniel Que
Address on File

Delta747 Limited
PO Box 91
Douglas, IM99 1AX
Isle of Man

Eugene Attalah
Address on File

exTerra Ventures
PO Box 315
El Prado, NM 87529

Georgios Vlachos
Address on File

Jia Yaoqi
Address on File

Michael Shafer
Address on File

Moyukh Sen
Address on File

Nacion Crypto
Address on File

Shiny Pony LLC
30 N Gould St, Suite R
Sheridan, WY 82801

REDACTED VERSION

| | | |
|---|---|---|
| AUGR Capital<br>94 Solaris Avenue<br>PO Box 1348<br>Camana Bay, Grand Cayman KY1-1108<br>Cayman Islands | Blockchain Investors Group, LLC<br>8549 Wilshire Blvd. Suite 1091,<br>Beverly Hills, CA 90211 | Clayton Menzel<br>Address on File |
| George Alexander<br>Address on File | Hansen Niu<br>Address on File | Keone Hon<br>Address on File |
| Kwangsung Park (A41 inc.)<br>Address on File | Luna Ventures FZCO<br>Dubai Silicon Oasis<br>DDP, Building A2<br>Dubai, United Arab Emirates | Matthew Paik (Paik Capital)<br>Address on File |
| Michael Wurzinger<br>Address on File | Mo Shaikh<br>Address on File | Pedro Gomes<br>Address on File |
| Polkassembly LLC<br>Sharjah Media City<br>Sharjah, United Arab Emirates | Simon Charles Doherty<br>Address on File | ABCD SPV I, LLC<br>2205 W 136th Avenue, Ste 106<br>PMB 2225<br>Broomfield, CO 80023 |
| Alexander Phua<br>Address on File | ANY LABS<br>3, Fraser Street #04-23A, DUO Tower<br>Singapore 189352 | Blue Summit Digital Limited<br>c/o Statrys Corporate Services Limited<br>17/F Yam Tze Commercial Building, 23 Thomson Road<br>Wan Chai, Hong Kong |
| Brian Retford<br>Address on File | Mehdi Farooq<br>Address on File | Vyas Venkatakrishnan<br>Address on File |
| Jung-Yung Jonathan Lim Chang<br>Address on File | Alexander Opeagbe<br>Address on File | Altasia Investments Limited<br>26 New Street<br>St Helier, Jersey JE2 3RA |
| Anuke Ganegoda<br>Address on File | Bekhzod Khatamov<br>Address on File | Binayak Pande<br>Address on File |
| Dan Eskow<br>Address on File | DeFi Dad (Travis Blane)<br>Address on File | DeFI Saint<br>No 12 Ilesanmi Crescent Liberty Estate<br>Ojo, Lagos, 102113, Lagos<br>Nigeria |

REDACTED VERSION

Dennison Bertram
Address on File

Djamaladine Souleyman
Address on File

DocXBT
10710 Keats Ave
Clovis, CA 93619

EV3 Ventures LLC
501 Madison Avenue
New York, NY 10019

Everest TM Limited
Vistra Corporate Services Centre
Wickhams Cay II
Road Town, Tortola VG1110
British Virgin Islands

Francis White
Address on File

Garrison Yang
Address on File

Jason Yanowitz
Address on File

Jeffrey Feng
Address on File

Ko Beng Hin
Address on File

Machine Identity LLC
5900 Balcones Drive
Austin, TX 78731

Mark Santin
Address on File

Michael Heinrich
Address on File

Neer Capital LTD
Wickhams Cay 1
P.O. Box 3140
Road Town, Tortola
British Virgin Islands

Nilseh Global Ltd
Intershore Chambers
PO Box 4342
Road Town, Tortola
British Virgin Islands

Noti
1511b Sturgus Ave S
Seattle, WA 98114

Peter Wang
Address on File

Rached Rayeh
Address on File

Recursive Group LLC
355 1st St

Sagaar Mandavia
Address on File

Scott Moses Sunarto
Address on File

Sreeram Kannan
Address on File

Thomas Yu
Address on File

Toge Gunkel
Address on File

TSS Digital FZCO
Dubai, UAE

Two Square Capital Inc
Intershore Chambers
PO Box 4342
Road Town, Tortola
British Virgin Islands

