**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | : | |
|---|---|---|
| | : | Chapter 11 |
| MVMT LABS, INC., | : | (Subchapter V) |
| | : | |
| Debtor. | : | Case No. 26-11113 (TMH) |
| | : | |

**NOTICE OF ZOOM-BASED SECTION 341 MEETING**

PLEASE TAKE NOTICE that the meeting of creditors pursuant to 11 U.S.C. §§ 341 and 343 (the "Section 341 meeting") in this case/these cases, scheduled for **August 20, 2026 at 2:00 p.m. (ET)**, will be held via Zoom. Parties wishing to participate in the Section 341 meeting should log in via Zoom in advance of the meeting per the below instructions. Please note that joining by web browser may not be supported, and advance download of the Zoom application may be necessary to fully participate.

If you are receiving this notice, you have been identified as a party who may be a creditor, i.e. someone who may be owed money by the Debtor(s). Creditors will receive subsequent notice regarding any deadline for submitting a claim for monies owed, as well as the procedures for doing so. **YOUR REMOTE PARTICIPATION IN THE SECTION 341 MEETING IS NOT REQUIRED, IS COMPLETELY OPTIONAL, AND FAILURE TO ATTEND WILL NOT AFFECT YOUR ELIGIBILITY TO FILE A CLAIM LATER.** The purpose of the Section 341 meeting is to provide creditors and parties in interest an opportunity to examine the Debtor's/Debtors' financial affairs. It is not the purpose of the Section 341 meeting to address the specific circumstances of each creditor.

PLEASE FOLLOW the instructions below to ensure a smooth and efficient Zoom-based Section 341 meeting.

- Log into the Zoom-based meeting using the following information:

**Go to Zoom.us/join, enter Meeting ID 161 9732 1517 and Passcode 3388093805 OR call 1-646-828-7666 (you will need the Meeting ID and Passcode after dialing). Such meeting may be continued/adjourned to a later date. If so, such additional information will appear on the docket of the U.S. Bankruptcy Court.**

**For additional meeting information and best practices, go to https://www.justice.gov/ust/ch11moc**

- Join the meeting from a quiet area where there is as little background noise as possible.
- The Trial Attorney from the Office of the U.S. Trustee may mute/unmute your microphone during the course of the meeting.
- Put your microphone on mute and do not speak until the U.S. Trustee counsel asks you to identify yourself, or indicates you may pose questions. You will still be able to listen even when your microphone is muted.
- Unmute your microphone when speaking.
- When speaking, identify yourself.
- Once the meeting of creditors is finished, please log out of the meeting.
- If you become disconnected before the meeting is finished, please log back in.
- The Section 341 meeting will be recorded (audio only) by the U.S. Trustee. Any other recordings are prohibited.

**ANDREW R. VARA**
**UNITED STATES TRUSTEE, REGIONS 3 AND 9**

Dated: July 16, 2026