**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| MVMT Labs Inc., | Case No. 26-11113 (TMH) |
| Debtor.[1] | |

**NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND RELATED
DOCUMENTS AND (II) AGENDA FOR HEARING ON FIRST DAY
MOTIONS SCHEDULED FOR JULY 20, 2026 AT 12:00 P.M. (ET)[2]**

**This proceeding will be conducted in-person in Courtroom No. 5 on the 5th Floor. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.**

**Please refer to Judge Horan's Chambers Procedures and the Court's website (https://www.deb.uscourts.gov/judge-thomas-m-horan) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements.**

**Registration is required by one hour prior to the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

**PLEASE TAKE NOTICE** that on July 15, 2026, the above-captioned debtor and debtor in possession (the "Debtor") filed the following voluntarily petition (the "Petition") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). The Debtor elected to proceed under subchapter V of chapter 11.

A.   Voluntary Petition:

1.   MVMT Labs Inc. [Case No. 26-11113 (TMH) [Docket No. 1]]

**PLEASE TAKE FURTHER NOTICE** that in addition to the filing of the Petition, the

---

[1]   The last four digits of the Debtor's federal tax identification number are 5217.  The Debtor's service address is c/o Legalinc Corporate Services Inc., 131 Continental Drive, Suite 305, Newark, New Castle County, DE 19713.

[2]   All motions and other pleadings referenced herein are available online at the following address: https://bankruptcy-claims.com/mvmt/CaseHome.aspx.

IMPAC - 12596011v.2

Debtor filed the following first day motions and related pleadings (collectively, the "First Day Motions").

B.    First Day Motions:

1.    Debtors' Application for Authorization to Employ and Retain Reliable Companies d/b/a Reliable as Claims and Noticing Agent Effective as of the Petition Date [Docket No. 2 – filed July 15, 2026]

2.    Debtor's Motion for Entry of an Order (A) Authorizing the Debtor to Redact Certain Personally Identifiable Information; (B) Authoring the Debtor to Serve Certain Parties by Electronic Mail; (C) Approving Certain Notice Procedures; and (D) Granting Related Relief [Docket No. 3 – filed July 15, 2026]

3.    Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks; (B) Authorizing the Continued Use of Existing Cash Management Systems; (C) Granting Limited Relief from the Requirements of Bankruptcy Code Section 345(b) and the U.S. Trustee's Operating Guidelines; and (D) Granting Related Relief [Docket No. 4 – filed July 15, 2026]

4.    Debtor's Motion for Entry of (I) Interim and Final Orders (A) Authorizing the Debtor to (1) Obtain Post-Petition Financing and (2) Grant Liens, Including Senior Secured Liens, and Superpriority Administrative Expense Claims; and (B) Modifying the Automatic Stay; (II) an Order Authorizing the Assumption of the Fenix Agreement with Movement Network Foundation Pursuant to Sections 365 and 363; (III) an Order Approving the Settlement Between the Debtor and the Foundation Parties Pursuant to Bankruptcy Rule 9019; (IV) an Order Scheduling a Final Hearing with Respect to the Foregoing; and (V) an Order Granting Related Relief [Docket No. 19 – filed July 17, 2026]

    Related Document:

    A.    Notice of Filing of Exhibit B to Debtor's Motion for Entry of an Order Approving Postpetition Financing Under Seal [SEALED Docket No. 20 - filed July 17, 2026]

C.    First Day Declaration:

1.    Declaration of Michael Robinson in Support of MVMT Labs, Inc.'s Chapter 11 Petitions and First Day Motions [Docket No. 21– filed July 17, 2026]

    **PLEASE TAKE FURTHER NOTICE** that an in-person hearing with respect to the Petition and First Day Motions is scheduled for **July 20, 2026 at 12:00 p.m. (ET)** (the "First Day

IMPAC - 12596011v.2

Hearing") at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5ᵗʰ Floor, Courtroom No. 5, Wilmington, Delaware 19801 before the Honorable Thomas M. Horan, United States Bankruptcy Judge for the District of Delaware.  Parties who wish to participate in the First Day Hearing may do so by (i) reviewing Judge Horan's Chambers Procedures regarding expectations of remote participants (https://www.deb.uscourts.gov/judge-thomas-m-horan), (ii) reviewing the Court's website for information on who may participate remotely, the method of allowed participation (video or audio), and the advance registration requirements, and (iii) if permitted to appear remotely, by registering using the Court's *eCourtAppearances* tool at http://www.deb.uscourts.gov/ecourt-appearances found on the Court's website.  Registration is required by **11:00 a.m. (ET) on July 20, 2026**, unless otherwise noticed.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Motions may be made at the First Day Hearing.

Dated: July 17, 2026
      Wilmington, Delaware

Respectfully submitted,

*/s/ Gregory J. Flasser*
Jeremy W. Ryan (No. 4057)
Gregory J. Flasser (No. 6154)
Sameen Rizvi (No. 6902)
Wenting Wu (No. 7679)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email:  jryan@potteranderson.com
        gflasser@potteranderson.com
        srizvi@potteranderson.com
        wwu@potteranderson.com

*Proposed Counsel to the Debtor and Debtor in Possession*

IMPAC - 12596011v.2