# SIGN-IN SHEET

CASE NAME: MVMT Labs

CASE NO: 26-11113

COURTROOM LOCATION: 5

DATE: 7/20/2026 at 12:00 p.m.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Fred Sxsakle | AO Sherman | DIP Lender |
| William Halsta | " " | " " |
| Ken Eads | XLST | " " |
| Joseph J. McMahon, Jr. | USDOJ | U.S. Trustee |
| JEFF SCHWGNBEMAN | Sub V Trustee RPA Aburlons | Sub V Trustee |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

Case 26-11113-TMH   Doc 36   Filed 07/20/26

# SIGN-IN SHEET

CASE NAME:   MVMT Labs, Inc.        COURTROOM NO.:     5

CASE NO.    26-11113 (TMH)       DATE:     7/20/2026

**PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeremy W. Ryan | Potter Anderson & Corroon LLP | Debtor |
| Gregory J. Flasser | Potter Anderson & Corroon LLP | Debtor |
| Wenting Wu | Potter Anderson & Corroon LLP | Debtor |
| Michael Robinson | Province | Debtor |
| John Sensing | Potter Anderson & Corroon | Debtor |

12981715

MVMT Labs 26-11113
July 20, 2026

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Samuel | Hershey | White & Case | Rushikesh Manche | Video and Audio |
| Phoebe | Bakos | | | Audio Only |
| Becky | Brothman | Ballard Spahr LLP | | Video and Audio |
| Chad | Corazza | YCST | | Video and Audio |
| David | Dunn | Province | | Video and Audio |
| Justin | Edelson | Reliable | | Video and Audio |
| Gregory | Flasser | Potter Anderson & Corroon LLP | | Video and Audio |
| Kristin | McCloskey | Potter Anderson & Corroon LLP | | Video and Audio |
| Sameen | Rizvi | Potter Anderson & Corroon LLP | | Video and Audio |
| Michael | Robinson | Province | | Video and Audio |
| Laurel | Roglen | Ballard Spahr | | Video and Audio |
| Jeremy | Ryan | Potter Anderson & Corroon | | Video and Audio |
| Oscar | Strieter | Province | | Video and Audio |
| Margaret | Vesper | Ballard Spahr | | Video and Audio |
| Wenting | Wu | Potter Anderson & Corroon | | Video and Audio |