**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| MVMT Labs Inc., | Case No. 26-11113 (TMH) |
| Debtor.[1] | **Re:  Docket No. 35** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 35

**PLEASE TAKE NOTICE** that, the undersigned counsel hereby withdraws the document listed below:

- Notice of Chapter 11 Bankruptcy Case [Docket No. 35]

---

[1]   The last four digits of the Debtor's federal tax identification number are 5217.  The Debtor's service address is c/o Legalinc Corporate Services Inc., 131 Continental Drive, Suite 305, Newark, New Castle County, DE 19713.

Dated: July 20, 2026       Respectfully submitted,
   Wilmington, Delaware

             */s/ Gregory J. Flasser*
             Jeremy W. Ryan (No. 4057)
             Gregory J. Flasser (No. 6154)
             Sameen Rizvi (No. 6902)
             Wenting Wu (No. 7679)
             1313 North Market Street, Sixth Floor
             P.O. Box 951
             Wilmington, Delaware 19801
             Telephone: (302) 984-6000
             Facsimile: (302) 658-1192
             Email: jryan@potteranderson.com
               gflasser@potteranderson.com
               srizvi@potteranderson.com
               wwu@potteranderson.com

             *Proposed Counsel to the Debtor and Debtor in Possession*

2

IMPAC - 12613910v.1