**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| MVMT Labs Inc., | Case No. 26-11113 (TMH) |
| Debtor.[1] | **Re:  Docket Nos. 3, 4, 19, 31, 32 and 33** |

**OMNIBUS NOTICE OF SECOND DAY HEARING**
**TO BE HELD ON AUGUST 27, 2026 AT 11:00 A.M. (ET)**

**PLEASE TAKE NOTICE** that on July 15, 2026 (the "Petition Date"), the above-captioned debtor and debtor in possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, the following motions (collectively, the "First Day Motions") were approved on an interim basis [Docket Nos. 31, 32 and 33] and will be heard on a final basis at a hearing scheduled for **August 27, 2026 at 11:00 a.m. (ET)** (the "Second Day Hearing") before the Honorable Thomas M. Horan, United States Bankruptcy Judge, at the Bankruptcy Court, 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801 (the "Court"):

---

[1] The last four digits of the Debtor's federal tax identification number are 5217.  The Debtor's service address is c/o Legalinc Corporate Services Inc., 131 Continental Drive, Suite 305, Newark, New Castle County, DE 19713.

IMPAC - 12613910v.1

1. Debtor's Motion for Entry of an Order (A) Authorizing the Debtor to Redact Certain Personally Identifiable Information; (B) Authoring the Debtor to Serve Certain Parties by Electronic Mail; (C) Approving Certain Notice Procedures; and (D) Granting Related Relief [Docket No. 3 – filed July 15, 2026]

2. Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks; (B) Authorizing the Continued Use of Existing Cash Management Systems; (C) Granting Limited Relief from the Requirements of Bankruptcy Code Section 345(b) and the U.S. Trustee's Operating Guidelines; and (D) Granting Related Relief [Docket No. 4 – filed July 15, 2026]

3. Debtor's Motion for Entry of (I) Interim and Final Orders (A) Authorizing the Debtor to (1) Obtain Post-Petition Financing and (2) Grant Liens, Including Senior Secured Liens, and Superpriority Administrative Expense Claims; and (B) Modifying the Automatic Stay; (II) an Order Authorizing the Assumption of the Fenix Agreement with Movement Network Foundation Pursuant to Sections 365 and 363; (III) an Order Approving the Settlement Between the Debtor and the Foundation Parties Pursuant to Bankruptcy Rule 9019; (IV) an Order Scheduling a Final Hearing with Respect to the Foregoing; and (V) an Order Granting Related Relief [Docket No. 19 – filed July 17, 2026]

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Motions must comply with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware.  Objections, if any, to the First Day Motions must be filed with the Court and served upon each of the parties set forth below on or before **August 20, 2026 at 4:00 p.m. (ET)**: (a) proposed counsel to the Debtor, Potter Anderson & Corroon LLP, Hercules Plaza, 1313 North Market Street, 6th Floor, Wilmington, DE 19801, Attn: Jeremy W. Ryan (jryan@potteranderson.com) and Gregory J. Flasser (gflasser@potteranderson.com); (b) counsel to any statutory committee appointed in this Chapter 11 Case; (c) the U.S. Trustee, 844 King Street, Suite 2207, Wilmington, DE 19801, Attn: Joseph McMahon (joseph.mcmahon@usdoj.gov); and (d) to the extent not listed herein, those parties requesting notice pursuant to Bankruptcy Rule 2002.

IMPAC - 12613910v.1

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Motions and the interim orders entered with respect to the First Day Motions, which are served herewith, can be obtained through the Court's website at https://ecf.deb.uscourts.gov, referencing Case No. 26- 11113 (TMH), and on the website of the Debtor's claims and noticing agent, Reliable at https://bankruptcy-claims.com/mvmt/CaseHome.aspx.

**PLEASE TAKE FURTHER NOTICE** that the Second Day Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Second Day Hearing or at a later hearing. The Debtor will file an agenda before the Second Day Hearing, which may modify or supplement the motions and applications to be heard at the Second Day Hearing.

**PLEASE TAKE FURTHER NOTICE** that you need not appear at the Second Day Hearing if you do not object to the relief requested in the First Day Motions.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU DO NOT WANT THE COURT TO GRANT THE RELIEF REQUESTED IN THE FIRST DAY MOTIONS, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEW ON THE FIRST DAY MOTIONS, THEN YOU OR YOUR ATTORNEY MUST TIMELY FILE AND SERVE AN OBJECTION AND ATTEND THE SECOND DAY HEARING. IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE FIRST DAY MOTIONS AND MAY ENTER ORDERS GRANTING THE RELIEF REQUESTED IN THE FIRST DAY MOTIONS.**

IMPAC - 12613910v.1

Dated: July 20, 2026
     Wilmington, Delaware

Respectfully submitted,

*/s/ Sameen Rizvi*
Jeremy W. Ryan (No. 4057)
Gregory J. Flasser (No. 6154)
Sameen Rizvi (No. 6902)
Wenting Wu (No. 7679)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email:  jryan@potteranderson.com
      gflasser@potteranderson.com
      srizvi@potteranderson.com
      wwu@potteranderson.com

*Proposed Counsel to the Debtor and Debtor in Possession*

IMPAC - 12613910v.1