# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 (Subchapter V) |
| MVMT Labs, Inc., | Case No. 26-11113 (TMH) |
| Debtor.[1] | **Re: Docket No. 38** |

## NOTICE OF FILING SUPPLEMENTAL NOTICE OF BAR DATE

PLEASE TAKE NOTICE that on July 15, 2026, the above-captioned debtor and debtor in possession MVMT Labs, Inc. (the "Debtor") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE that on July 20, 2026, the Court entered the *Order Authorizing the Debtor to Employ and Retain Reliable Companies d/b/a Reliable as Claims and Noticing Agent Effective as of the Petition Date* [Docket No. 30] which appointed Reliable Companies d/b/a Reliable ("Reliable") as the Debtor's claims and noticing agent in this case.

PLEASE TAKE FURTHER NOTICE that on July 20, 2026, the Debtor filed the *Notice of Chapter 11 Bankruptcy Case* [Docket No. 38] (the "Notice of Commencement") which was served on the Debtor's list of creditors.  In accordance with the *General Order Setting Proof of Claim Bar Dates in All Cases Under Subchapter V of Chapter 11* of the Bankruptcy Court for the District of Delaware (entered September 14, 2020) and the rule 3001-1(c) of the *Local Rules of the United States Bankruptcy Court for the District of Delaware* (the "Local Rules"), the Notice of Commencement notified creditors of the general and governmental bar dates for filing claims in this chapter 11 case.

---

[1] The last four digits of the Debtor's federal tax identification number are 5217.  The Debtor's service address is c/o Legalinc Corporate Services Inc., 131 Continental Drive, Suite 305, Newark, New Castle County, DE 19713.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Notice of Commencement, the general bar date for creditors to file a claim in this chapter 11 case is **September 14, 2026** (the "General Bar Date") and the governmental bar date is **January 11, 2027** (the "Governmental Bar Date**"**).  *See* Notice of Commencement ¶ 7.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 3003-1(a), parties wishing to file a claim in this case should submit the proof of claim to Reliable, the Debtor's claims agent, electronically or by mail.

PLEASE TAKE FURTHER NOTICE that parties submitting claims electronically should submit the claim at the following link: https://bankruptcy-claims.com/mvmt.

PLEASE TAKE FURTHER NOTICE that parties submitting claims by mail should submit the original proof of claim to Reliable (Reliable Companies, Attn: Gene Matthews, 1007 North Orange Street, Suite 110, Wilmington, DE 19801) and serve a copy of the claim on the Debtor.

Dated: July 21, 2026
      Wilmington, Delaware

POTTER ANDERSON & CORROON LLP

*/s/ Sameen Rizvi*
Jeremy W. Ryan (No. 4057)
Gregory J. Flasser (No. 6154)
Sameen Rizvi (No. 6902)
Wenting Wu (No. 7679)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: jryan@potteranderson.com
       gflasser@potteranderson.com
       srizvi@potteranderson.com
       wwu@potteranderson.com

*Proposed Counsel to the Debtor*
*and Debtor in Possession*