**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 (Subchapter V) |
| MVMT Labs, Inc., | Case No. 26-11113 (TMH) |
| Debtor.[1] | |

**DEBTOR'S SUBCHAPTER V STATUS REPORT**

The above-captioned debtor and debtor in possession (the "Debtor"), by and through its undersigned proposed counsel, hereby submits this Subchapter V Status Report (the "Report") pursuant to section 1188(c) of Title 11 of the United States Code (the "Bankruptcy Code") and respectfully represents as follows:

## INTRODUCTORY STATEMENT

1. On July 15, 2026 (the "Petition Date"), the Debtor commenced a voluntary case under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") as a debtor defined in Bankruptcy Code section 1182(1), and the Debtor elected to proceed under Subchapter V of chapter 11 of the Bankruptcy Code pursuant to the Small Business Debtor Reorganization Act, as amended.

2. On July 16, 2026, the Office of the United States Trustee (the "U.S. Trustee") appointed Jeffrey Schwendeman to serve as the Subchapter V trustee (the "Subchapter V Trustee") in this Chapter 11 Case pursuant to Bankruptcy Code section 1183(a). No official committee has been appointed in this Chapter 11 Case. The Debtor is operating its business as debtor in possession pursuant to section 1184 of the Bankruptcy Code.

[1] The last four digits of the Debtor's federal tax identification number are 5217. The Debtor's service address is c/o Legalinc Corporate Services Inc., 131 Continental Drive, Suite 305, Newark, New Castle County, DE 19713.

3. Additional detail regarding the Debtor, its business, and the events leading to commencement of this Chapter 11 Case is set forth in *Declaration of Michael Robinson in Support of MVMT Labs, Inc.'s Chapter 11 Petition and First Day Motions* [Docket No. 21] (the "First Day Declaration"),[2] is incorporated herein by reference.

**ADMINISTRATIVE MATTERS NECESSARY TO REORGANIZATION**

**A. First Day Motions**

4. On July 15 and July 17, 2026, as applicable, the Debtor filed the following first day motions (collectively, the "First Day Motions"):

*a.* *Debtor's Motion for Entry of an Order (A) Authorizing the Debtor to Redact Certain Personally Identifiable Information; (B) Authoring the Debtor to Serve Certain Parties by Electronic Mail; (C) Approving Certain Notice Procedures; and (D) Granting Related Relief* [D.I. 3] (the "Redaction Motion"). The Court entered an interim order approving the Redaction Motion on July 20, 2026 [D.I. 31]. A hearing on final approval of the Redaction Motion is scheduled for August 27, 2026, at 11:00 a.m. (ET).

*b.* *Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks; (B) Authorizing the Continued Use of Existing Cash Management Systems; (C) Granting Limited Relief from the Requirements of Bankruptcy Code Section 345(b) and the U.S. Trustees Operating Guidelines; and (D) Granting Related Relief.* [D.I. 4] (the "Cash Management Motion"). The Court entered an interim order approving the Cash Management Motion on July 20, 2026 [D.I. 32] (the "Interim Cash Management Order"). A hearing on final approval of the Cash Management Motion is scheduled for August 27, 2026, at 11:00 a.m. (ET).

*c.* *Debtor's Motion for Entry of (I) Interim and Final Orders (A) Authorizing the Debtor to (1) Obtain Postpetition Financing and (2) Grant Liens, Including Senior Secured Liens, and Superpriority Administrative Expense Claims; and (B) Modifying the Automatic Stay; (II) an Order Authorizing the Assumption of the Fenix Agreement With Movement Network Foundation Pursuant to Sections 365 and 363; (III) an Order Approving the Settlement Between the Debtor and the Foundation Parties Pursuant to Bankruptcy Rule 9019; (IV) an Order Scheduling a Final Hearing With Respect to the foregoing; and (V) an Order Granting Related Relief* [D.I. 19]

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the First Day Declaration.

(the "DIP Motion"). The Court entered an interim order approving the DIP Motion on July 20, 2026 [D.I. 33] (the "Interim DIP Order"). A hearing on final approval of the DIP Motion is scheduled for August 27, 2026, at 11:00 a.m. (ET).

**B. Professionals**

5. The Debtor has also retained or proposes to retain certain professionals to aid in its reorganization efforts, and will be filing a motion that proposes procedures for the compensation of such professionals, as follows:

a. Reliable Companies d/b/a Reliable ("Reliable") as its claims and noticing agent. On July 15, 2026, the Debtor filed the *Debtor's Application for Authorization to Employ and Retain Reliable Companies d/b/a Reliable as Claims and Noticing Agent Effective as of the Petition Date* [D.I. 2] (the "Reliable Retention Application"). The Court entered an order approving the Reliable Retention Application on July 20, 2026 [D.I. 30].[3]

a. Potter Anderson & Corroon LLP ("Potter") as its bankruptcy counsel. The Debtor anticipates filing the *Application of Debtor to Retain and Employ Potter Anderson & Corroon LLP as Counsel to the Debtor and Debtor in Possession Pursuant to Section 327(A) and 1107(B) of the Bankruptcy Code, Bankruptcy Rules 2014(A) and 2016, and Local Rule 2014-1, Effective as of the Petition Date* and scheduling it for hearing on August 27, 2026 at 11:00 a.m. (ET).

