**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:**<br><br>**MVMT Labs, Inc.,**<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 26-11113 (TMH)** |

**<u>MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*</u>**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Samuel P. Hershey, Esq. of White & Case LLP to represent Rushikesh Manche in the above-captioned case.

Date: August 10, 2026
Wilmington, DE

**McCARTER & ENGLISH LLP**

*<u>/s/ Kate Roggio Buck</u>*
Kate Roggio Buck (DE #5140)
Lawrence John O'Brien (DE #7000)
405 North King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399
Email: kbuck@mccarter.com
lobrien@mccarter.com

*Attorneys for Rushikesh Manche*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

/s/ *Samuel P. Hershey*
Samuel P. Hershey, Esquire
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
(212) 819-2699
sam.hershey@whitecase.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.