**Bank Statements**

MERCURY

July 2026 statement
July 1, 2026–July 31, 2026 (31 days)
All dates in UTC

## MVMT Labs Inc

651 North Broad Street
Middletown, DE 19709

EIN ••5217

## Account details

| | |
|---|---|
| Account Type | Checking |
| Account Number | [redacted]2960 |
| Routing Number | [redacted] |

## Account activity

| | |
|---|---|
| Beginning Balance | $334,125.90 |
| Total withdrawals | −$268,593.59 |
| Total deposits | $751,004.30 |
| Statement balance | $816,536.61 |

## All Transactions /

| Date (UTC) | Description | Type | Amount | End of Day Balance |
|---|---|---|---|---|
| Jul 03 | PEOPLE CENTER | → ACH Pull | −$2,093.27 | |
| | PEOPLE CENTER | → ACH Pull | −$599.00 | |
| | PEOPLE CENTER | → ACH Pull | −$1,794.64 | |
| | PEOPLE CENTER | → ACH Pull | −$2,795.10 | |
| | PEOPLE CENTER | → ACH Pull | −$752.15 | $326,091.74 |
| Jul 06 | X CORP. PAID FEA | ← ACH In | $79.95 | $326,171.69 |
| Jul 07 | PEOPLE CENTER | → ACH Pull | −$9.00 | |
| | Rippling | ← ACH In | $253.33 | |
| | Rippling | ← ACH In | $81.00 | $326,497.02 |
| Jul 08 | RIPPLING PAYMENT | → ACH Pull | −$273.00 | $326,224.02 |
| Jul 09 | Crowell & Moring LLP | ACH Payment | −$5,500.00 | $320,724.02 |
| Jul 10 | JPG | Wire Payment | −$90,639.20 | |
| | Matt Kahn | Wire Payment | −$14,193.55 | $215,891.27 |
| Jul 11 | RIPPLING PAYMENT | → ACH Pull | −$19,162.65 | |
| | RIPPLING PAYMENT | → ACH Pull | −$25,644.29 | |
| | PEOPLE CENTER | → ACH Pull | −$210.13 | $170,874.20 |
| Jul 14 | Province | Wire Payment | −$50,000.00 | |
| | Potter Anderson & Corroon LLP | ACH Payment | −$50,000.00 | |
| | TRANSPERFECT Document Management, Inc. | ACH Payment | −$4,927.61 | $65,946.59 |
| Jul 16 | Transfer from Treasury | ← Transfer In | $590.02 | $66,536.61 |
| Jul 27 | Meow Technologie | ← ACH In | $750,000.00 | $816,536.61 |
| **Total** | | | | **$816,536.61** |

MERCURY

July 2026 statement
July 1, 2026–July 31, 2026 (31 days)
All dates in UTC

## MVMT Labs Inc

651 North Broad Street
Middletown, DE 19709

EIN • •5217

## Account details

| | |
|---|---|
| Account Type | Savings |
| Account Number | [redacted]0787 |
| Routing Number | [redacted] |

## Account activity

| | |
|---|---|
| Beginning Balance | $0.00 |
| Total withdrawals | $0.00 |
| Total deposits | $0.00 |
| Statement balance | $0.00 |

## All Transactions /

| Date (UTC) | Description | Type | Amount | End of Day Balance |
|---|---|---|---|---|
| **Total** | | | | **$0.00** |

MERCURY

Mercury Treasury
2261 Market Street
Suite 86807
San Francisco, CA 94114
US
Phone: +1 (415) 878-1068

# Account Statement

MVMT LABS
1475 BERING ROAD
WESLEY CHAPEL, FL 33543
US

## MVMT LABS

Account Number: [redacted]9496
Statement Date: 2026-07-01 - 2026-07-31

## ACCOUNT SUMMARY

| | Opening Balance | Closing Balance |
|---|---|---|
| Cash Balance | 0.00 | 0.00 |
| Short Balance | 0.00 | 0.00 |
| Securities Valuation | 0.00 | 0.00 |
| **Total Net Worth** | **0.00** | **0.00** |

## INCOME AND EXPENSE SUMMARY

| | This Period | Year to Date |
|---|---|---|
| Management Fees | -113.10 | -113.10 |

MERCURY

Mercury Treasury
2261 Market Street
Suite 86807
San Francisco, CA 94114
US
Phone: +1 (415) 878-1068

MVMT LABS

Account Number: [redacted]9496

Statement Date: 2026-07-01 - 2026-07-31

## PORTFOLIO

| Description | Symbol CUSIP | Quantity | Securities on Loan | Price($) | Market Value | Previous Period's Market Value | % Change | % of Total Portfolio |
|---|---|---|---|---|---|---|---|---|
| No Information to be displayed | | | | | | | | |

MERCURY

Mercury Treasury
2261 Market Street
Suite 86807
San Francisco, CA 94114
US
Phone: +1 (415) 878-1068

## MVMT LABS

Account Number: [redacted]9496
Statement Date: 2026-07-01 - 2026-07-31

## TRADING ACTIVITIES

| Activity Type | Trade Date | Settle Date | Description | Symbol CUSIP | Quantity | Price($) | Net Amount($) | Commission($) | Transaction Fee($) | Additional Fees($) | Capacity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BUY | 2026-07-06 | 2026-07-07 | MORGAN STANLEY ULTRA SHORT INCM PORTFOLIO IR | MULSX 617455696 | 44.34 | 9.98 | 442.51 | 0.00 | 0.00 | 0.00 | AGENCY |
| SELL | 2026-07-15 | 2026-07-16 | MORGAN STANLEY ULTRA SHORT INCM PORTFOLIO IR | MULSX 617455696 | -44.34 | 9.98 | 442.51 | 0.00 | 0.00 | 0.00 | AGENCY |

