**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MVMT Labs Inc.,<br><br>Debtor.[1] | Chapter 11 (Subchapter V)<br><br>Case No. 26-11113 (TMH) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON AUGUST 27, 2026 AT 11:00 A.M. (ET)**

**This proceeding will be conducted in-person in Courtroom No. 7 on the 3rd Floor. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.**

**Please refer to Judge Horan's Chambers Procedures and the Court's website (https://www.deb.uscourts.gov/judge-thomas-m-horan) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements.**

**Registration is required by one hour prior to the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

**ADJOURNED MATTERS:**

1. Motion to File Under Seal Exhibit B to the Debtor's Motion for Entry of an Order Approving Postpetition Financing [Docket No. 41 – filed on July 22, 2026]

   Response/Objection Deadline: August 5, 2026 at 4:00 p.m. (ET); extended to a date to be determined for the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee")

   Responses/Objections Received:

   i. Informal comments from the U.S. Trustee

   Related Documents: None.

   Status: This matter is being adjourned to a date to be determined.

[1] The last four digits of the Debtor's federal tax identification number are 5217. The Debtor's service address is c/o Legalinc Corporate Services Inc., 131 Continental Drive, Suite 305, Newark, New Castle County, DE 19713.

2. Debtor's Application Pursuant to Sections 327(e) and 330 of the Bankruptcy Code for Entry of an Order Authorizing the Retention and Employment of Crowell & Moring LLP as Special Litigation Counsel to the Debtor Effective as of the Petition Date [SEALED Docket No. 54/Redacted Docket No. 55 – filed on August 6, 2026]

Response/Objection Deadline: August 20, 2026 at 4:00 p.m. (ET); extended to a date to be determined for the U.S. Trustee

Responses/Objections Received:

i. Informal comments from the U.S. Trustee

Related Documents: None.

Status: This matter is being adjourned to the omnibus hearing scheduled for September 8, 2026 at 9:30 a.m. (ET).

**RESOLVED MATTERS:**

3. Debtor's Motion for Entry of an Order (A) Authorizing the Debtor to Redact Certain Personally Identifiable Information; (B) Authoring the Debtor to Serve Certain Parties by Electronic Mail; (C) Approving Certain Notice Procedures; and (D) Granting Related Relief [Docket No. 3 – filed on July 15, 2026]

Response/Objection Deadline: August 20, 2026 at 4:00 p.m. (ET); extended to August 24, 2026 at 4:00 p.m. for the U.S. Trustee

Responses/Objections Received:

i. Informal comments from the U.S. Trustee

Related Documents:

A. Interim Order A) Authorizing the Debtor to Redact Certain Personally Identifiable Information; (B) Authoring the Debtor to Serve Certain Parties by Electronic Mail; (C) Approving Certain Notice Procedures; and (D) Granting Related Relief [Docket No. 31 – entered on July 20, 2026]

B. Omnibus Notice of Second Day Hearing to be Held on August 27, 2026 at 11:00 a.m. (ET) [Docket No. 39 – filed on July 20, 2026]

C. Notice of Filing of Final Order (A) Authorizing the Debtor to Redact Certain Personally Identifiable Information; (B) Authoring the Debtor to Serve Certain Parties by Electronic Mail; (C) Approving Certain Notice Procedures; and (D) Granting Related Relief [Docket No. 67 – filed on August 13, 2026]

D. Certificate of No Objection Regarding Debtor's Motion for Entry of an Order AI) Authorizing the Debtor to Redact Certain Personally Identifiable Information; (B) Authoring the Debtor to Serve Certain Parties by Electronic Mail; (C) Approving Certain Notice Procedures; and (D) Granting Related Relief [Docket No. 89 – filed on August 21, 2026]

E. Final Order (A) Authorizing the Debtor to Redact Certain Personally Identifiable Information; (B) Authorizing the Debtor to Serve Certain Parties by Electronica Mail; (C) Approving Certain Notice Procedures; and (D) Granting Related Relief [Docket No. 95 – entered on August 24, 2026]

Status: The order granting the relief requested has been entered. No hearing is necessary.

4. Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks; (B) Authorizing the Continued Use of Existing Cash Management Systems; (C) Granting Limited Relief from the Requirements of Bankruptcy Code Section 345(b) and the U.S. Trustee's Operating Guidelines; and (D) Granting Related Relief [Docket No. 4 – filed on July 15, 2026]

Response/Objection Deadline: August 20, 2026 at 4:00 p.m. (ET); extended to August 24, 2026 at 4:00 p.m. for the U.S. Trustee

Responses/Objections Received:

i. Informal comments from the U.S. Trustee

Related Documents:

A. Interim Order Granting Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks; (B) Authorizing the Continued Use of Existing Cash Management Systems; (C) Granting Limited Relief from the Requirements of Bankruptcy Code Section 345(b) and the U.S. Trustee's Operating Guidelines; and (D) Granting Related Relief [Docket No. 32 – entered on July 20, 2026]

