**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MVMT Labs Inc.,<br><br>Debtor.[1] | Chapter 11 (Subchapter V)<br><br>Case No. 26-11113 (TMH) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON SEPTEMBER 2, 2026 AT 11:30 A.M. (ET)**

**AS THERE ARE NO MATTERS GOING FORWARD, THIS HEARING HAS BEEN ADJOURNED TO A DATE TO BE DETERMINED.**

**ADJOURNED MATTER:**

1. Debtor's Motion for Entry of (I) Interim and Final Orders (A) Authorizing the Debtor to (1) Obtain Post-Petition Financing and (2) Grant Liens, Including Senior Secured Liens, and Superpriority Administrative Expense Claims; and (B) Modifying the Automatic Stay; (II) an Order Authorizing the Assumption of the Fenix Agreement with Movement Network Foundation Pursuant to Sections 365 and 363; (III) an Order Approving the Settlement Between the Debtor and the Foundation Parties Pursuant to Bankruptcy Rule 9019; (IV) an Order Scheduling a Final Hearing with Respect to the Foregoing; and (V) an Order Granting Related Relief [Docket No. 19 – filed on July 17, 2026]

   Response/Objection Deadline: August 20, 2026 at 4:00 p.m. (ET); extended to a date to be determined for the U.S. Trustee and Rushikesh Manche

   Responses/Objections Received:

   i. Informal comments from the U.S. Trustee

   Related Documents:

   A. Notice of Filing of Exhibit B to Debtor's Motion for Entry of an Order Approving Postpetition Financing Under Seal [SEALED Docket No. 20 - filed on July 17, 2026]

[1] The last four digits of the Debtor's federal tax identification number are 5217. The Debtor's service address is c/o Legalinc Corporate Services Inc., 131 Continental Drive, Suite 305, Newark, New Castle County, DE 19713.

B. Interim Order (I) Authorizing the Debtor to (A) Obtain Post-Petition Financing and (B) Grant Liens, Including Senior Secured Liens, and Superpriority Administrative Expense Claims; and (II) Modifying the Automatic Stay [Docket No. 33 – entered on July 20, 2026]

Status: This matter is being adjourned to a date to be determined.

Dated: August 31, 2026
Wilmington, Delaware

Respectfully submitted,

*/s/ Gregory J. Flasser*

Jeremy W. Ryan (No. 4057)
Gregory J. Flasser (No. 6154)
Sameen Rizvi (No. 6902)
Wenting Wu (No. 7679)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: jryan@potteranderson.com
gflasser@potteranderson.com
srizvi@potteranderson.com
wwu@potteranderson.com

*Counsel to the Debtor and Debtor in Possession*