**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MVMT Labs, Inc.,<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 26-11113 (TMH) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned counsel enters his appearance in the above-captioned case on behalf of **Metaverse Technology Company-FZE** ("Metaverse") and requests that Metaverse be added to the official mailing matrix and service list in these cases and that all notices and other papers filed or served in the above-captioned case be served upon the following attorney:

Marc J. Phillips, Esq.
WHITEFORD, TAYLOR & PRESTON LLC
600 North King Street
Suite 300
Wilmington, Delaware 19801
Phone: (302) 353-4144
Email: mphillips@whitefordlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic filing, facsimile, or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that filing of this *Notice of Appearance and Request for Notices* shall not be deemed or construed to constitute a waiver of any substantive

or procedural right of Metaverse including, without limitation: (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Metaverse is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: September 8, 2026

**WHITEFORD, TAYLOR & PRESTON LLC**

*/s/ Marc J. Phillips*

Marc J. Phillips (Bar No. 4445)
600 North King Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Email: mphillips@whitefordlaw.com

*Counsel to Metaverse Technology Company-FZE*