**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MVMT Labs, Inc.,<br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 26-11113 (TMH)<br>**Re: Docket Nos. 19, 20, & 41** |

**ORDER AUTHORIZING THE DEBTOR TO FILE UNDER SEAL EXHIBIT B TO THE DEBTOR'S MOTION FOR ENTRY OF AN ORDER APPROVING POSTPETITION FINANCING**

Upon consideration of the motion (the "Motion to Seal")[1] of the Debtor for entry of an order (this "Order") pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, authorizing the Debtor to maintain Exhibit B to the DIP Motion under seal; and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding under 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion to Seal is in the best interests of the parties in interest; and the Court having found that notice of the Motion to Seal was appropriate under the circumstances, and no other or further notice need be provided; and the Court having reviewed and considered the Motion to Seal; and the Court having determined that the legal and factual bases set forth in the Motion to Seal establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion to Seal.

1. The Motion to Seal is GRANTED as set forth in this Order:

2. Pursuant to section 107(b) of the Bankruptcy Code and Local Rule 9018-1, the Debtor is authorized to redact portions of the Fenix Agreement as reflected in the redacted copy attached to this Order as **Exhibit A**.

3. The redacted portions of the Fenix Agreement shall not be made available to anyone except the Court, the U.S. Trustee, the Subchapter V Trustee, the DIP Lender, and any official committee appointed in the Chapter 11 Case, unless upon (i) agreement of the Debtor and the other counterparties to the Fenix Agreement or (ii) further order of the Court by motion on notice to the Debtor, the other counterparties to the Fenix Agreement, and parties in interest.

4. Nothing contained herein prejudices the U.S. Trustee's rights with respect to the contents of the Debtor's Schedules and Statement of Financial Affairs.

5. The Debtor is authorized to take any and all other actions necessary or appropriate to effectuate this Order.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Thomas M. Horan

**Dated: September 8th, 2026**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**