**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MVMT Labs Inc.,<br><br>Debtor.[1] | Chapter 11 (Subchapter V)<br><br>Case No. 26-11113 (TMH) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON SEPTEMBER 11, 2026 AT 10:00 A.M. (ET)**

**Please refer to Judge Horan's Chambers Procedures (https://www.deb.uscourts.gov/judge-thomas-m-horan) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements.**

**Registration is required by 4:00 p.m. (ET) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

## MATTER GOING FORWARD

1. Notice of Filing of Proposed Second Interim Order (I) Authorizing the Debtor to (A) Obtain Post-Petition Financing and (B) Grant Liens, Including Senior Secured Liens, and Superpriority Administrative Expense Claims; and (II) Modifying the Automatic Stay [Docket No. 121 – filed on August 31, 2026]

   Response/Objection Deadline: September 1, 2026 at 4:00 p.m. (ET)

   Responses/Objections Received:

   i. Informal comments from the U.S. Trustee

   ii. Preliminary Objection by Rushikesh Manche to Second Interim Order (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Grant Liens, Including Senior Secured Liens, and Superpriority Adminstrative Expense Claims; and (II) Modifying the Automatic Stay [Docket No. 125 – filed September 1, 2026]

---

[1] The last four digits of the Debtor's federal tax identification number are 5217. The Debtor's service address is c/o Legalinc Corporate Services Inc., 131 Continental Drive, Suite 305, Newark, New Castle County, DE 19713.

iii. Objection of the United States Trustee to the Debtor's Proposed Second Interim Order (I) Authorizing the Debtor to (A) Obtain Post-Petition Financing and (B) Grant Liens, Including Senior Secured Liens, and Superpriority Administrative Expense Claims; and (II) Modifying the Automatic Stay [Docket No. 129 – filed September 1, 2026]

Related Documents:

A. Debtor's Motion for Entry of (I) Interim and Final Orders (A) Authorizing the Debtor to (1) Obtain Post-Petition Financing and (2) Grant Liens, Including Senior Secured Liens, and Superpriority Administrative Expense Claims; and (B) Modifying the Automatic Stay; (II) an Order Authorizing the Assumption of the Fenix Agreement with Movement Network Foundation Pursuant to Sections 365 and 363; (III) an Order Approving the Settlement Between the Debtor and the Foundation Parties Pursuant to Bankruptcy Rule 9019; (IV) an Order Scheduling a Final Hearing with Respect to the Foregoing; and (V) an Order Granting Related Relief [Docket No. 19 – filed on July 17, 2026]

B. Notice of Filing of Exhibit B to Debtor's Motion for Entry of an Order Approving Postpetition Financing Under Seal [SEALED Docket No. 20 - filed on July 17, 2026]

C. Interim Order (I) Authorizing the Debtor to (A) Obtain Post-Petition Financing and (B) Grant Liens, Including Senior Secured Liens, and Superpriority Administrative Expense Claims; and (II) Modifying the Automatic Stay [Docket No. 33 – entered on July 20, 2026]

D. Notice of Hearing on Proposed Second Interim Order (I) Authorizing the Debtor to (A) Obtain Post-Petition Financing and (B) Grant Liens, Including Senior Secured Liens, and Superpriority Administrative Expense Claims; and (II) Modifying the Automatic Stay [Docket No. 122 – filed on August 31, 2026]

E. Notice of Filing of Approved DIP Budget [Docket No. 130 – filed September 1,2026]

F. Debtor's Witness and Exhibit List for Hearing on September 3, 2026 at 11:00 A.M. (ET) [Docket No. 131 – filed September 1, 2026]

G. Certification of Counsel Regarding Motion for Entry o an Order Authorizing the Debtor to File Under Seal Exhibit B to the Debtor's Motion for Entry of an Order Approving Post-Petition Financing [Docket No. 144 – filed September 4, 2026]

H. Order Authorizing the Debtor to File Under Seal Exhibit B to the Debtor's Motion for an Order Approving Postpetition Financing [Docket No. 148 – entered September 8, 2026]

Status: The Debtor has reached a settlement in principle with Mr. Manche and Mr. Manche has agreed to withdraw his objection without prejudice. The parties intend to provide an update for the Court on that resolution, but the matter is going forward with respect to the objection filed by the United States Trustee.

Dated: September 9, 2026
Wilmington, Delaware

Respectfully submitted,

*/s/ Sameen Rizvi*

Jeremy W. Ryan (No. 4057)
Gregory J. Flasser (No. 6154)
Sameen Rizvi (No. 6902)
Wenting Wu (No. 7679)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: jryan@potteranderson.com
gflasser@potteranderson.com
srizvi@potteranderson.com
wwu@potteranderson.com

*Counsel to the Debtor and Debtor in Possession*