**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| MVMT Labs Inc., | Case No. 26-11113 (TMH) |
| Debtor.[1] | **Re: Docket Nos. 19 & 33** |

**CERTIFICATION OF COUNSEL REGARDING SECOND INTERIM ORDER (I) AUTHORIZING THE DEBTOR TO (A) OBTAIN POSTPETITION FINANCING AND (B) GRANT LIENS, INCLUDING SENIOR SECURED LIENS, AND SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS; AND (II) MODIFYING THE AUTOMATIC STAY**

The undersigned hereby certifies as follows:

1. On July 17, 2026, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Debtor's Motion for Entry of (I) Interim and Final Orders (A) Authorizing the Debtor to (1) Obtain Post-Petition Financing and (2) Grant Liens, Including Senior Secured Liens, and Superpriority Administrative Expense Claims; and (B) Modifying the Automatic Stay; (II) an Order Authorizing the Assumption of the Fenix Agreement with Movement Network Foundation Pursuant to Sections 365 and 363; (III) an Order Approving the Settlement Between the Debtor and the Foundation Parties Pursuant to Bankruptcy Rule 9019; (IV) an Order Scheduling a Final Hearing with Respect to the Foregoing; and (V) an Order Granting Related Relief* [Docket No. 19] (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court").

[1] The last four digits of the Debtor's federal tax identification number are 5217. The Debtor's service address is c/o Legalinc Corporate Services Inc., 131 Continental Drive, Suite 305, Newark, New Castle County, DE 19713.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2. On July 20, 2026, the Court entered the *Interim Order (I) Authorizing the Debtor to (A) Obtain Post-Petition Financing and (B) Grant Liens, Including Senior Secured Liens, and Superpriority Administrative Expense Claims; and (II) Modifying the Automatic Stay* [Docket No. 33] (the "First Interim Order").

3. On September 1, 2026, Rushikesh Manche ("Manche") filed the *Preliminary Objection by Rushikesh Manche to Second Interim Order (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Grant Liens, Including Senior Secured Liens, and Superpriority Administrative Expense Claims; and (II) Modifying the Automatic Stay* [Docket No. 125] (the "Manche DIP Objection") and the U.S. Trustee filed the *Objection of the United States Trustee to the Debtor's Proposed Second Interim Order (I) Authorizing the Debtor to (A) Obtain Post-Petition Financing and (B) Granting Liens, Including Senior Secured Liens, and Superpriority Administrative Expense Claims; and (II) Modifying the Automatic Stay* [Docket No. 129] (the "U.S. Trustee DIP Objection" and, together with the Manche DIP Objection, the "Objections").

4. On September 8, 2026 the Debtor, Manche, the DIP Lender, and the Foundation Parties (collectively, the "Settlement Parties") engaged in a mediation with the Honorable Judge Christopher S. Sontchi during which the Settlement Parties agreed to a settlement in principle. Following the mediation, the Settlement Parties agreed upon the terms of a settlement agreement to resolve all outstanding matters related to and arising out of the relationship amongst the Settlement Parties, including, but not limited to, the Manche DIP Objection.

5. On September 11, 2026, a hearing was held during which the Debtor provided an update regarding the proposed settlement and informed the Court that it will be submitting (i) a motion to approve the settlement and (ii) a revised proposed order approving postpetition debtor-in-possession financing on a second interim basis that will replace the version previously filed at

Docket No. 121. At that hearing, the U.S. Trustee also agreed to not go forward with the U.S. Trustee DIP Objection, without prejudice to subsequently raise an objection to final approval of the Motion.

6. The parties have resolved the Objections through revisions to the proposed second interim order attached hereto as **Exhibit A** (the "Second Interim Order"). A copy of the Second Interim Order has been circulated to the U.S. Trustee and the Settlement Parties who do not object to its entry. For the convenience of the Court and all parties in interest, a blackline of the Second Interim Order against the First Interim Order is attached hereto as **Exhibit B.**

WHEREFORE, the Debtor respectfully requests that the Second Interim Order granting the relief requested in the Motion on a further interim basis, attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: September 17, 2026
Wilmington, Delaware

Respectfully submitted,

*/s/Wenting Wu*

Jeremy W. Ryan (No. 4057)
Gregory J. Flasser (No. 6154)
Sameen Rizvi (No. 6902)
Wenting Wu (No. 7679)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: jryan@potteranderson.com
gflasser@potteranderson.com
srizvi@potteranderson.com
wwu@potteranderson.com

*Counsel to the Debtor and Debtor in Possession*