**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re:<br><br>MVMT LABS, INC.,<br><br>Debtor. | :<br>:<br>:<br>:<br>:<br>: | Chapter 11<br>(Subchapter V)<br><br>Case No. 26-11113 (TMH) |

**MOTION TO SHORTEN NOTICE OF MOTION OF THE UNITED STATES TRUSTEE (I) OBJECTING TO THE DEBTOR'S DESIGNATION AS A SMALL BUSINESS DEBTOR AND (II) FOR ENTRY OF AN ORDER DEEMING THAT THE COUNTERPARTIES TO THE DEBTOR'S SIMPLE AGREEMENTS FOR FUTURE EQUITY HAVE ALLOWED NONCONTINGENT AND LIQUIDATED CLAIMS**

Andrew R. Vara, United States Trustee for Regions 3 and 9 (the "U.S. Trustee"), by his counsel, hereby submits this motion (the "Motion to Shorten"), pursuant to section 102 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") and Local Rule of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rule(s)") 9006-1(e), to shorten the notice period under Local Rule 9006-1(c) and Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rule(s)") 2002(a) with respect to the above-referenced motion (the "Motion"), and respectfully represents:

1. The U.S. Trustee seeks to shorten the notice period for the Motion so that the Motion may be heard at a hearing to be held on October 1, 2026 at 1:00 P.M. ET. In addition, the U.S. Trustee asks that this Court set a response deadline so as to permit responses to the Motion by 4:00 P.M. ET on September 25, 2026.

2. Good cause exists for the U.S. Trustee's request to shorten the notice period related to the Motion. The U.S. Trustee alleges in the Motion that counterparties to the Debtor's simple agreements for future equity (singular – "SAFE;" plural -- "SAFEs") hold claims which the Debtor has not acknowledged or scheduled. The Debtor's eligibility to proceed under

Subchapter V as a "small business debtor" is tied to the question of whether the SAFE counterparties have claims; if they do have claims, then the Debtor is ineligible to proceed under Subchapter V. The U.S. Trustee respectfully submits that a prompt determination of whether the case may proceed under Subchapter V or needs to switch to a "standard" track will aid case administration going forward.

3. Prior to filing the Motion to Shorten, the U.S. Trustee reached out to counsel to the Debtor and the DIP Lender to determine their respective positions with respect to the Motion to Shorten. In response, Debtor's counsel (Jeremy W. Ryan, Esq.) and counsel to the DIP Lender (Kenneth J. Enos, Esq.) indicated that their clients do not object to the relief requested in the Motion to Shorten.

WHEREFORE, the U.S. Trustee respectfully requests that the Court (i) approve the shortened notice period and hearing on the Motion for October 1, 2026 at 1:00 P.M. ET; (ii) permit responses to the Motion to be made by 4:00 P.M. ET on September 25, 2026; and (iii) grant such other and further relief as the Court deems just and proper.

Dated: September 18, 2026
Wilmington, Delaware

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE,**
**REGIONS 3 and 9**

By: *Joseph J. McMahon, Jr.*
Joseph J. McMahon, Jr. (# 4819)
Assistant United States Trustee
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491 (Phone)
joseph.mcmahon@usdoj.gov