**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re:<br><br>MVMT LABS, INC.,<br><br>Debtor. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Chapter 11<br>(Subchapter V)<br><br>Case No. 26-11113 (TMH)<br><br>**Re: D.I. 162, __________** |

**ORDER SHORTENING NOTICE OF MOTION OF THE UNITED STATES TRUSTEE (I) OBJECTING TO THE DEBTOR'S DESIGNATION AS A SMALL BUSINESS DEBTOR AND (II) FOR ENTRY OF AN ORDER DEEMING THAT THE COUNTERPARTIES TO THE DEBTOR'S SIMPLE AGREEMENTS FOR FUTURE EQUITY HAVE ALLOWED NONCONTINGENT AND LIQUIDATED CLAIMS**

Upon the Motion to Shorten[1] of the U.S. Trustee for authority, pursuant to section 102 of the Bankruptcy Code and Local Rule 9006-1(e), to shorten the notice period under Local Rule 9006-1(c) and Bankruptcy Rule 2002(a) with respect to the above-referenced Motion, all as more fully set forth in the Motion to Shorten; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion to Shorten is granted; and it is further

ORDERED that a hearing on the Motion shall be held on October 1, 2026 at 1:00 P.M. ET; and it is further

ORDERED that all responses and objections, if any, to the relief sought in the Motion shall be made in writing by 4:00 P.M. ET on September 25, 2026; and is further

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion to Shorten.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or in relation to the implementation of this Order.