**CERTIFICATE OF SERVICE**

I, Marc J. Phillips, do hereby certify that on September 24, 2026, I caused a copy of the ***Limited Objection and Reservation of Rights of Metaverse Technology Company – FZE to Entry of the Proposed Final DIP Order*** to be served upon (i) all parties of record via CM/ECF; and (ii) by electronic mail upon the parties on the attached service list.

*/s/ Marc J. Phillips*
Marc J. Phillips (DE No. 4445)

Counsel to the Debtor
Jeremy W. Ryan
Gregory J. Flasser
Potter Anderson & Corroon LLP
1313 N. Market Street
7th Floor
Wilmington, DE 19801-6108
Email: jryan@potteranderson.com
gflasser@potteranderson.com

Subchapter V Trustee
Jeffrey Schwendeman
RPA Advisors, LLC
45 Eisenhower Drive
Paramus, NJ 07652
Email: jschwendeman@rpaadvisors.com

Counsel to the DIP Lender
Fredric Sosnick
William S. Holste
Allen Overy Shearman Sterling US LLP
599 Lexington Avenue
New York, NY 10022
Email: fsosnick@aoshearman.com
william.holste@aoshearman.com

Counsel to the DIP Lender
Kenneth Enos
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801
Email: kenos@ycst.com

Office of the United States Trustee for Region 3
District of Delaware
Joseph James McMahon, Jr.
J. Caleb Boggs Building
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801
Email: joseph.mcmahon@usdoj.gov