**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re:<br><br>MVMT LABS, INC.,<br><br>Debtor. | :<br>:<br>:<br>:<br>:<br>: | Chapter 11<br>(Subchapter V)<br><br>Case No. 26-11113 (TMH) |

**NOTICE OF WITHDRAWAL OF**
**MOTION OF THE UNITED STATES TRUSTEE (I) OBJECTING TO THE DEBTOR'S DESIGNATION AS A SMALL BUSINESS DEBTOR AND (II) FOR ENTRY OF AN ORDER DEEMING THAT THE COUNTERPARTIES TO THE DEBTOR'S SIMPLE AGREEMENTS FOR FUTURE EQUITY HAVE ALLOWED NONCONTINGENT AND LIQUIDATED CLAIMS**

PLEASE TAKE NOTICE THAT Andrew R. Vara, United States Trustee for Regions 3 and 9, by his counsel, hereby withdraws his *Motion (i) Objecting to the Debtor's Designation as a Small Business Debtor and (ii) for Entry of an Order Deeming that the Counterparties to the Debtor's Simple Agreements for Future Equity Have Allowed Noncontingent and Liquidated Claims* [D.I. 162, filed 9/14/26].

Dated: October 14, 2026
Wilmington, Delaware

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE,**
**REGIONS 3 and 9**

By: *Joseph J. McMahon, Jr.*
Joseph J. McMahon, Jr. (# 4819)
Assistant United States Trustee
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491 (Phone)
joseph.mcmahon@usdoj.gov