**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MVMT Labs Inc.,<br><br>Debtor.[1] | Chapter 11 (Subchapter V)<br><br>Case No. 26-11113 (TMH)<br><br>**Re: Docket Nos. 19, 33, 170, & 171** |

**NOTICE OF FILING OF REVISED PROPOSED FINAL ORDER (I) AUTHORIZING THE DEBTOR TO (A) OBTAIN POSTPETITION FINANCING AND (B) GRANT LIENS, INCLUDING SENIOR SECURED LIENS, AND SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS; (II) MODIFYING THE AUTOMATIC STAY; (III) APPROVING THE SETTLEMENT BETWEEN THE DEBTOR AND THE FOUNDATION PARTIES PURSUANT TO BANKRUPTCY RULE 9019; (IV) AUTHORIZING THE ASSUMPTION OF THE FENIX AGREEMENT PURSUANT TO SECTIONS 365 AND 363 OF THE BANKRUPTCY CODE; AND (V) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on July 17, 2026, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Debtor's Motion for Entry of (I) Interim and Final Orders (A) Authorizing the Debtor to (1) Obtain Post-Petition Financing and (2) Grant Liens, Including Senior Secured Liens, and Superpriority Administrative Expense Claims; and (B) Modifying the Automatic Stay; (II) an Order Authorizing the Assumption of the Fenix Agreement with Movement Network Foundation Pursuant to Sections 365 and 363; (III) an Order Approving the Settlement Between the Debtor and the Foundation Parties Pursuant to Bankruptcy Rule 9019; (IV) an Order Scheduling a Final Hearing with Respect to the Foregoing; and (V) an Order Granting Related Relief* [Docket No. 19] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

[1] The last four digits of the Debtor's federal tax identification number are 5217. The Debtor's service address is c/o Legalinc Corporate Services Inc., 131 Continental Drive, Suite 305, Newark, New Castle County, DE 19713.

**PLEASE TAKE FURTHER NOTICE** that on July 20, 2026, the Court entered the *Interim Order (I) Authorizing the Debtor to (A) Obtain Post-Petition Financing and (B) Grant Liens, Including Senior Secured Liens, and Superpriority Administrative Expense Claims; and (II) Modifying the Automatic Stay* [Docket No. 33] (the "First Interim Order"), which attached a copy of the Debtor-in-Possession Loan and Security Agreement, dated July 20, 2026.

**PLEASE TAKE FURTHER NOTICE** that on September 18, 2026, the Court entered the *Second Interim Order (I) Authorizing the Debtor to (A) Obtain Post-Petition Financing and (B) Grant Liens, Including Senior Secured Liens, and Superpriority Administrative Expense Claims; and (II) Modifying the Automatic Stay* [Docket No. 171] (the "Second Interim Order"), which attached a copy of the Amended and Restated Debtor-in-Possession Loan and Security Agreement.

**PLEASE TAKE FURTHER NOTICE** that on September 17, 2026, the Debtor filed the *Notice of Final Hearing Regarding Debtor's Motion for Entry of (I) Interim and Final Orders (A) Authorizing the Debtor to (1) Obtain Post-Petition Financing and (2) Grant Liens, Including Senior Secured Liens, and Superpriority Administrative Expense Claims; and (B) Modifying the Automatic Stay; (II) an Order Authorizing the Assumption of the Fenix Agreement with Movement Network Foundation Pursuant to Sections 365 and 363; (III) an Order Approving the Settlement Between the Debtor and the Foundation Parties Pursuant to Bankruptcy Rule 9019; (IV) an Order Scheduling a Final Hearing with Respect to the Foregoing; and (V) an Order Granting Related Relief* [Docket No. 170] (the "Notice").

**PLEASE TAKE FURTHER NOTICE** that attached to the Notice as Exhibit A was the proposed *Final Order (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Grant Liens, Including Senior Secured Liens, and Superpriority Administrative Expense*

*Claims; (II) Modifying the Automatic Stay; (III) Approving the Settlement Between the Debtor and the Foundation Parties Pursuant to Bankruptcy Rule 9019; (IV) Authorizing the Assumption of the Fenix Agreement Pursuant to Section 365 and 363 of the Bankruptcy Code; and (V) Granting Related Relief* (the "Proposed Final Order"), which attached a copy of the proposed Second Amended and Restated Debtor-in-Possession Loan and Security Agreement (the "Proposed Second Amended Credit Agreement").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a revised proposed *Final Order (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Grant Liens, Including Senior Secured Liens, and Superpriority Administrative Expense Claims; (II) Modifying the Automatic Stay; (III) Approving the Settlement Between the Debtor and the Foundation Parties Pursuant to Bankruptcy Rule 9019; (IV) Authorizing the Assumption of the Fenix Agreement Pursuant to Section 365 and 363 of the Bankruptcy Code; and (V) Granting Related Relief* (the "Revised Proposed Final Order"), which attaches a revised proposed Second Amended and Restated Debtor-in-Possession Loan and Security Agreement (the "Revised Second Amended Credit Agreement").

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Court and all parties in interest, a redline reflecting the revisions to the Revised Proposed Final Order against the Proposed Final Order is attached hereto as **Exhibit B**. Additionally, a change page only redline reflecting the revisions to the Revised Second Amended Credit Agreement against the Proposed Second Amended Credit Agreement is attached hereto as **Exhibit C**.

**PLEASE TAKE FURTHER NOTICE** that, the Debtor intends to seek entry of the Revised Proposed Final Order at a hearing before the Honorable Thomas M. Horan at the United

States Bankruptcy Court for the District of Delaware, located at 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801 on **October 19, 2026 at 1:00 p.m. (ET)**.

Dated: October 14, 2026
Wilmington, Delaware

Respectfully submitted,

*/s/ Gregory J. Flasser*

Jeremy W. Ryan (No. 4057)
Gregory J. Flasser (No. 6154)
Sameen Rizvi (No. 6902)
Wenting Wu (No. 7679)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: jryan@potteranderson.com
gflasser@potteranderson.com
srizvi@potteranderson.com
wwu@potteranderson.com

*Counsel to the Debtor and Debtor in Possession*