**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| MVMT Labs, Inc., | Case No. 26-11113 (TMH) |
| Debtor.[1] | **Re: Docket No. 193** |

**ORDER APPROVING AND AUTHORIZING DEBTOR'S MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 FOR APPROVAL OF SETTLEMENT AGREEMENT AMONG DEBTORS, THE MANCHE PARTIES, AND THE FOUNDATION PARTIES**

Upon the motion (the "Motion")[2] of the above-captioned debtor and debtor in possession (the "Debtor") for entry of an order (this "Order"), approving and authorizing the settlement agreement attached to this Order as **Exhibit 1** (the "Settlement Agreement"), Rushikesh Manche ("Manche"), Bedford Crypto L.P. and Bedford Crypto G.P. (together, "Bedford"), Midas Foundation ("Midas" and with Manche and Bedford, the "Manche Parties"), MNF DIP SPV Ltd. (the "DIP Lender"), Movement Limited and Movement Network Foundation ("Foundation" and, together with the DIP Lender and Movement Limited, the "Foundation Parties" and the Foundation Parties, collectively with the Debtor and the Manche Parties, the "Settlement Parties"), all as more fully set forth in the Motion; and this Court having jurisdiction over this matter in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found

---

1 The last four digits of the Debtor's federal tax identification number are 5217. The Debtor's service address is c/o Legalinc Corporate Services Inc., 131 Continental Drive, Suite 305, Newark, New Castle County, DE 19713.

2 Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

that venue of these cases is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted; and upon all of the proceedings had before the Court after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT,

1. The Motion is GRANTED as set forth herein.

2. The Debtor is authorized, pursuant to Bankruptcy Rule 9019 to enter into the Settlement Agreement, attached to this Order as **Exhibit 1**, with the Foundation Parties and the Manche Parties.

3. The Settlement Agreement is approved in all respects.

4. The Settlement Agreement is fair and reasonable and entered into in good faith by the Settlement Parties.

5. Notwithstanding any provision to the contrary in the Settlement Agreement, payment of the Settlement Payment Amount may be made by any of the Manche Parties.

6. The Settlement Parties are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Order.

7. Notwithstanding any provision in the Bankruptcy Code or Bankruptcy Rules to the contrary, including but not limited to Bankruptcy Rule 6004(h) or otherwise, this Order shall be effective and enforceable immediately upon its entry.

8. The Court authorizes the sealing of provisions of the Settlement Agreement as set forth in Exhibit 1; provided, however, such authorization is without prejudice to the right of a

party-in-interest to seek to have the sealed provisions unsealed upon a motion with notice to all Settlement Parties and the Office of the U.S. Trustee and opportunity for a hearing.

9. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order or the Settlement Agreement.

Thomas M. Horan

**Dated: October 15th, 2026**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**