Vllaki LP
Miami, FL 33131

Wenxin Hong
Address on File

Daniel Hans Tan
Address on File

3EKV LLC
106 Sentosa Street
Irvine, CA 92618

REDACTED VERSION

| | | |
|---|---|---|
| Adam Smith<br>Address on File | Brian Johnson<br>Address on File | Bruno Faviero<br>Address on File |
| Daniel Nunes<br>Address on File | Emilio Maglione-Fulco<br>Address on File | Matthew Mery<br>Address on File |
| Roxi<br>Address on File | Samantha Bohbot<br>Address on File | Sintra FZCO<br>IFZA Business Park, DDP<br>Dubai, United Arab Emirates |
| Timothy Wang<br>Address on File | Yorkville Commodities<br>Carlos Betancourt<br>620 S Gramercy Pl #228<br>Los Angeles, CA 90005 | Covalent / Silota Research and Development Inc<br>4720 Kingsway Street<br>Suite 1103<br>Vancouver, British Columbia<br>Canada V5H 4N2 |
| Kana Labs Ltd | Lavra Holdings Limited<br>Trinity Chambers<br>P.O. Box 4301<br>Road Town, Tortola<br>British Virgin Islands | Rubicon Consultants, LLC |
| We Win Win<br>18105 Waters Circle<br>Orland Park, IL 60467 | artemis research | Golden Financial Innovation Ltd |
| CHEN PENGZHOU<br>Address on File | K2 kai | TAKAYUKI NEMOTO<br>Address on File |
| Jin Shang<br>Address on File | Albert Kim Than<br>Address on File | Sally wang/wang jia<br>Address on File |
| Constellation VP Pte Ltd | EunseongBoo<br>Address on File | CHEN WEINIAN<br>Address on File |
| LIU AIJIA<br>Address on File | Mulan | Jordi Alexander<br>Address on File |

REDACTED VERSION

| | | |
|---|---|---|
| Canghai Ji<br>Address on File | Léonard Dupuis - IGMI Capital Ltd<br>Address on File | Dipanshu<br>Address on File |
| 链上达人 | HE YANGJIAN<br>Address on File | HE JIE<br>Address on File |
| Cimpean Rares Eugen<br>Address on File | Kaiyuan Feng<br>Address on File | Mugiwara Capital Ltd. Alex Malosse |
| BinmengLuo<br>Address on File | kazuhiro ooishi<br>Address on File | Ni Sen<br>Address on File |
| Artur Felk<br>Address on File | JE YOUNG SEO<br>Address on File | Yun Ju Park<br>Address on File |
| Zolo Xiong<br>Address on File | Kim YoungTaek<br>Address on File | Hamzah Khan<br>Address on File |
| viperr<br>Address on File | jaypeg<br>Address on File | ho ka hon<br>Address on File |
| BILI<br>Address on File | Wye Meng Cheong<br>Address on File | Richard May<br>Address on File |
| Wooyoung Chung<br>Address on File | web3honey<br>Address on File | Redefinition Ltd. \| Jung-Yung Jonathan Lim Chang |
| snowball<br>Address on File | Yusuke Tsuji<br>Address on File | Gabriel Tramble<br>Address on File |

REDACTED VERSION

Eric Gansman
Address on File

Yaoyuan Lu
Address on File

Newtribe Capital Pte Ltd

LI MINGCHAN
Address on File

K300 Ventures

Leesoon Kim
Address on File

Yomiko Chen
Address on File

chen jian
Address on File

Andrew Cavanaugh
Address on File

Nox
Address on File

Zhang Zeng
Address on File

Calvin Chu
Address on File

Mehdi Devillers
Address on File

Zhao yuqing
Address on File

Eisuke Watanabe
Address on File

腦哥 Raizel (Wen Yi Huang)
Address on File

SEUNGYUN LEE
Address on File

shifeng
Address on File

Jongmin Kim
Address on File

Donghyeon Jo
Address on File

Ethan Choi
Address on File

Jacob Kowalewski
Address on File

eli5defi
Address on File

Igor Lymar
Address on File

SU ZHENZHU
Address on File

Zachary Manafort
Address on File

Robin Dirickx
Address on File

Nhan Ngo
Address on File

PANONY LIMITED

Yoshiki Kawai
Address on File

REDACTED VERSION

| | | |
|---|---|---|
| Inwon jung<br>Address on File | Jacob_Huzi<br>Address on File | Yuyue<br>Address on File |
| Hae Min Park<br>Address on File | Takahito Matsuzawa<br>Address on File | Ding Xiao<br>Address on File |
| Feng Liu<br>Address on File | Ashish Kumar<br>Address on File | Paul Kim<br>Address on File |
| 小人物<br>Address on File | Hugo Cesmat<br>Address on File | sanghyuk cho<br>Address on File |
| Hae Min Park<br>Address on File | Liew Ashton<br>Address on File | Jang Won Sok<br>Address on File |
| MAI OKUBO<br>Address on File | Hyun Kwon<br>Address on File | Dusty Brockland<br>Address on File |
| wiz<br>Address on File | Shuichi Yoshida<br>Address on File | temari<br>Address on File |
| Surekha Tuntiserirat<br>Address on File | Inderpreet Singh<br>Address on File | Jian Li<br>Address on File |
| BITWU<br>Address on File | Takahiro Ohtake<br>Address on File | YOHAN LIM<br>Address on File |
| Limbo<br>Address on File | hebi<br>Address on File | Vincent Yu<br>Address on File |