b. Province, LLC to provide a Chief Restructuring Officer and certain additional personnel. The Debtor anticipates filing the *Debtor's Motion for Entry of an Order (I) Approving the Retention and Employment of Province, LLC to Provide the Debtor with a Chief Restructuring Officer and Certain Additional Personnel Effective as of the Petition Date; (II) Designating Michael Robinson as the Chief Restructuring Officer to the Debtor; and (III) Granting Related Relief* and scheduling it for hearing on August 27, 2026 at 11:00 a.m. (ET).

c. Crowell & Moring LLP as special counsel. The Debtor anticipates filing the *Debtor's Application Pursuant to Sections 327(e) and 330 of the Bankruptcy Code for Entry of an Order Authorizing the Retention and Employment of Crowell & Moring LLP as Special Counsel to the Debtor Effective as of the Petition Date* and scheduling it for hearing on August 27, 2026 at 11:00 a.m. (ET).

---

[3] In the coming days, the Debtor intends to also file an application seeking to retain and employ Reliable as administrative advisor to the Debtor.

d. The Debtor anticipates filing the *Debtor's Motion for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* and scheduling it for hearing on August 27, 2026 at 11:00 a.m. (ET).

**C. Initial Debtor Interview, Schedules and Statements, and Status Conference**

6. On July 29, 2026, the U.S. Trustee conducted its Initial Debtor Interview with the proposed Chief Restructuring Officer of the Debtor, Michael Robinson ("Mr. Robinson"), and Potter as proposed counsel to the Debtor.

7. The deadline for the Debtor to file its schedules of assets and liabilities and statement of financial affairs (the "Schedules and Statements") is August 12, 2026.

8. The Court has scheduled an omnibus hearing and the status conference in this Chapter 11 Case required by section 1188(a) of the Bankruptcy Code for August 18, 2026 at 2:00 p.m. (ET).

9. The U.S. Trustee scheduled the meeting of creditors pursuant to section 341 of the Bankruptcy Code (the "341 Meeting") for August 20, 2026, where Mr. Robinson, Potter, and the Subchapter V Trustee will appear.

**D. Debtor's Obligations**

11. To the best of its knowledge, the Debtor has timely performed its duties under the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of the United States Bankruptcy Court for the District of Delaware. In addition, the Debtor has provided, or hereby provides, the following information to the Court and all parties in interest consistent with its reporting obligations pursuant to section 1188(c) of the Bankruptcy Code:

- The Debtor is in the process of transitioning bank accounts pursuant to the Interim Cash Management Order.
- The Debtor will file its Schedules and Statements on or before August 12, 2026.

- The Debtor has not yet filed its first monthly operating report as the deadline to file has not yet occurred, which deadline is August 21, 2026.
- All relevant insurance is in place and current.
- The Debtor is not current on its federal tax returns. The Debtor is working to determine when such returns may be ready for filing.
- The Debtor is current with its post-petition administrative expenses.

**EFFORTS TO OBTAIN A CONSENSUAL PLAN OF REORGANIZATION**

12. As generally described in the First Day Declaration, the Debtor filed this Chapter 11 Case with the goal of confirming a plan under subchapter V of the Bankruptcy Code that will create a litigation trust to preserve and pursue claims and causes of action for the benefit of its estate and all stakeholders. Accordingly, the Debtor is focused on minimizing administrative expenses such that the Debtor will be able to formulate a feasible plan of reorganization (the "Plan").

13. Pursuant to section 1189(b) of the Bankruptcy Code, the Debtor intends to file the Plan on or before October 13, 2026, however, pursuant to the milestones set forth in the DIP Credit Agreement attached to the Interim DIP Order, the Debtor intends to file the Plan and obtain entry of an order of the Court confirming the Plan on or before October 28, 2026 (the "Plan Confirmation Milestone"). The Debtor is in the process of drafting its proposed Plan and accompanying documents and believes it is on target to achieve the Plan Confirmation Milestone.

14. The Debtor is presently engaged in constructive discussions with the DIP Lender in order to achieve a consensual confirmed Plan, and intends to continue doing so as this Chapter 11 Case progresses.

Dated: August 4, 2026
Wilmington, Delaware

POTTER ANDERSON & CORROON LLP

*/s/ Gregory J. Flasser*

Jeremy W. Ryan (No. 4057)
Gregory J. Flasser (No. 6154)
Sameen Rizvi (No. 6902)
Wenting Wu (No. 7679)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: jryan@potteranderson.com
gflasser@potteranderson.com
srizvi@potteranderson.com
wwu@potteranderson.com

*Proposed Counsel to the Debtor and Debtor in Possession*