## TRADING ACTIVITY PENDING SETTLEMENT

| Activity Type | Trade Date | Settle Date | Description | Symbol CUSIP | Quantity | Price($) | Net Amount($) | Commission($) | Transaction Fee($) | Additional Fees($) | Capacity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No Information to be displayed | | | | | | | | | | | |

## NON-TRADING ACTIVITY

| Date | Activity Type | Description | Symbol CUSIP | Quantity | Amount($) | Transaction Fee($) |
|---|---|---|---|---|---|---|
| 2026-07-02 | SWEEP | Money Market Purchase Sweep | | 0.00 | 703.12 | 0.00 |
| 2026-07-02 | SWEEP | Money Market Purchase Sweep | | 0.00 | -703.12 | 0.00 |
| 2026-07-02 | TRANSFER | Internal Conversion Control number: 2026070212494941970 | | 0.00 | 703.12 | 0.00 |
| 2026-07-06 | SWEEP | Money Market Redemption Sweep | | 0.00 | -113.10 | 0.00 |
| 2026-07-06 | SWEEP | Money Market Redemption Sweep | | 0.00 | 113.10 | 0.00 |
| 2026-07-06 | FEE | Management Fee Mercury Fee | | 0.00 | -113.10 | 0.00 |

MERCURY

Mercury Treasury
2261 Market Street
Suite 86807
San Francisco, CA 94114
US
Phone: +1 (415) 878-1068

MVMT LABS

Account Number: [redacted]9496
Statement Date: 2026-07-01 - 2026-07-31

## NON-TRADING ACTIVITY (Cont'd)

| Date | Activity Type | Description | Symbol CUSIP | Quantity | Amount($) | Transaction Fee($) |
|---|---|---|---|---|---|---|
| 2026-07-07 | SWEEP | Money Market Redemption Sweep | | 0.00 | 442.51 | 0.00 |
| 2026-07-07 | SWEEP | Money Market Redemption Sweep | | 0.00 | -442.51 | 0.00 |
| 2026-07-16 | SWEEP | Money Market Purchase Sweep | | 0.00 | -442.51 | 0.00 |
| 2026-07-16 | SWEEP | Money Market Purchase Sweep | | 0.00 | 442.51 | 0.00 |
| 2026-07-16 | SWEEP | Money Market Redemption Sweep | | 0.00 | 590.02 | 0.00 |
| 2026-07-16 | SWEEP | Money Market Redemption Sweep | | 0.00 | -590.02 | 0.00 |
| 2026-07-16 | WITHDRAWAL | Wire Withdrawal. Fed Reference Number: 20260716B1Q8153C455050 | | 0.00 | -590.02 | 0.00 |

MERCURY

Mercury Treasury
2261 Market Street
Suite 86807
San Francisco, CA 94114
US
Phone: +1 (415) 878-1068

MVMT LABS

Account Number: [redacted]9496
Statement Date: 2026-07-01 - 2026-07-31

## Investment objectives and Financial information

MVMT LABS
Account Number: 8IS09496

Our records currently reflect the following investment objectives and financial information for your account

Telephone (1): +14049370211
Telephone (2):
Investment Objective:
Estimated Income:
Profession:
Broker Employee:
Employment Status:
Trusted Contact:
Estimated Liquid Net Worth: USD_RANGE_UNSPECIFIED
Risk Tolerance: RISK_TOLERANCE_UNSPECIFIED
Time Horizons: SHORT
Estimated Net Worth:
Liquidity Needs: VERY_IMPORTANT

If any of the information above is incorrect or missing, mark any necessary corrections and return this document directly to the registered representative and/or broker dealer listed on the first page of the account statement. For any future changes to information contained in this document, contact your registered representative and/or broker dealer. Please note that not all defined investment objectives listed below are available to each client; investment objectives are set up by each registered representative and/or broker dealer independently. To discuss which investment objectives are available to you, please contact the registered representative and/or broker dealer directly listed on the first page of your account statement.

You have the option to add a Trusted Contact Person to each of your accounts. By adding a trusted contact (name and contact information), you authorize us to contact the trusted contact person and disclose information about your account to that person in the following circumstances: to address possible financial exploitation, to confirm the specifics of your current contact information, health status, or the identity of any legal guardian, executor, trustee, or holder of a power of attorney, or as otherwise permitted by FINRA Rules 2165 (Financial Exploitation of Specified Adults) and 4512 (Customer Account Information).

Investment Objectives Defined As:
Balanced - Diversification of assets classes for equal blend of income and long-term growth.
Capital Appreciation - High Risk, capital growth invested primarily in stocks and options.
Capital Preservation - A conservative investment strategy characterized by a desire to avoid risk of loss
Growth - Investing in securities with strong earnings and/or revenue growth or potential.
Growth and Income - A balance between capital appreciation and current income with the willingness to forgo a portion of current income in order to provide for potential future growth.
Income - Strategy focused on current income rather than capital appreciation, wants to use proceeds of the account as a source of income.
Long Term Growth With Great Risk - Aggressive growth (trade volatile securities that have wide changes in price).
Long Term Growth With Safety - Long term capital appreciation with relative safety of principal.
Maximum Growth / Short Term Growth With Risk - Appreciation with acceptance of high risk.
Speculation/Speculative - Taking larger risks, usually by frequent trading, with hope of higher than average gains, want increase in value of investments - High Risk All strategies involve various types and levels of risk; the most common of which are: market, credit, inflation, business, and interest rate risk.