B. Omnibus Notice of Second Day Hearing to be Held on August 27, 2026 at 11:00 a.m. (ET) [Docket No. 39 – filed on July 20, 2026]

C. Certification of Counsel Regarding Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks; (B) Authorizing the Continued Use of Existing Cash Management Systems; (C) Granting Limited Relief from the Requirements of Bankruptcy Code Section 345(b) and the U.S. Trustees Operating Guidelines; and (D) Granting Related Relief [Docket No. 86 – filed on August 21, 2026]

D. Final Order Granting Debtor's Motion for Interim and Final Orders (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks; (B) Authorizing the Continued Use of Existing Cash Management Systems; (C) Granting Limited Relief from the Requirements of Bankruptcy Code Section 345(b) and the U.S. Trustee's Operating Guidelines; and (D) Granting Related Relief [Docket No. 92 – entered on August 24, 2026]

Status: The order granting the relief requested has been entered. No hearing is necessary.

5. Debtor's Application for an Order Authorizing the Employment and Retention of Reliable Companies as Administrative Advisor for the Debtor, Effective as of the Petition Date [Docket No. 48 – filed on August 4, 2026]

Response/Objection Deadline: August 18, 2026 at 4:00 p.m. (ET); extended to August 24, 2026 at 4:00 p.m. (ET) for the U.S. Trustee

Responses/Objections Received:

i. Informal comments from the U.S. Trustee

Related Documents:

A. Certification of Counsel Regarding Debtor's Application for Entry of an Order Authorizing the Employment and Retention of Reliable Companies d/b/a Reliable as Administrative Advisor for the Debtor, Effective as of the Petition Date [Docket No. 87 – filed on August 21, 2026]

B. Order Authorizing the Employment and Retention of Reliable Companies d/b/a Reliable as Administrative Advisor for the Debtor, Effective as of the Retention Effective Date [Docket No. 93 – entered on August 24, 2026]

Status: The order granting the relief requested has been entered. No hearing is necessary.

6. Debtor's Motion for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief [Docket No. 49 – filed on August 4, 2026]

Response/Objection Deadline: August 18, 2026 at 4:00 p.m. (ET); extended to August 24, 2026 at 4:00 p.m. (ET) for the U.S Trustee

Responses/Objections Received:

i. Informal comments from the U.S. Trustee

Related Documents:

A. Certification of Counsel Regarding Debtor's Motion for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief [Docket No. 88 – filed on August 21, 2026]

Status: The order granting the relief requested has been entered. No hearing is necessary.

7. Application of Debtor to Retain and Employ Potter Anderson & Corroon LLP as Counsel to the Debtor and Debtor in Possession Pursuant to Section 327(a) and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, Effective as of the Petition Date [Docket No. 53 – filed on August 6, 2026]

Response/Objection Deadline: August 20, 2026 at 4:00 p.m. (ET); extended to August 25, 2026 at 12:00 p.m. for the U.S. Trustee

Responses/Objections Received:

i. Informal comments from the U.S. Trustee

Related Documents:

A. Supplemental Declaration of Jeremy W. Ryan of Potter Anderson & Corroon LLP in Support of Application of Debtor to Retain and Employ Potter Anderson & Corroon LLP as Counsel to the Debtor and Debtor in Possession Pursuant to Sections 327(a) and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, Effective as of the Petition Date [SEALED Docket No. 101/Redacted Docket No. 102 – filed on August 24, 2026]

B. Certification of Counsel Regarding Application of Debtor to Retain and Employ Potter Anderson & Corroon LLP as Counsel to the Debtor and Debtor in Possession Pursuant to Sections 327(a) and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, Effective as of the Petition Date [Docket No. 103 – filed on August 24, 2026]

C. Order Authorizing the Debtor to Retain and Employ Potter Anderson & Corroon LLP as Counsel to the Debtor and Debtor In Possession Pursuant to Section 327(a) and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, Effective as of the Petition Date [Docket No. 106 – entered on August 25, 2026]

Status: The order has been entered. No hearing is necessary.

8. Motion for Entry of an Order Authorizing the Debtor to File Under Seal the Names of Certain Confidential Parties in Interest Reflected in the Disclosures Attached to Certain of the Debtors Applications to Retain and Employ Professionals and any Supplemental Declarations Related Thereto [Docket No. 62 – filed on August 11, 2026]

Response/Objection Deadline: August 20, 2026 at 4:00 p.m. (ET); extended to August 24, 2026 at 4:00 p.m. for the U.S. Trustee

Responses/Objections Received:

i. Informal comments from the U.S. Trustee

Related Documents:

A. Certification of Counsel Regarding Debtor's Motion for Entry of an Order Authorizing the Debtor to File Under Seal the Names of Certain Confidential Parties in Interest Reflected in the Disclosures Attached to Certain of the Debtor's Applications to Retain and Employ Professionals and any Supplemental Declarations Related Thereto [Docket No. 97 – filed on August 24, 2026]

B. Order Authorizing the Debtor to File Under Seal the Names of Certain Confidential Parties In Interest Reflected In the Disclosures Attached to Certain of the Debtor' s Applications to Retain and Employ Professionals and Any Supplemental Declaration Related Thereto [Docket No. 100 – entered on August 24, 2026]

Status: The order granting the relief requested has been entered. No hearing is necessary.