REDACTED VERSION

| | | |
|---|---|---|
| jinki kim<br>Address on File | memory<br>Address on File | HU XIUHONG<br>Address on File |
| Diederick Jacobs<br>Address on File | hellosuoha<br>Address on File | JUYEONG KIM<br>Address on File |
| Elizabeth<br>Address on File | Lanhu<br>Address on File | 默默<br>Address on File |
| BQ<br>Address on File | Ai 姨<br>Address on File | Youngwoo Jung<br>Address on File |
| KIE KATO (FIG)<br>Address on File | YunJe Jeong<br>Address on File | Djamaladine Souleyman<br>Address on File |
| Wuhongliang<br>Address on File | Choi won jun<br>Address on File | Zhixiong Pan<br>Address on File |
| tai lai<br>Address on File | Cal<br>Address on File | Zhang Qianyi（Ryan）<br>Address on File |
| junhyuk rhee<br>Address on File | 0xSun<br>Address on File | Kim Minsoo<br>Address on File |
| SUBIN HONG<br>Address on File | cryptosmart<br>Address on File | Levi Magill<br>Address on File |
| Gun<br>Address on File | KimDongGeon<br>Address on File | Gordon Lau<br>Address on File |

REDACTED VERSION

Bui Duc Huy
Address on File

Kittipoom aksornsua
Address on File

Chan Ho Fung
Address on File

Gareth Christopher Lai
Address on File

SALMON PINK
Address on File

MOONLIGHT
Address on File

Ben Rahnema
Address on File

LINSHENGPENG
Address on File

倪琪
Address on File

Wang Siying
Address on File

SANGHEON OH
Address on File

Lewis Phey
Address on File

bo lin
Address on File

0x易经
Address on File

Brandon Suzuki
Address on File

JUNKI KATO
Address on File

Taikan Okumura
Address on File

Shitij Gupta
Address on File

YONGGYU KIM
Address on File

Xiyan Sun
Address on File

Inderpreet Singh
Address on File

kwak jisung
Address on File

Leung Ka Ho Carl
Address on File

Shiyi Yu
Address on File

Takao Kido
Address on File

Leon Liu
Address on File

Xinhai Shu
Address on File

Daan aan de Stegge
Address on File

Vanessa sierra
Address on File

Kirby Ong
Address on File

REDACTED VERSION

Justin Wu
Address on File

Simon Jenvey
Address on File

Skyfrog Capital

Mark Cullen
Address on File

QFi 元宇宙阿Q
Address on File

Ader Group Limited

Wang lei
Address on File

David Hulshof
Address on File

Lucas Dantur
Address on File

Qinghua LI
Address on File

Gibbeum Lee
Address on File

bankeradao
Address on File

Jung Joon Park
Address on File

Sjuul Follings
Address on File

jack
Address on File

Lai Hong Phong
Address on File

Ben Wee
Address on File

Harald Foslien Løvstad
Address on File

Yerui Zhang
Address on File

bushizhe
Address on File

Wu guanggeng
Address on File

koichi kitamura
Address on File

Sungyun Jeong
Address on File

lubiyangjia
Address on File

Huage
Address on File

Chang Chi Chang
Address on File

smol
Address on File

kirara
Address on File

Aylo
Address on File

Inanc Salman
Address on File

REDACTED VERSION

| | | |
|---|---|---|
| Fiyes Yu<br>Address on File | Root Liu<br>Address on File | Kang Zeng<br>Address on File |
| Fernando Trespalacios<br>Address on File | Davinci Jeremie<br>Address on File | Bill Stoke<br>Address on File |
| DONGYEON LEE<br>Address on File | Alex Chan<br>Address on File | Unicorn Verse Pte Ltd |
| Zaddy Coin<br>Address on File | Ahboyash<br>Address on File | Harald Foslien Løvstad<br>Address on File |
| Hackapreneur<br>Address on File | TheCryptoDog<br>Address on File | Minh Pham<br>Address on File |
| HC Capital | Juliet<br>Address on File | YUQING ZHAO<br>Address on File |
| Hack VF 2022 LP<br>Daniel Bulaevsky | Fund III, LP<br>Joel Monegro | VARYS CAPITAL VENTURES SP1<br>Darius Askaripour |
| Avalanche Fund LP (Assigned Blizzard BVI Ltd.)<br>Chris Lavery | COLONY LAB LTD<br>Entity | Archetype Crypto II LP<br>Ash Egan |
| MAVEN 11 BLOCKCHAIN VENTURE FUND 2 LP (acting through its GP: MAVEN 11 GP BVF 2)<br>1. Joost van der Plas 2. Balder Bomans | Dovey Wan (ENTITY PROFILE CREATED AND VERIFIED FOR PV TECHNOLOGY LLC)<br>Dovey Wan<br>Address on File | CitizenX Crypto Ventures Fund II, LP<br>Emilio DiSanluciano |
| GuanxiDAO Pte. Ltd.<br>Alexey Voevodin | Borderless Cross-chain Ecosystem Fund LP<br>PROFILE COMPLETE FOR: Borderless Cross-Chain Ecosystem Fund LP<br>David Garcia | Borderless Liquid Multi Strategy Fund LP<br>PROFILE COMPLETE FOR: Borderless Multi-Strategy Fund V LP<br>David Garcia |