MERCURY

Mercury Treasury
2261 Market Street
Suite 86807
San Francisco, CA 94114
US
Phone: +1 (415) 878-1068

MVMT LABS

Account Number: [redacted]9496
Statement Date: 2026-07-01 - 2026-07-31

## Disclosures

You may have received a confirmation for a trade, which does not appear on this statement. If the settlement date of the trade as shown on the confirmation is later than the period ending date that appears at the top of this statement, the trade will appear on your next regular monthly statement.
If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.
The per annum rate of interest charged on the debit balance in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interests computed from the 16th day of the preceding month to the 15% day of the current month except in December and January. The charges include the last day of the year and, in January; the interest is calculated from the first day of the month. The interest is based on the average daily net debit balance in your account with us and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the net debit balance.
It is strongly recommended before engaging in any Options activity that you read and understand the Characteristics and Risks of Standardized Options document which is available at https://apexfintechsolutions.com/legal/disclosures/.
We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest. All dividends and interest credits should be included in your income tax return.

Information relative to commission and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from among all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise your brokerage firm or bank of any material changes concerning your investment objectives or financial situation.

Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

SIPC Protection. As a member of the Securities Investor Protection Corporation (SIPC), funds are available to most customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org. Apex has purchased an additional insurance policy through a group of London Underwriters to supplement SIPC protection. This additional insurance policy becomes available to customers in the event that SIPC limits are exhausted and provides protection for securities and cash up to certain limits. Similar to SIPC protection this additional insurance does not protect against a loss in the market value of securities.

Any free credit balance represents funds payable upon demand which, although properly accounted for on our books of records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

Apex is a member of the New York Stock Exchange and various other exchanges. Apex acts as a clearing agent for your trades. As required under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request. Your account, which was introduced to us by your broker or bank, is established under your name on a “fully disclosed” basis at Apex. As a clearing agent, we provide securities clearance and may provide order execution on your broker's or bank's instructions. You will remain a customer of your broker or bank. Apex will not be involved with or have any responsibility for decisions regarding securities transactions in your account. Your broker or bank will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders, and any instructions regarding the deposit or withdrawal of securities or monies should be made through your broker or bank.

In addition to the above-mentioned services. Apex will provide cashiering services, safeguarding of funds and securities while in Apex’s possession, monitoring compliance with applicable credit Regulation T and Apex's internal policies, preparing, and mailing your account records (including transaction confirmations and periodic statements of your account).

Interest charges to your account will be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate as published in the Wall Street Journal. For more information regarding interest charged to customers consult the Truth in Lending Notice which is made available through your broker or bank.

Apex is a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their website at www.finra.org. Apex carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or bank or as a result of transactions we process for your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to both your brokerage firm or bank (not to your individual broker or agent) and Apex. In order to protect your rights, including your right to SIPC coverage, please confirm any oral communication in writing and

MERCURY

Mercury Treasury
2261 Market Street
Suite 86807
San Francisco, CA 94114
US
Phone: +1 (415) 878-1068

MVMT LABS

Account Number: [redacted]9496
Statement Date: 2026-07-01 - 2026-07-31

include your brokerage account number. General inquiries or concerns regarding your account should be directed to your brokerage firm or bank. Account positions and balance inquiries or concerns should be directed to Apex by telephone at 214-765-1009.

## ACCOUNT SUMMARY

Displays applicable account type balance, money fund balances, priced portfolio value, and total account equity as of the opening and closing of the statement period. Priced Portfolio Value and Total Portfolio Equity are rounded to the nearest dollar. Total Priced Portfolio and Expense does not include unpriced securities.

Your monthly account statement reflects positions, transactions, and valuations as of the market close on the last business day of the statement period. Due to timing differences in pricing and transaction processing, the beginning balance for a new period may differ from the prior period's ending balance. Certain assets with end-of-day prices disseminated after the cutoff, including but not limited to, mutual fund NAVs, dividend processing, certain fixed income evaluations, alternative investments, foreign exchange rates, and international security valuations, may have final prices posted on the next business day and will appear in your account activity as as-of adjustments. All updates including late-settling trades, corporate actions, interest accruals, advisory and account fees, and some check deposits processed near the cutoff, are recorded in your account ledger when received, typically within 1-2 business days following the statement period end, and will be included in the following statement period. Your monthly account statement remains the official record of your account for regulatory, tax reporting, and recordkeeping purposes. If you notice material discrepancies or have questions about specific transactions or valuations, please contact your introducing broker or investment advisor.

## INCOME AND EXPENSE SUMMARY

Lists all income earned during the current statement period, as well as year to date. This section includes taxable and non-taxable dividends and interest, capital gains and MLP (Master Limited Partnership) distributions. This section also displays Margin Interest Expenses.

## PORTFOLIO

Lists all securities held in your account.

## Securities on Loan - Participation in Fully Paid Securities Lending Program

Customers with securities on loan have agreed to participate in the Fully-Paid Securities Lending program (“FPSL”) and should be aware that shares on loan are not covered by SIPC or FDIC. The provisions of the Securities Investor Protection Act of 1970 (“SIPA”) may not protect the customer with respect to the customer’s securities loan transaction, and the collateral delivered to the customer may constitute the only source of satisfaction of the member’s obligation in the event the borrower fails to return the securities. Other risks and characteristics of participation in the FPSL program include, but are not limited to: 1) the loss of voting rights; 2) the customer’s right to sell loaned securities at any time, which will terminate the loan; 3) Apex’s ability to use the loaned securities for additional loans and Apex’s ability to earn a spread and/or other profit; 4) lack of guarantee of receiving best rates; 5) risks associated with each type of collateral; 6) that the securities may be “hard-to-borrow” because of short-selling or may be used to satisfy delivery requirements resulting from short sales; 7) potential adverse tax consequences, including payments deemed cash-in-lieu of dividend paid on securities while on loan; 8) Apex’s right to liquidate the transaction because of a condition of the kind specified in FINRA Rule 4314(b); and 9) the factors that determine the amount of compensation received by Apex and paid to the customer in connection with the use of the securities borrowed from the customer, including whether any interest on cash collateral is included in the compensation, and that the Percentage Rate paid to the customer may be changed without prior notice, subject to the Minimum Percentage Rate in the Master Securities Lending Agreement. For specific details, please consult the FPSL Master Securities Lending Agreement and Important Disclosures Regarding Risks and Characteristics of Participating in FPSL documents available on Apex’s website at:
https://apexfintechsolutions.com/legal/disclosures/
Cash collateralizing shares is held at JP Morgan Chase & Co. Please consult the Fully Paid Lending Trust Agreement available on Apex's website at https://apexfintechsolutions.com/legal/disclosures/ for additional details.