9. Debtor's Motion Seeking Entry of an Order (I) Extending the Deadline to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statement of Financial Affairs and (II) Granting Related Relief [Docket No. 63 – filed on August 11, 2026]

Response/Objection Deadline: August 20, 2026 at 4:00 p.m. (ET); extended to August 24, 2026 at 4:00 p.m. for the U.S. Trustee

Responses/Objections Received:

i. Informal comments from the U.S. Trustee

Related Documents:

A. Certificate of No Objection Regarding Debtor's Motion Seeking Entry of an Order (I) Extending the Deadline to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statement of Financial Affairs and (II) Granting Related Relief [Docket No. 90 – filed on August 21, 2026]

B. Order (I) Extending the Deadline to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statement of Financial Affairs and (II) Granting Related Relief [Docket No. 96 – entered on August 24, 2026]

Status: The order granting the relief requested has been entered. No hearing is necessary.

**MATTER UNDER CERTIFICATION OF COUNSEL:**

10. Debtor's Motion for Entry of an Order (I) Approving the Retention and Employment of Province to Provide the Debtor With a Chief Restructuring Officer and Certain Additional Personnel Effective as of the Petition Date; (II) Designating Michael Robinson as the Chief Restructuring Officer to the Debtor, and (III) Granting Related Relief [Docket No. 52 – filed on August 6, 2026]

Response/Objection Deadline: August 20, 2026 at 4:00 p.m. (ET); extended to August 25, 2026 at 12:00 p.m. for the U.S. Trustee

Responses/Objections Received:

i. Informal comments from the U.S. Trustee

Related Documents:

A. Supplemental Declaration of Michael Robinson in Support of Debtor's Motion for Entry of an Order (I) Approving the Retention and Employment of Province to Provide the Debtor with a Chief Restructuring Officer and Certain Additional Personnel Effective as of the Petition Date; (II) Designating Michael Robinson as the Chief Restructuring Officer to the Debtor; and (III) Granting Related Relief [SEALED Docket No. 105/Redacted Docket No. 105 – filed on August 25, 2026]

B. Certification of Counsel Regarding Debtor's Motion for Entry of an Order (I) Approving the Retention and Employment of Province to Provide the Debtor With a Chief Restructuring Officer and Certain Additional Personnel Effective as of the Petition Date; (II) Designating Michael Robinson as the Chief Restructuring Officer to the Debtor, and (III) Granting Related Relief [Docket No. 107 – filed on August 25, 2026]

Status: A certification of counsel with revised order has been filed. No hearing is necessary unless the Court has questions.

**MATTER GOING FORWARD:**

11. Debtor's Motion for Entry of (I) Interim and Final Orders (A) Authorizing the Debtor to (1) Obtain Post-Petition Financing and (2) Grant Liens, Including Senior Secured Liens, and Superpriority Administrative Expense Claims; and (B) Modifying the Automatic Stay; (II) an Order Authorizing the Assumption of the Fenix Agreement with Movement Network Foundation Pursuant to Sections 365 and 363; (III) an Order Approving the Settlement Between the Debtor and the Foundation Parties Pursuant to Bankruptcy Rule 9019; (IV) an Order Scheduling a Final Hearing with Respect to the Foregoing; and (V) an Order Granting Related Relief [Docket No. 19 – filed on July 17, 2026]

Response/Objection Deadline: August 20, 2026 at 4:00 p.m. (ET); extended to a date to be determined for the U.S. Trustee and Rushikesh Manche

Responses/Objections Received:

i. Informal comments from the U.S. Trustee

Related Documents:

A. Notice of Filing of Exhibit B to Debtor's Motion for Entry of an Order Approving Postpetition Financing Under Seal [SEALED Docket No. 20 - filed on July 17, 2026]

B. Notice of Filing of Revised Proposed Interim Order (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Grant Liens, Including Senior Secured Liens, and Superpriority Administrative Expense Claims; and (II) Modifying the Automatic Stay [Docket No. 26 – filed on July 20, 2026]

C. Omnibus Notice of Second Day Hearing to be Held on August 27, 2026 at 11:00 a.m. (ET) [Docket No. 39 – filed on July 20, 2026]

Status: The hearing will not be going forward on a final basis. The Debtor is in discussions with the DIP Lender regarding a further Interim DIP Order and will apprise the Court of those discussions prior to or at the hearing.

*Remainder of page intentionally left blank.*

Dated: August 25, 2026
Wilmington, Delaware

Respectfully submitted,

*/s/ Gregory J. Flasser*

Jeremy W. Ryan (No. 4057)
Gregory J. Flasser (No. 6154)
Sameen Rizvi (No. 6902)
Wenting Wu (No. 7679)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: jryan@potteranderson.com
gflasser@potteranderson.com
srizvi@potteranderson.com
wwu@potteranderson.com

*Counsel to the Debtor and Debtor in Possession*