REDACTED VERSION

| | | |
|---|---|---|
| Kirby Fine<br>Kirby Fine<br>Address on File | TRGC SPC Limited<br>Etienne van't Kruys | Jan Stastny<br>Jan Stastny<br>Address on File |
| Sera Partners Limited<br>0 | Fjodor Agranat<br>Fjodor Agranat<br>Address on File | RPMA \| LLC<br>Shixiong Weng |
| Eterna Blockchain Fund II<br>Nassim Olive; Fabrizio De Tomasi | J17 Pioneer Fund L.P.<br>1. Richard Hsiao 2. Xiaodong Lei | BVC Digital Opportunities Master Fund I, LTD<br>Ben Lakoff |
| WAGMI 55- WAGMI Master LLC<br>Paul Graham Ventures | Proof Capital Special Situations Fund S-3<br>Cameron Reid | Artichoke Capital Fund LLP<br>Shawn Lim |
| Pavanveer Singh Heer - pav27s.crypto@gmail.com<br>Pavanveer Singh Heer<br>Address on File | Nomad Group<br>Miao Zhang | Jonathan West<br>Jonathan West<br>Address on File |
| Saxon Ventures FZCO<br>Ultan Miller | Mawson Consultants Limited (Assigned to Neil Kapoor)<br>Neil Kapoor<br>Address on File | Christian Sullivan<br>Christian sullivan<br>Address on File |
| Oai Lam<br>Oai Lam<br>Address on File | ZK Enpachi Foundation<br>Paul Parker | Bilge Tanyeri<br>Bilge Tanyeri<br>Address on File |
| Mentat Group LTD<br>Joseph Weinberg | MH Technologies Ltd**<br>Cameron Iqbal | Digital Consensus Fund SA**<br>Nebras Annous |
| Danny Christ**<br>Danny Christ<br>Address on File | Dan Mgbor<br>Dan Mgbor<br>Address on File | Merkle Tech Capital<br>Frederick Marinho |
| Token Metrics Ventures Fund Ltd<br>Ugo Nduaguba | Flowdesk<br>Paul Bugnot | Aves Lair S23 Fund LLC<br>Yao Tong |

REDACTED VERSION

| | | |
|---|---|---|
| Calvin Liu<br>Calvin Liu<br>Address on File | Gann Liquid Investments LLC<br>Jeff Gann | Taisu Ventures Web3 Fund Limited Partnership<br>Takashi Hayashida |
| Ansem Holdings LLC<br>Zion Thomas | Absoluta (Zolotarova Svitlana)<br>Zolotarova Svitlana | GC<br>Guillaume Cote<br>Address on File |
| Hansen Niu<br>Hansen Niu<br>Address on File | Token Metrics Ventures Ltd<br>Ugochukwu Nduaguba | Chen Qijan<br>Chen Qijan<br>Address on File |
| Sonny Azeez - (legal name Segun Azeez)<br>Sonny Azeez<br>Address on File | Alexander Phua  (ALEXANDER PHUA YEW CHUAN)<br>Alexander Phua<br>Address on File | Jonathan Brosseau<br>Jonathan Brosseau<br>Address on File |
| Alwan Zaidan<br>Alwan Zaidan<br>Address on File | Eser Uyanik<br>Eser Uyanik<br>Address on File | Michael Shafer<br>Michael Shafer<br>Address on File |
| Moyukh Sen<br>Moyukh Sen<br>Address on File | CVP<br>Jeff Gann | Enigmafund LLC<br>Khine Theint Theint Zin |
| Oleg Pavletsov<br>Oleg Pavletsov<br>Address on File | Oliver Bickell<br>Oliver Bickell<br>Address on File | Jung-Yung Jonathan Lim Chang<br>Jung-Yung Jonathan Lim Chang<br>Address on File |
| Vllaki LP<br>Frasher Ulaj | EV3 Ventures LLC<br>Mahesh Ramakrishnan | Ambush Capital Liquid Cayman<br>Joseph Lallouz |
| Skip Technology<br>Minzhi Ye | Protagonist LP<br>George Bousis | Ben Rahnema<br>Ben Rahnema<br>Address on File |
| George Burke<br>George Burke<br>Address on File | Third Earth Capital LP<br>William Patterson | Delta747 Limited<br>Sidharth Madan |

REDACTED VERSION

| | | |
|---|---|---|
| Anthony Lesoismier (Anthony Lesoismier Geniaux)<br>Anthony Lesoismier<br>Address on File | Brian Johnson<br>Brian Johnson<br>Address on File | Adam Smith<br>Adam Smith<br>Address on File |
| Emilio Maglione-Fulco<br>Emilio Maglione-Fulco<br>Address on File | Nilseh Global Ltd,<br>Yukina Yamada | Altasia Investments Limited<br>Ian Rumens |
| Alexander Opeagbe<br>Alexander Opeagbe<br>Address on File | Michael Wurzinger<br>Michael Wurzinger<br>Address on File | Batuhan Dasgin<br>Batuhan Dasgin<br>Address on File |
| Public Works LP<br>Scott Moore | Abhimanyu Bansal<br>Abhimanyu Bansal<br>Address on File | Eugene Attalah<br>Eugene Attalah<br>Address on File |
| Blocmates<br>167-169 Great Portland Street,<br>London, England, W1W 5PF | Paul Kim<br>Paul Kim<br>Address on File | Clayton Menzel<br>Clayton Menzel<br>Address on File |
| Skyfrog capital (named changed; formerly AUGR capital)<br>George Linnell | Pedro Gomes<br>Pedro Gomes<br>Address on File | Mitchell Chase<br>Mitchell Chase<br>Address on File |
| SeedHorizon Group / Wise3 Ventures Corporation<br>Daniel | Jason Yanowitz<br>Jason Yanowitz<br>Address on File | Mark Santin<br>Mark Santin<br>Address on File |
| Bekhzod Khatamov<br>Bekhzod Khatamov<br>Address on File | TSS Digital FZCO<br>Taranveer Sabharwal | Any Labs<br>Aayush Gupta |
| Jia Yaoqi<br>Jia Yaoqi<br>Address on File | Shiny Pony LLC<br>Meltem Demirors | Georgios Vlachos<br>Georgios Vlachos<br>Address on File |
| 4RC Ventures II LP<br>Keegan Selby | Daniel Abelon<br>Daniel Abelon<br>Address on File | Peter Wang<br>Peter Wang<br>Address on File |