## MARKET VALUE

This amount represents the value of the security position in your portfolio based on appraisals obtained from the various quotation services. These appraisals are based on the closing prices, bond yields and/or the mean bid and ask on the last day of the statement period. Because of the nature of the data provided by the quotation services, we cannot guarantee the accuracy of such prices or the valuation dates particularly in the case of inactive or infrequently traded securities.
Some securities in your portfolio may be listed as “Unpriced” on your statement. We use an automated pricing service from an outside vendor and certain prices may not be available to them. You can obtain a current quotation, upon request, from your broker or bank.
Bond prices might differ from current market quotes. Similarly, bond ratings may differ from current actual ratings. Computerized pricing and rating services are often unable to supply us with up-to-the-minute information. Your broker or bank will be pleased to obtain a current quotation upon request.

MERCURY

Mercury Treasury
2261 Market Street
Suite 86807
San Francisco, CA 94114
US
Phone: +1 (415) 878-1068

MVMT LABS

Account Number: [redacted]9496
Statement Date: 2026-07-01 - 2026-07-31

## BROKERED CDs

**FDIC Insurance Coverage** Brokered CDs receive FDIC protection up to $250,000 per depositor per bank, but all deposits at the same bank must be aggregated including direct and brokered holdings. Joint accounts get separate coverage per co-owner, trust accounts receive $250,000 per beneficiary (max five), and IRAs have separate coverage but aggregate with employer plans. Foreign bank US branches aggregate together. Premiums above par are not FDIC-insured.

**CD Types and Structures** Interest-bearing CDs pay periodic interest with fixed or variable rates that change on predetermined schedules or market indices. Zero-coupon CDs are issued at discount, pay no periodic interest, mature at par, and are more volatile if sold early due to duration characteristics.

**Custody and Ownership** No physical certificates exist; master certificates are held at DTC with brokers acting as custodians maintaining ownership records. Investors are beneficial owners while DTC holds legal title. Brokers provide records to FDIC for insurance claims if needed.

**Secondary Market Trading** CDs may be sold before maturity, but brokers aren't obligated to maintain markets. Prices fluctuate based on interest rates, time to maturity, bank credit quality, and demand. Prices are quoted as percentage of par (100.00) with brokers potentially retaining mark-ups/downs. No guaranteed liquidity exists.

**Variable Rate Risks** Step-rate CDs have predetermined rate changes while floating-rate CDs reset based on market indices. Rising rate environments may benefit investors, but falling rates provide lower returns. Callable versions risk early bank redemption when favorable to investors; non-callable versions may leave investors with below-market rates.

**Primary Risks** Credit risk from bank failure limits recovery to FDIC coverage. Interest rate risk affects market value with rising rates potentially causing losses. Call risk allows early bank redemption typically when rates decline. Limited liquidity may prevent desired sales, and early withdrawal penalties favor secondary market sales. Premiums above par face complete loss if banks fail.

**Suitability** Best suited for investors seeking predictable income with principal protection who can hold to maturity and understand risks. Requires diversification across banks and consideration of minimum investments and terms. Account statements show estimated market.

## REGULATION S SECURITIES DISCLOSURE

The securities in your account may include securities issued under Regulation S of the U.S. Securities Act of 1933 ("Regulation S Securities"). These securities were originally offered and sold outside the United States to non-U.S. persons in offshore transactions without registration under U.S. securities laws.

IMPORTANT RESTRICTIONS: You represent and warrant that you are not a U.S. person as defined under Regulation S, and you acknowledge that Regulation S Securities in your account may not be offered, sold, pledged, or otherwise transferred to any U.S. person or for the account or benefit of any U.S. person. "U.S. person" includes any natural person resident in the United States, any partnership or corporation organized under U.S. law, any estate or trust subject to U.S. taxation, and any agency or branch of a foreign entity located in the United States.

You agree to notify us immediately if you become a U.S. person or if any beneficial owner of securities in your account becomes a U.S. person. Any violation of these restrictions may result in violations of U.S. securities laws and immediate closure of your account.

By maintaining an account with us, you confirm your understanding of and agreement to comply with these Regulation S restrictions.

## ESTIMATED ANNUAL INCOME

The current annual dividend or bond interest rate for each security held, if available from quotation services. The rate is multiplied by the number of shares or par value of bonds to determine estimated annual income.

## FDIC INSURED DEPOSIT BANK BALANCES

Purchases, reinvestments and liquidations of money market funds, plus redemptions of money market fund checks.

MERCURY

Mercury Treasury
2261 Market Street
Suite 86807
San Francisco, CA 94114
US
Phone: +1 (415) 878-1068

MVMT LABS

Account Number: [redacted]9496

Statement Date: 2026-07-01 - 2026-07-31

## ORDER ROUTING

The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, on customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact your broker or financial advisor.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS DIRECTED TO IN WRITING WITHIN 10 BUSINESS DAYS OF THE STATEMENT CLOSING DATE.
MUTUAL FUNDS AND OTHER SECURITIES ARE NOT INSURED BY THE FDIC, ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED BY APEX, AND INVOLVE INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.