REDACTED VERSION

| | | |
|---|---|---|
| Luna Ventures FZCO<br>Nic Puckrin | Mo Shaik<br>Mo Shaikh<br>Address on File | Timothy Wang<br>Timothy Wang<br>Address on File |
| Anuke Ganegoda<br>Anuke Ganegoda<br>Address on File | Sagaar Mandavia<br>Sagaar Mandavia<br>Address on File | exTerra Ventures<br>Mathias Goldmann<br>Address on File |
| ABCD SPV I, LLC<br>Devin Eldridge | NacionCrypto (assigned to individual- Juan Calderon)<br>Juan Calderon | Sreeram Kannan<br>Sreeram Kannan<br>Address on File |
| Everest TM Limited<br>Ruby Cheng | Recursive Group LLC<br>Uma Roy | Sintra FZCO<br>Mads Pedersen |
| Daniel Nunes<br>Daniel Nunes<br>Address on File | Josh Hesketh<br>Josh Hesketh<br>Address on File | HON WENG TUANG<br>Jason Tuang<br>Address on File |
| Djamaladine Souleyman<br>Djamaladine Souleyman<br>Address on File | Avalaunch Platform Corp. (Paul Mak)<br>0<br>Address on File | Continue Asset Management Ltd<br>Heping Lin |
| Silvermine Capital Advisors, LLC<br>Richard Shorten | Rokubunnoni Inc.<br>0 | Bo Zan Lin<br>Bo Zan Lin<br>Address on File |
| Ng Wei Hao Michael<br>Ng Wei Hao Michael<br>Address on File | Danilo Carucci<br>Danilo Carlucci<br>Address on File | Travis Blane<br>Travis Blane<br>Address on File |
| Yuta Moxley<br>Yuta Moxley<br>Address on File | ROBERTO FLORENTIN MUNTEANU<br>Roberto-Florentin Munteanu | CAP MAVEN MARKETING MANAGEMENT--changed to individual, Onkar Tiwari<br>Murtuza Bohari<br>Address on File |
| Yorkville Commodities LLC<br>Carlos Betancourt<br>Address on File | TANUKI STUDIO PTE. LTD.<br>Trinidad SANTURIO | Joshua Shihnz<br>0<br>Address on File |

REDACTED VERSION

| | | |
|---|---|---|
| Daniel Que<br>Daniel Que<br>Address on File | Block Space Force One Ltd<br>Spencer Yang Zijian | Daniel Que<br>Daniel Que<br>Address on File |
| Ding Xiao<br>Ding Xiao<br>Address on File | Alexander Lin<br>Alexander Lin | Joint Knowledge Labs Inc.<br>David Phelps Pratt-Robson |
| Toge Gunkel<br>Toge Gunkel<br>Address on File | Simon Jenvey<br>Simon Jenvey | Scott Moses Sunarto<br>Scott Moses Sunarto<br>Address on File |
| Two Square Capital<br>Lai Ka Shing | Machine Identity LLC<br>Kenneth Li<br>Address on File | Matthew Mery<br>Matthew Mery<br>Address on File |
| DeFi Saint<br>Aniakor Michelle | Radostin Minchev<br>Radostin Minchev<br>Address on File | Shak Capital Inc.<br>Shakir Lakhani |
| George Lambeth<br>George Lambeth<br>Address on File | Dao5 (assigned to bastion)<br>Tekin Salimi | Ankr PBC<br>Yunfan Song |
| Interop Ventures Fund 1 LP<br>Clement (no longer there) according to sebastien Couture<br>11/24 | CABRIT CAPITAL LTD<br>Anas Kassem; Fouad Dajani | SRS Investment Holdings Limited<br>SRS Investment Holdings Limited |
| Ajit Kumar Tripathi<br>Ajit Kumar Tripathi<br>Address on File | Vyas Venkatakrishnan<br>Vyas Venkatakrishnan<br>Address on File | Yuta Moxley<br>Yuta Moxley<br>Address on File |
| Hypersphere Parallel Network Master Fund<br>John Platts | Jerry Liu (280 Capital Ltd)<br>Jerry Liu<br>Address on File | Continue Asset Management Ltd<br>Heping Lin |
| Polkassembly LLC<br>Jaskirat Singh Chhabra | DocXBT<br>Nevy Jogi-Singh<br>Address on File | Ko Beng Hin<br>Ko Beng Hin<br>Address on File |