## NOTICE OF CHANGES APEX CONSUMER PRIVACY NOTICES

Apex has made some important changes to our Consumer Privacy Notices regarding how we handle, disclose or otherwise process personal information related to accounts held by individuals. These new Consumer Privacy Notices were published to our website on December 1, 2025, and can be found at: www.apexfintechsolutions.com/privacy.
If you are an individual account holder, the respective new Consumer Privacy Notices will apply to you and your account(s) **thirty (30) days after you were first notified**, which includes this message or any prior notification.

**What has changed?**
Our US Consumer Privacy Notice applies to you if you reside within the United States and its territories. If you reside outside of this geographic area, our Global Consumer Privacy Notice applies to you. You can find a summary of changes for each of these below and we have provided you with a copy of our new US Consumer Privacy Notice with this communication.
<u>US Consumer Privacy Notice</u>
• We have moved to using the model privacy notice form under federal financial privacy laws that many other financial institutions in the United State use. We believe this brings clarity and that the format is more familiar to our customers.
• We have updated and changed the reasons we can share your personal information, depending on the state you reside in. Please review these in the attached notice.
• We provide you with the ability to limit some types of our sharing of your information through the US Consumer Privacy Choices section of our website.
<u>Global Consumer Privacy Notice</u>
• We have added information regarding how we may use your personal information to market or advertise certain products or services directly to you where we have a lawful basis to do so.
• We have made minor updates to improve general clarity and accuracy of the notice along with other updates to comply with changes in applicable privacy laws.
• You can find this notice in full on our website along with Portuguese and Spanish translations.

Both our US Consumer Privacy Notice and Global Consumer Privacy Notices have also been updated to include the processing activities of Apex Fintech Brokerage Services LLC.

**More Information**
For more information, including how to submit a privacy rights request or inquiry, please visit our Privacy Center at www.apexfintechsolutions.com/privacy. For the Consumer Privacy Notices visit: www.apexfintechsolutions.com/privacy/consumer-privacy-notices.

| FACTS | WHAT DOES APEX DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include: |

MERCURY

Mercury Treasury
2261 Market Street
Suite 86807
San Francisco, CA 94114
US
Phone: +1 (415) 878-1068

MVMT LABS

Account Number: [redacted]9496
Statement Date: 2026-07-01 - 2026-07-31

| | |
|---|---|
| | • Social Security number and income<br>• Account balances and transaction history<br>• Investment experience and assets |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Apex chooses to share; and whether you can limit this sharing. |

| **Reasons we can share your personal information** | **Does Apex share?** | **Can you limit this sharing?** |
|---|---|---|
| **For our everyday business purposes** - such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes** - to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes** - information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes** - information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For nonaffiliates to market to you** | Yes | Yes |

To limit our sharing: visit us online: www.apexfintechsolutions.com/privacy.
**Please note:** If you are a new customer, we can begin sharing your information 30 days from the date we sent this notice. When you are no longer our customer, we continue to share your information as described in this notice. However, you can contact us at any time to limit our sharing.
Questions? Visit us online: www.apexfintechsolutions.com/privacy.

| **Who we are** | |
|---|---|
| Who is providing this notice? | Apex Clearing Corporation and Apex Fintech Brokerage Services ("Apex"). |
| **What we do** | |

MERCURY
Mercury Treasury
2261 Market Street
Suite 86807
San Francisco, CA 94114
US
Phone: +1 (415) 878-1068



| | |
|---|---|
| How does Apex protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| How does Apex collect my personal information? | We collect your personal information, for example, when you<br>• open an account or provide account information<br>• direct us to buy securities or direct us to sell your securities<br>• make deposits or withdrawals from your account<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br>• sharing for affiliates' everyday business purposes - information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to every one on your account. |
| **Definitions** | |
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>• Our affiliates include companies with an Apex name or that are in the wider PEAK6 group of companies that can be found on https://peak6.com/. This includes financial companies such as PEAK6 Capital Management and nonfinancial companies such as Poker Power, Zogo, Evil Geniuses, We Insure and Focus. |
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>• Nonaffiliated companies we share with include financial service providers and other consumer service businesses. |
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>• Our joint marketing partners include financial service providers and other consumer service businesses. |

| |
|---|
| **Other important information** |
| **For California Residents.**<br>We will not share information we collect about you with nonaffiliated third parties, except as required or permitted by law, such as to process your transactions or to maintain your account. We will limit sharing within our corporate family to the extent required by California law.<br>**For Vermont Residents.** |

Mercury Treasury
2261 Market Street
Suite 86807
San Francisco, CA 94114
US
Phone: +1 (415) 878-1068

MVMT LABS

Account Number: [redacted]9496

Statement Date: 2026-07-01 - 2026-07-31

We will not share information we collect about you with nonaffiliated third parties, except as permitted by Vermont law, such as to process your transactions or to maintain your account. We will not share information about your creditworthiness with our affiliates except with your authorization or as required or permitted by law. We may share information about our transactions or experiences with you within our corporate family without your consent.