REDACTED VERSION

| | | |
|---|---|---|
| OKG Ventures Limited<br>LI Guangpeng | Asgard Digital Assets Fund LTD<br>Alex Kruger | Dao5 (assigned to bastion)<br>Tekin Salimi |
| Matthew Paik<br>Matthew Paik<br>Address on File | 3EKV LLC<br>Ekram Ahmed | Soban Saqib<br>Soban Saqib<br>Address on File |
| Keone Hon<br>Keone Hon<br>Address on File | Thomas Yu<br>Thomas Yu<br>Address on File | Jeffrey Feng<br>Jeffrey Feng<br>Address on File |
| Brian Retford<br>Brian Retford<br>Address on File | Francis White<br>Francis White<br>Address on File | Minhui Chen<br>Mike Chen<br>Address on File |
| Michael Heinrich<br>Michael Heinrich<br>Address on File | Wenxin Hong<br>Wenxin Hong<br>Address on File | Polychain Master Fund I LP<br>Requested |
| Polychain Parallel Fund I LP<br>Olaf Carlson-Wee | Ajit Tripathi<br>Ajit Tripathi<br>Address on File | Samantha Bohbot<br>Samantha Bohbot<br>Address on File |
| Not My Circus Not My Capital LLC<br>William Holt | Not My Circus Capital LLC<br>William Holt | Simon Charles Doherty<br>Simon Charles Doherty<br>Address on File |
| Phronesis Limited<br>Jozef Vogel | Dennison Bertram<br>Dennison Bertram<br>Address on File | Garrison Yang<br>Garrison Yang<br>Address on File |
| Gate Ventures Capital Corp.<br>Kevin Yang | Binayak Pande<br>Binayak Pande<br>Address on File | Foresight Research Pte Ltd.<br>Ada Lyu |
| Foresight Resarch PTE Ltd<br>Ada Lyu | Bruno Faviero<br>Bruno Faviero<br>Address on File | Mehdi Farooq<br>Mehdi Farooq<br>Address on File |