MERCURY

Mercury Treasury
2261 Market Street
Suite 86807
San Francisco, CA 94114
US
Phone: +1 (415) 878-1068

MVMT LABS

Account Number: [redacted]9496
Statement Date: 2026-07-01 - 2026-07-31

## Alternative Investment Risk Disclosure For Accounts Carried at Apex Clearing Corp. ("Apex")

**Purpose and Apex's Role**

- This disclosure summarizes general risks of alternative investments (e.g., private funds, hedge funds, private equity/venture funds, private credit, real estate programs, interval/tender-offer funds, other unregistered offerings). It is not a complete list of risks.
- Apex acts as a clearing/custody and administrative service provider for your brokerage account. Apex does not recommend, solicit, structure, or perform due diligence on the merits of any alternative investment, unless expressly stated in a specific transaction document. Availability of an investment for custody/processing at Apex does not constitute an endorsement or recommendation.
- You must read the specific offering documents (e.g., private placement memorandum, limited partnership/operating agreement, subscription documents, and any supplements) before investing.

-

**Key Risks**

- Risk of total loss: You can lose your entire investment. Strategies may use leverage, derivatives, short sales, and concentrated positions that magnify losses and volatility.
- Severe illiquidity and transfer restrictions:
  - No public market is expected. Interests are generally non-transferable without manager consent and may be subject to significant restrictions or lock-ups (multi-year for private equity/credit).
  - Redemptions are limited or discretionary and may be subject to gates, suspensions, or side pockets. You may not be able to exit when desired, including during market stress.
- Capital call and default risk (committed capital funds):
  - You may be required to fund capital calls on short notice after your initial subscription.
  - Failure to fund can result in dilution, penalties, forced sale/forfeiture of interests, or legal action per fund documents.
- Valuation uncertainty:
  - Periodic valuations often rely on manager estimates, appraisals, or models and may be stale or subject to later adjustment. Statement values may not reflect realizable value.
- High and complex fees/expenses:
  - Management fees (commonly 1–3% per year), performance/incentive fees (commonly 10–25% subject to hurdles or high-water marks), organizational and operating expenses, portfolio company fees, and fund-of-funds layers reduce returns and can create conflicts. Fees may be charged on committed rather than invested capital.
- Manager/strategy risk:
  - Outcomes depend on manager skill, continuity, and operational infrastructure. Strategy drift, key-person departures, or concentration may materially affect results.
- Leverage and derivatives risk:
  - Borrowing and derivatives can increase volatility, counterparty exposure, and the risk of loss and margin calls at the fund level.
  - Operational, counterparty, and fraud risk:
  - Failures in governance, valuation controls, trade operations, administration, or safekeeping and, in rare cases, misappropriation may lead to losses unrelated to market performance.
- Conflicts of interest:
  - Managers may manage multiple funds/vehicles with overlapping mandates; allocate opportunities among clients; set or influence valuations used for fees; receive portfolio company fees; or use affiliates for services. Conflicts are addressed as disclosed in fund documents but may still adversely affect you.
- Regulatory status and disclosure limitations:
  - Many offerings are unregistered private placements with limited ongoing disclosure compared to registered products. You may receive less frequent, less standardized information and fewer investor protections than for registered funds.
- Tax complexity:
  - Expect delayed Schedule K-1s, the need to file extensions, potential "phantom income" (taxable income without cash distributions), multi-state filings, PFIC or CFC reporting, UBTI/ECI risks for tax-advantaged or non-U.S. investors, and withholding issues. Tax treatment may change and vary by jurisdiction.

**Eligibility and Offering Structure**

- Many alternative investments are sold via private placements and available only to investors who meet specific eligibility criteria (e.g., "accredited investor" under Regulation D and, for some funds, "qualified purchaser" under the Investment Company Act exemptions). You are responsible for ensuring you meet all eligibility requirements and for providing accurate supporting

information.

**Custody, Statements, and SIPC/Safeguards**

- Where Apex provides custody/recordkeeping for interests, periodic account statements may reflect valuations provided by the issuer/manager or its agents and may lag actual economic value.
- Securities Investor Protection Corporation (SIPC) protection applies only in the limited circumstances of a broker-dealer insolvency and only to “missing” cash and securities held in your brokerage account, subject to statutory limits. SIPC does not protect against market losses, issuer or manager failure, or the illiquidity of an alternative investment. Interests that are not fully paid and in the possession or control of the broker-dealer may have different outcomes in a liquidation.
- For advisory accounts, your investment adviser is responsible for compliance with applicable custody/safekeeping requirements. If Apex or another entity serves as “qualified custodian,” you will receive periodic statements; however, the values shown may be manager-reported and subject to later adjustment.

Compensation and Conflicts Disclosures

- Your introducing broker, adviser, or their affiliates may receive placement, distribution, due diligence, administrative, servicing, or other compensation, which can create conflicts of interest. Apex may receive administrative/processing or custody fees. Ask your introducing firm and review offering documents for details on fees and conflicts.

Suitability and Recommendations

- If your introducing broker or adviser recommends an alternative investment, they must have a reasonable basis for the recommendation and determine that it is suitable and/or in your best interest based on your profile and applicable regulations. If you invest on a self-directed basis, you are solely responsible for your decision.

Tax, ERISA, and Other Considerations

- Consult your own tax, legal, and financial advisers before investing. Additional considerations may apply to retirement accounts (e.g., prohibited transaction rules, UBTI), trusts, and non-U.S. investors.

**Investor Acknowledgments**

By directing Apex to process a subscription or custody for an alternative investment, you represent and agree that:

1) You have received, read, and understood the offering documents (including the private placement memorandum/prospectus, partnership or operating agreement, subscription agreement, and any supplements) and understand that they, not this summary, control.
2) You meet all eligibility, suitability, and financial wherewithal requirements and can bear a total loss of the investment and an indefinite holding period without liquidity.
3) You are relying on your own analysis and/or your adviser’s advice—not on Apex—and understand Apex is not recommending the investment and does not provide legal, tax, or accounting advice.
4) You understand that fees, expenses, valuation methods, liquidity limits, and conflicts described in the offering documents may materially affect your returns.
5) You understand that SIPC does not protect against market loss, liquidity constraints, or issuer/manager failure, and provides only limited protection in the event of broker-dealer insolvency as described above.
6) You consent to electronic delivery and the possibility of delayed or adjusted valuations and tax documents.