REDACTED VERSION

Neer Capital LTD
Robinson Burkey

George Alexander
George Alexander
Address on File

Roxi
Roxi
Address on File

Joe Takayama
Joe Takayama
Address on File

CryptologSpace
Achmad Shabir

Blockchain Investors Group, LLC
Michael Hakimi

Up Top Search
Dan Eskow
Address on File

Kwangsung Park
Kwangsung Park
Address on File

Ricadano Capital LLC

La Gold Cartel LLC

18117 BISCAYNE BLVD
STE #4099
MIAMI, FL 33160

Sparta Digital Pte Ltd (assigned to Sparta Holdings LLC
Saurabh Sharma

Jayendra Jog

Address on File

Ko Beng Hin
Ko Beng Hin
Address on File

Crypto.com Capital
Tommy Chan

Bo Wu

Address on File

Joe Chen / Chi Yu Chen

Address on File

Daniel E. Simerman

Address on File

Daniel Hans Tan
Daniel Hans Tan
Address on File

Layth Kal

Address on File

Luca Schnetzler / La Gold LLC

Address on File

COLONY LAB LTD
Entity

Jonathan West
Jonathan West
Address on File

Bilge Tanyeri
Bilge Tanyeri
Address on File

Silvermine Capital Advisors, LLC
Richard Shorten

Oai Lam
Oai Lam
Address on File

Alwan Zaidan
Alwan Zaidan
Address on File

Pavanveer Singh Heer
Pavanveer Singh Heer
Address on File

REDACTED VERSION

| | | |
|---|---|---|
| FACTBLOCK Corp.<br>0<br>Address on File | Jai Ku Sun<br>Jai Ku Sun<br>Address on File | OIG Capital Corp<br>Rune Pedersen |
| Rached Rayeh<br>Rached Rayeh<br>Address on File | Charles Moscoe<br>Charles Moscoe<br>Address on File | .xyz management group LLC<br>Mike Armstrong<br>Address on File |
| Varys Capital Ventures SP1  WESTEROS CAPITAL LTD<br>Darius Askaripour<br>Address on File | PV Technology LLC<br>Dovey Wan<br>Address on File | Lavra Holdings Limited<br>Brandon Ferrick<br>Address on File |
| YZILabs Management Limited<br>Changpeng Zhao | Token Metrics Ventures Fund Ltd<br>Ugo Nduaguba | Data Strategy Innovations Limited<br>Michael Curcio<br>Address on File |
| Token Metrics Advisers<br>9450 SW Gemini Dr<br>PMB 59348<br>Beaverton, OR 97008 | Mithai Services S.A., Mithai Trust, Digital Incubation Group | |
| Web3Port LP<br>ICS Corporate Services (BVI)<br>Limited Sea Meadow House, P.O.<br>Box 116, Road Town, Tortola,<br>British Virgin Islands | Groom Lake Private Military Corporation, LLC / GLPMC,<br>LLC<br>c/o Michael Cairo<br>1012 College Road, Suite 201<br>Dover, DE 19904 | Guffey, Inc. d.b.a. Hello Moon<br>270 W 17th Street Apt 19B<br>New York, NY 10011 |
| Saxon Advisors Ltd.<br>8 Cubitt Building<br>Gatliff Road<br>London<br>SW1W 8QL<br>Great Britain | Adam Cader<br>Address on File | LiHuiMei Lei; Metaverse Technology Company – FZE)<br>Address on File |
| Otter Audits LLC (dba Ottersec)<br>Nicholas Putra<br>519 West 22nd Street<br>Sioux Falls, SD 57105 | TransPerfect Document Management, Inc.<br>Accounts Receivable<br>1250 Broadway, 32nd Floor<br>New York, NY 10001 | Move Industries<br>Torab Arya, CEO<br>1950 University Ave, Ste. 506<br>Palo Alto, CA 94303 |
| Perkins Coie LLP<br>1301 Second Avenue, Suite 4200<br>Seattle, WA 98101 | Notifi<br>Paul Kim<br>1511b Sturgus Ave S<br>Seattle, WA 98114 | Crowell & Moring LLP<br>Two Manhattan West<br>375 Ninth Avenue<br>New York, NY 10001 |
| American Express National Bank, c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | The Digital Chamber (Chamber of Digital Commerce)<br>1667 K St NW, Ste 640<br>Washington, DC 20006 | Internal Revenue Service, Centralized Insolvency<br>Operation<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |

REDACTED VERSION

Franchise Tax Board, Bankruptcy Section MS A340
Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

Massachusetts Department of Revenue, Attn: Bankruptcy Unit
Massachusetts Department of Revenue
Attn: Bankruptcy Unit, P.O. Box 7090
Boston, MA 02204-7090

New Jersey Division of Taxation, Bankruptcy Unit
New Jersey Division of Taxation
Bankruptcy Unit
3 John Fitch Way, P.O. Box 245
Trenton, NJ 08695-0245,

Mercury Technologies, Inc.
2261 Market Street, Suite 86807
San Francisco, CA 94114

OpenAI OpCo, LLC, Attn: Legal
1455 3rd Street
San Francisco, CA 94158

Arizona Department of Revenue
Arizona Department of Revenue
1600 W. Monroe St.
Phoenix, AZ 85007

NYS Dept. of Taxation & Finance, Bankruptcy Section
NYS Dept. of Taxation & Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

Montana Department of Revenue, ATTN: Bankruptcy
Montana Dept. of Revenue
Attn: Bankruptcy Dept.
125 N. Roberts, P.O. Box 5805
Helena, MT 59604-5805

Discover Bank
Discover Bank,
P.O. Box 3025
New Albany, OH 43054-3025

Capital One, N.A.
Capital One, N.A.
4515 N Santa Fe Ave.
Oklahoma City, OK 73118

People Center, Inc. d/b/a Rippling
People Center, Inc. dba Rippling
55 2nd St., Suite 1500
San Francisco, CA 94105-3499

Cleary Gottlieb Steen & Hamilton LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304-1254

TrueBridge Capital Partners
1011 South Hamilton Road, Suite 400
Chapel Hill, NC 27517

Ramp Business Corporation
Ramp Business Corporation
28 West 23rd Street, Floor 2
New York, NY 10010

Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 7th Floor
P.O. Box 951
Wilmington, DE 19801

Chainalysis Inc.
114 Fifth Avenue, 19th Floor
New York, NY 10011

FTI Consulting
P.O. Box 418005
Boston, MA 02241-8005

Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043

JPG
Landmark American Insurance Company — Corporate
Office
945 East Paces Ferry Rd.
Atlanta, GA 30326

Fireblocks Inc.
5 Penn Plaza, Suite 2S
New York, NY 10001

Intuition Machines, Inc.
1065 SW 8th Street
Miami, FL 33130

Michelle Alana, LLC
25 Granada Drive
Corte Madera, CA 94925

Cision
1775 Tysons Blvd., 5th Floor
Tysons, VA 22102

June Homes US, Inc.
164 W. 25th St., Floor 10
New York, NY 10001

Grasshopper Bank, N.A.
261 5th Ave, Ste 610
New York, NY 10016

eShares, Inc. dba Carta, Inc.
333 Bush Street, Floor 23, Suite 2300
San Francisco, CA 94104