Important: This disclosure is for general informational purposes only and is not legal, tax, or investment advice. You should consult qualified counsel and advisers regarding your circumstances.

MERCURY
Mercury Treasury
2261 Market Street
Suite 86807
San Francisco, CA 94114
US
Phone: +1 (415) 878-1068

MVMT LABS

Account Number: [redacted]9496
Statement Date: 2026-07-01 - 2026-07-31

## ANNOUNCEMENTS

### Statement of Financial Condition

A copy of Apex Clearing Corporation's Audited Statement of Financial Condition as of December 31, 2025 is available on the website at https://apexfintechsolutions.com/legal/disclosures/. A copy may also be obtained at no cost by calling Apex Clearing Corporation. As of December 31, 2025, Apex Clearing Corporation had a net capital of $524,047,939 and was $476,508,277 in excess of its required net capital of $47,539,662. As of January 31, 2026, Apex Clearing Corporation had a net capital of $518,169,874 and was $464,777,712 in excess of its required net capital of $53,392,162.

### Important Information

Participating Bank Removal - Flagstar Bank, National Association was removed as a participating bank from the FDIC-Insured Deposit Sweep Program on December 17, 2025.

### Coming Soon - Addition of State Street and Apple Bank:

We are in the process of adding State Street Bank and Trust Company and Apple Bank to the FDIC-Insured Deposit Sweep Program for all eligible accounts. These banks will be eligible to receive deposits on or after August 30th, 2026.

### Apex's Policy for Dividends and Interest

Apex's policy is to pay all dividends and interest in US Dollars. Apex will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine Peso and Brazilian Real).

### APEX CLEARING CORPORATION DISCLOSURE STATEMENT

Apex Clearing Corporation ("Apex") recognizes the importance of providing information on an ongoing basis to the customers whose accounts are cleared through Apex. Your broker/dealer has designated Apex as its clearing firm. In accordance with industry rules and regulations, Apex is required to disclose on an annual basis certain important regulatory notices and disclosures. To comply with these requirements, Apex has published an Annual Disclosure Statement which is available on the Apex corporate web site, www.apexclearing.com. For customers who do not have access to the internet please call Apex at 214-765-1009 and request a complete copy of the Annual Disclosure Statement be mailed to your address of record.

### Privacy Policy

**IMPORTANT - Privacy and Data Protection**

Apex is the introducing broker, back-end technology, clearing and other services provider that provides you with your brokerage account through our business partners or clients. In providing you with your brokerage account, we may process information that relates to you or individuals at your organization. If you are a consumer that uses your brokerage account primarily for personal, family, or household purposes, we have a continuing customer relationship with you under Regulation S-P. If you are an individual account holder, we are also a separate data controller in respect of our processing of personal information related to your account. At Apex, we understand that privacy is an important issue for our customers. It is our policy to respect the privacy of all accounts that we maintain as a clearing broker and to protect the security and confidentiality of non-public personal information relating to those accounts. For information on what personal information Apex collects about you, how we use it, who we share it with and what rights you have in relation to your personal information, please visit www.apexfintechsolutions.com/privacy. Please note that this policy generally applies to former customers of Apex as well as current customers.

### Personal Information Collected

In order to service your account as a clearing broker, information is provided to Apex by your introducing firm who collects information from you in order to provide the financial services that you have requested. The information collected by your introducing firm and provided to Apex or otherwise obtained by Apex may come from the following sources and is not limited to:

- Information included in your applications or forms, such as your name, address, telephone number, social security number, occupation, and income.
- Information relating to your transactions, including account balances, positions, and activity.
- Information which may be received from consumer reporting agencies, such as credit bureau reports.
- Information relating to your creditworthiness.
- Information which may be received from other sources with your consent or with the consent of your introducing firm.

In addition to servicing your account, Apex may make use of your personal information for analysis purposes, for example, to draw conclusions, detect patterns or determine preferences.

MERCURY

Mercury Treasury
2261 Market Street
Suite 86807
San Francisco, CA 94114
US
Phone: +1 (415) 878-1068

MVMT LABS

Account Number: [redacted]9496
Statement Date: 2026-07-01 - 2026-07-31

## Sharing of Nonpublic Personal Information

Apex does not disclose non-public personal information relating to current or former customers of introducing firms to any third parties, except as required or permitted by law, including but not limited to any obligations of Apex under the USA PATRIOT Act, and in order to facilitate the clearing of customer transactions in the ordinary course of business.

Apex has multiple affiliates and relationships with third party companies. Examples of these companies include financial and non-financial companies that perform services such as data processing and companies that perform securities executions on your behalf. We may share information among our affiliates and third parties, as permitted by law, in order to better service your financial needs and to pursue legitimate business interests, including to carry out, monitor and analyze our business, systems and operations.

Apex may use "cookies" in order to provide better service, to facilitate its customers' use of the website, to track usage of the website, and to address security hazards. A cookie is a small piece of information that a website stores on a personal computer, and which it can later retrieve.

## Security

Apex strives to ensure that our systems are secure and that they meet industry standards. We seek to protect non- public personal information that is provided to Apex by your introducing firm or otherwise obtained by Apex by implementing physical and electronic safeguards. Where we believe appropriate, we employ firewalls, encryption technology, user authentication systems (i.e. passwords and personal identification numbers) and access control mechanisms to control access to systems and data. Apex endeavors to ensure that third party service providers who may have access to non-public personal information are following appropriate standards of security and confidentiality. Further, we instruct our employees to use strict standards of care in handling the personal financial information of customers. As a general policy, our staff will not discuss or disclose information regarding an account except; 1) with authorized personnel of your introducing firm, 2) as required by law or pursuant to regulatory request, or 3) as authorized by Apex to a third party or affiliate providing services to your account or pursuing Apex's legitimate business interests.