Vercel Inc.
440 N Barranca Ave #4133
Covina, CA 91723

Squarespace, Inc.
225 Varick Street, 12th Floor
New York, NY 10014

Province, LLC
2360 Corporate Circle, Suite 340
Henderson, NV 89074

Industrious
215 Park Avenue South, Suite 1100
New York, NY 10003

| | | |
|---|---|---|
| Marcum LLP<br>PO Box 95000-2288<br>Philadelphia, PA 19195-0001 | CBIZ, Inc.<br>PO Box 95000-2288<br>Philadelphia, PA 19195-0001 | Ironclad<br>Avigail Greenberg<br>650 California St., Suite 1100<br>San Francisco, CA 94108 |
| Winn Ventures Corp.<br>Jarred Winn | Pilot.com, Inc.<br>P.O. Box 7775 #86889<br>San Francisco, CA 94120-7775 | Burkland Associates<br>548 Market St PMB 94668<br>San Francisco, CA 94104-5401 |
| 2840405 Ontario Inc. | Torabi Enterprises<br>982 Joleen Court<br>Hayward, CA 94544 | Search on Dora Inc.<br>228 Park Avenue<br>Manhattan, New York, NY 10003 |
| Integer IT Systems SRL<br>23 Bulevardul Tineretului, Bl. A60<br>Sc. A, Ap. 6,<br>Ramnicu Valcea, 240014<br>Romania | Foxtail Studios<br>150 Lexington Street<br>San Francisco, CA 94110 | Anchorage Digital Bank NA<br>Thomas A. Deane<br>101 S. Reid St, Suite 329<br>Sioux Falls, SD 57103 |
| CLPR Agency<br>137 Kingston Road<br>Teddington, England TW11 9JP<br>United Kingdom | Constellation<br>Nexus Way<br>Grand Cayman KY1-1205<br>Cayman Islands | Inspire Capital<br>400 Southeast 5th Avenue<br>Boca Raton, FL 33432 |
| Dukas Linden Public Relations<br>PO Box 769<br>Teaneck, NJ 07666 | Artemis<br>169 Madison Avenue<br>Manhattan, New York, NY 10016 | Accelera Talent<br>1985 West Big Beaver Road, Ste 214<br>Troy, MI 48084 |
| Scrib3 Agency Inc.<br>2047 Three Forks<br>San Antonio, TX 78258 | Web3 Technologies<br>589 Howard Street<br>San Francisco, CA 94105 | Startup Artclub<br>8675 Falmouth Avenue,<br>Los Angeles, CA 90293 |
| Odiin LTD<br>Unit 1, First floor,<br>Kingisher House,<br>Essex, ENG CM120EQ<br>United Kingdom | Yingdan Lai<br>Address on File | Diollo Limited<br>Hillside, Clumber Road East<br>Nottingham, England NG7 1BD<br>United Kingdom |
| Weihsin Chen<br>Address on File | Horizons Law<br>2211 Michelson Drive<br>Irvine, CA 92612 | Kodem Son Tang L<br>Address on File |
| Jener Sakiri<br>Address on File | Halborn<br>114 Northwest 25th Street, #143<br>Miami, FL 33127 | Nick Gaines<br>Address on File |

REDACTED VERSION

Jack Kaminski
Address on File

Volcano House
777 NW 19th Ave
Portland, OR 97209

Evan Kade
Address on File

Max Miller
Address on File

ChunJun Jiao
Address on File

Jack Nop
Address on File

Mercury Technologies, Inc.
Officer or managing agent
81 Langton Street, Unit 4,
San Francisco, CA 94103

Mercury Technologies, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Mercury Technologies, Inc.
Officer or managing agent
660 Mission Street, Floor 4
San Francisco, CA 94105

Choice Financial Group
Officer or managing agent
4501 23rd Avenue South
Fargo, ND 58104

Choice Financial Group
c/o Registered Agent Solutions, Inc.
2894 Remington Green Lane, Suite A
Tallahassee, FL 32308

JPG (copies to)
11411 Southern Highlands Pkwy., Suite #320
Las Vegas, NV 89141

Delaware Division of Corporations
401 Federal Street, Suite 4
Dover, DE 19901

Delaware Franchise Tax
PO Box 8710
Wilmington, DE 19899-8700

State of Delaware Division of Revenue
Bankruptcy Administrator
820 N. French Street,
Wilmington, DE 19801

Delaware Secretary of State
PO Box 5509
Binghamton, NY 13902-5509

Vinit Parekh (Digital Incubation Group / Mithai Trust)
Vinit Parekh
Address on File

Poxxa Capital
Rune Pedersen

Interop Ventures Fund 1LP
Sebastien Couture (Director of GP)
c/o Ogier Global (Cayman) Limited
89 Nexus Way, Camana Bay
Grand Cayman, Cayman Islands KY1-9009

YZI / CZ Labs Management Ltd.
Changpeng Zhao

Maples and Calder (Maples Group)
Ugland House
South Church Street
P.O. Box 309
Grand Cayman, KY1-1104
Cayman Islands

Dentons Rodyk & Davidson LLP
80 Raffles Place, #33-00
UOB Plaza 1,
Singapore, 048624

Slim Moe Bob LLC
11 E Saratoga St, Apt 3B
Baltimore, MD 21202

H2 Strategy Partners LLC
30 N Gould St, Suite R
Sheridan, WY 82801

Virginia Depratment of Taxation
PO Box 1115
Richmond, VA 23218
VA
23218
Richmond
VA 23218

ANY LABS
12 Amber Gardens, King's Mansion
Singapore 439959

Jonathan West
Address on File

Continue Asset Management Ltd
P.O. Box 31119
Grand Pavilion
Hibiscus Way, 802 West Bay Road
Grand Cayman, KY1-1205
Cayman Islands

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission
Antonia Apps, Regional Director
100 Pearl St.
Suite 20-100
New York, NY 10004-2616

REDACTED VERSION

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001