## Access to Your Information

You may access your account information through a variety of media offered by your introducing firm and Apex (i.e. statements or online services). Please contact your introducing firm if you require any additional information.

## Changes to Apex's Privacy Policy

Apex reserves the right to make changes to this policy.
How to Get in Touch with Apex about this Privacy Policy:
For reference, this Privacy Policy is available on our website at www.apexclearing.com. For more information relating to Apex's Privacy Policy or to limit our sharing of your personal information, please contact:

## CONTACT APEX CLEARING

For general inquiries, please submit your questions to our Individual Investor Contact Page on the Apex website. Our Customer Support team will assist in providing the necessary answers to your questions.

**Individual Investor Contact Page: https://go.apexfintechsolutions.com/individual-investor-contact-form**
**Contact Phone: 214-765-1009**

**Physical mail may be sent to:**
**Apex Clearing Corporation**
**Attn: Customer Support**
**350 N. St. Paul St., Suite 1300**
**Dallas, Texas, 75201**

**Bank Reconciliation Report**

**MVMT Labs, et al**
**Bank Reconciliation Report - 2960x**

| Transaction Date | Posting Date | Description | Debit | Credit | Account Balance | Status | Source Account | Transaction Type |
|---|---|---|---|---|---|---|---|---|
| **7/15/2026** | | **Beginning Balance** | | | **$ 65,947** | | | |
| 7/15/2026 | 7/16/2026 | Treasury [(1)] | | 590 | 66,537 | Sent | Checking acct 2960x | Interest Income |
| 7/27/2026 | 7/27/2026 | Meow Technologie | | 750,000 | 816,537 | Sent | Checking acct 2960x | DIP Funding |
| **7/31/2026** | | **Ending Balance** | | | **$ 816,537** | | | |

*Footnotes:*

*1. Prior to the Petition Date there was $590 in accrued interest deposited into the Treasury account for assets previously held in that account. Prior to filing the petition, the Debtor swept the balance to the Checking account; however, the transfer did not clear until July 16, 2026, the day after the Petition Date.*

**Subchapter V Budget**

**MVMT LABS, INC. |** CHAPTER 11 (SUB-CHAPTER V) BUDGET

*$ IN THOUSANDS*

| 4-WEEK BUDGET | | | | |
|---|---|---|---|---|
| **Week No.** | **1** | **2** | **3** | **4** |
| **Week Ending** | **8/5** | **8/12** | **8/19** | **8/26** |
| ***RECEIPTS*** | | | | |
| Misc. Inflows | - | - | - | - |
| **Total Receipts** | **$ -** | **$ -** | **$ -** | **$ -** |
| ***DISBURSEMENTS*** | | | | |
| Payroll / Contractors | (20) | - | - | - |
| Data Storage/Tech | (11) | (11) | (11) | (14) |
| Other Operating Expenses | (10) | (35) | (10) | (13) |
| Independent Director | (20) | - | - | - |
| **Total Disbursements** | **$ (61)** | **$ (46)** | **$ (21)** | **$ (26)** |
| ***RESTRUCTURING CHARGES*** | | | | |
| Debtor Professionals | - | - | - | - |
| DIP Lender Professionals | - | - | - | - |
| Claims & Noticing Agent | - | - | - | - |
| Sub-Chapter V Trustee | - | - | - | - |
| **Total Restructuring Charges** | **$ -** | **$ -** | **$ -** | **$ -** |
| **Total Net Cash Flow** | **$ (61)** | **$ (46)** | **$ (21)** | **$ (26)** |
| **Beginning Cash** | **775** | **714** | **668** | **1,947** |
| (+/-) Net Cash Flow | (61) | (46) | (21) | (26) |
| (+) DIP Financing Draws | - | - | 1,300 | - |
| **Ending Cash** | **$ 714** | **$ 668** | **$ 1,947** | **$ 1,920** |

**Exhibit A**

**Q 5: Have you deposited all the receipts for your business into debtor in possession (DIP) account?**

Answer: The Debtor has not received any receipts for its business for the month of July. All other inflows, including Interim DIP Loan and other miscellaneous inflows, were deposited into a Checking Account at Choice Bank. As of the Reporting Date, the Debtor is finalizing the process of obtaining a DIP account at Western Alliance Bank, further explained in Exhibit B.

**Q 6: Have you timely filed your tax returns and paid all of your taxes?**

Answer: The Debtor hasn't met deadline requirements for certain Federal and State tax filings. However, the Debtor is aware of its obligations and currently is working with tax professionals to file all required returns and pay outstanding balances owed, if there are any.

**Exhibit B**

**Q 10: Do you have any bank accounts open other than the DIP accounts?**

Answer: The Debtor holds accounts at Choice Bank (through Mercury), including a Checking Account, Savings Account, and Treasury Account. As of the Petition Date, only the Choice Bank Checking Account was in use; the Treasury and Savings Accounts had been emptied with one caveat, described in the Bank Reconciliation report. All funds at Choice Bank (Mercury) are now in the Checking Account. The bank statements for Choice Bank Checking, Treasury and Savings accounts are attached to this Monthly Operating Report.

As of the Reporting Date, the Debtor is finalizing the process of obtaining a debtor-in-possession account at Western Alliance Bank. Once the process is complete, the Debtor will transfer all its funds to the DIP account and close all existing accounts at Choice Bank.