**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| MVMT Labs Inc., | Case No. 26-11113 (TMH) |
| Debtor.[1] | |

***AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 19, 2026 AT 1:00 P.M. (ET)**

**This proceeding will be conducted in-person in Courtroom No. 7 on the 3rd Floor. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.**

**Please refer to Judge Horan's Chambers Procedures (https://www.deb.uscourts.gov/judge-thomas-m-horan) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements.**

**Registration is required by one hour prior to the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

**WITHDRAWN MATTER:**

1. Motion (i) Objecting to the Debtor's Designation as a Small Business Debtor and (ii) Deeming That the Counterparties to the Debtor's Simple Agreements for Future Equity Have Allowed Noncontingent and Liquidated Claims [Docket No. 162 – filed on September 14, 2026]

   Response/Objection Deadline: September 25, 2026 at 4:00 p.m. (ET); extended for the Debtor to October 14, 2026 at 4:00 p.m. (ET)

   Responses/Objections Received:

---

1 The last four digits of the Debtor's federal tax identification number are 5217. The Debtor's service address is c/o Legalinc Corporate Services Inc., 131 Continental Drive, Suite 305, Newark, New Castle County, DE 19713.

2 **Amended items appear in bold and/or italics.**

i. Joinder of Mithai Trust and Portico Consulting LLC d/b/a Digital Incubation Group in Support of United States Trustee's Motion Objecting to the Debtor's Designation as a Small Business Debtor [Docket No. 202 – filed on October 12, 2026]

Related Documents:

A. Order Shortening Notice of Motion (i) Objecting to the Debtor's Designation as a Small Business Debtor and (ii) Deeming that the Counterparties to the Debtor's Simple Agreements for Future Equity Have Allowed Noncontingent and Liquidated Claims [Docket No. 174 – entered on September 18, 2026]

B. Notice of Motion (i) Objecting to the Debtor's Designation as a Small Business Debtor and (ii) Deeming that the Counterparties to the Debtor's Simple Agreements for Future Equity Have Allowed Noncontingent and Liquidated Claims [Docket No. 175 – filed on September 18, 2026]

C. Amended Notice of Hearing re: Motion of the United States Trustee (i) Objecting to the Debtor's Designation as a Small Business Debtor and (ii) for Entry of an Order Deeming that the Counterparties to the Debtor's Simple Agreements for Future Equity Have Allowed Noncontingent and Liquidated Claims [Docket No. 179 – filed on September 22, 2026]

D. Second Amended Notice of Hearing re: Motion of the United States Trustee (i) Objecting to the Debtor's Designation as a Small Business Debtor and (ii) for Entry of an Order Deeming that the Counterparties to the Debtor's Simple Agreements for Future Equity Have Allowed Noncontingent and Liquidated Claims [Docket No. 184 – filed on September 25, 2026]

E. Supplemental Declaration of Michael Robinson, Chief Restructuring Officer of the Debtor, in Support of Chapter 11 Petition and First Day Motions [Docket No. 204 – filed on October 14, 2026]

F. Notice of Withdrawal of Motion of the United States Trustee (i) Objecting to the Debtor's Designation as a Small Business Debtor and (ii) for Entry of an Order Deeming that the Counterparties to the Debtor's Simple Agreements for Future Equity Have Allowed Noncontingent and Liquidated Claims [Docket No. 206 – filed on October 14, 2026]

Status: This matter has been withdrawn, and the joinder is moot in light of the withdrawal of the underlying motion.

**<u>RESOLVED MATTER</u>:**

2. Debtor's Motion for Entry of an Order (I) Authorizing Debtor to Employ Professionals Utilized in the Ordinary Course of Business, (II) Waiving Certain Information Requirements of Local Rule 2016-1, and (III) Granting Related Relief [Docket No. 163– filed on September 16, 2026]

<u>Response/Objection Deadline</u>: September 24, 2026 at 4:00 p.m. (ET)

<u>Responses/Objections Received</u>: None

<u>Related Documents</u>:

A. Certificate of No Objection Debtor's Motion for Entry of an Order (I) Authorizing Debtor to Employ Professionals Utilized in the Ordinary Course of Business, (II) Waiving Certain Information Requirements of Local Rule 2016-1, and (III) Granting Related Relief [Docket No. 185 – filed on September 25, 2026]

B. Order (I) Authorizing Debtor to Employ Professionals Utilized in the Ordinary Course of Business, (II) Waiving Certain Information Requirements of Local Rule 2016-1, and (III) Granting Related Relief [Docket No. 192 – entered on September 28, 2026]

<u>Status</u>: The order has been entered. No hearing is necessary.

**<u>MATTER WITH CERTIFICATE OF NO OBJECTION</u>:**

3. Debtor's Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Approval of Settlement Agreement [Docket No. 193 - filed on September 28, 2026]

<u>Response/Objection Deadline</u>: October 13, 2026 at 4:00 p.m. (ET)

<u>Responses/Objections Received</u>: None

<u>Related Documents</u>:

A. [SEALED] Notice of Filing of Exhibit B to Debtor's Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Approval of Settlement Agreement Among Debtors, The Manche Parties, and The Foundation Parties Under Seal [Docket No. 194 – filed on September 29, 2026]

B. Certificate of No Objection Regarding Debtor's Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Approval of Settlement Agreement [Docket No. 205 – filed on October 14, 2026]

C. **Order Approving and Authorizing Debtor's Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Approval of Settlement Agreement Among Debtors, The Manche Parties, and The Foundation Parties [Docket No. 212 – entered on October 15, 2026]**

**Status: The order has been entered. No hearing is necessary.**

**MATTERS GOING FORWARD:**

4. Debtor's Motion for Entry of (I) Interim and Final Orders (A) Authorizing the Debtor to (1) Obtain Post-Petition Financing and (2) Grant Liens, Including Senior Secured Liens, and Superpriority Administrative Expense Claims; and (B) Modifying the Automatic Stay; (II) an Order Authorizing the Assumption of the Fenix Agreement with Movement Network Foundation Pursuant to Sections 365 and 363; (III) an Order Approving the Settlement Between the Debtor and the Foundation Parties Pursuant to Bankruptcy Rule 9019; (IV) an Order Scheduling a Final Hearing with Respect to the Foregoing; and (V) an Order Granting Related Relief [Docket No. 19 – filed on July 17, 2026]

Response/Objection Deadline: September 24, 2026 at 4:00 p.m. (ET); extended to October 14, 2026 at 4:00 p.m. (ET) for the Office of the United States Trustee for the District of Delaware.

Responses/Objections Received:

i. Limited Objection and Reservation of Rights of Metaverse Technology Company - FZE to Entry of the Proposed Final DIP Order [Docket No. 180 – filed on September 24, 2026]

ii. Joinder of Mithai Trust and Portico Consulting LLC d/b/a Digital Incubation Group to the Limited Objection and Reservation of Rights of Metaverse Technology Company - FZF to Entry of the Proposed Final Dip Order [Docket No. 181 – filed on September 24, 2026]

iii. DIP Lender's Omnibus Reply to (I) the Limited Objection and Reservation of Rights of Metaverse Technology Company - FZE to Entry of the Proposed Final DIP Order and (II) the Joinder of Mithai Trust and Portico Consulting LLC d/b/a Digital Incubation Group [Docket No. 208 – filed on October 14, 2026]

Related Documents:

A. [SEALED] Notice of Filing of Exhibit B to Debtor's Motion for Entry of an Order Approving Postpetition Financing Under Seal [Docket No. 20 - filed on July 17, 2026]

B. Interim Order (I) Authorizing the Debtor to (A) Obtain Post-Petition Financing and (B) Grant Liens, Including Senior Secured Liens, and Superpriority Administrative Expense Claims; and (II) Modifying the Automatic Stay [Docket No. 33 – entered on July 20, 2026]

C. Notice of Filing of Approved DIP Budget [Docket No. 130 – filed September 1, 2026]

D. Order Authorizing the Debtor to File Under Seal Exhibit B to the Debtor's Motion for Entry of an Order Approving Postpetition Financing [Docket No. 148 – entered on September 8, 2026]

E. Notice of Final Hearing Regarding Debtor's Motion for Entry of (I) Interim and Final Orders (A) Authorizing the Debtor to (1) Obtain Post-Petition Financing and (2) Grant Liens, Including Senior Secured Liens, and Superpriority Administrative Expense Claims; and (B) Modifying the Automatic Stay; (II) an Order Authorizing the Assumption of the Fenix Agreement with Movement Network Foundation Pursuant to Sections 365 and 363; (III) an Order Approving the Settlement Between the Debtor and the Foundation Parties Pursuant to Bankruptcy Rule 9019; (IV) an Order Scheduling a Final Hearing with Respect to the Foregoing; and (V) an Order Granting Related Relief [Docket No. 170 – filed on September 17, 2026]

F. Second Interim Order (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Grant Liens, Including Senior Secured Liens, and Superpriority Administrative Expense Claims; and (II) Modifying the Automatic Stay [Docket No. 171 – entered on September 18, 2026]

G. Supplemental Declaration of Michael Robinson, Chief Restructuring Officer of the Debtor, in Support of Chapter 11 Petition and First Day Motions [Docket No. 204 – filed on October 14, 2026]

H. Notice of Filing of Revised Proposed Final Order (I) Authorizing the Debtor to (A) Obtain Post-Petition Financing and (B) Grant Liens, Including Senior Secured Liens, and Superpriority Administrative Expense Claims; (II) Modifying the Automatic Stay; (III) Approving the Settlement Between the Debtor and the Foundation Parties Pursuant to Bankruptcy Rule 9019; (IV) Authorizing the Assumption of the Fenix Agreement Pursuant to Sections 365 and 363 of the Bankruptcy Code; and (V) Granting Related Relief [Docket No. 207 – filed on October 14, 2026]

I. Debtor's Reply in Support of Motion for Entry of (I) Interim and Final Orders (A) Authorizing the Debtor to (1) Obtain Post-Petition Financing and (2) Grant Liens, Including Senior Secured Liens, and Superpriority Administrative Expense Claims; and (B) Modifying the Automatic Stay; (II) an Order Authorizing the Assumption of the Fenix Agreement with Movement Network Foundation Pursuant to Sections 365 and 363; (III) an Order Approving the Settlement Between the

Debtor and the Foundation Parties Pursuant to Bankruptcy Rule 9019; (IV) an Order Scheduling a Final Hearing with Respect to the Foregoing; and (V) an Order Granting Related Relief [Docket No. 209 – filed on October 15, 2026]

Status: This matter is going forward. **Metaverse's objection has been resolved by the revised proposed final DIP order.**

5. Debtor's Motion for Leave to File and Serve a Late Reply in Support of DIP Financing Motion [Docket No. 210 – filed on October 15, 2026]

Response/Objection Deadline: At or before the hearing.

Responses/Objections Received: None

Related Documents:

A. Debtor's Reply in Support of Motion for Entry of (I) Interim and Final Orders (A) Authorizing the Debtor to (1) Obtain Post-Petition Financing and (2) Grant Liens, Including Senior Secured Liens, and Superpriority Administrative Expense Claims; and (B) Modifying the Automatic Stay; (II) an Order Authorizing the Assumption of the Fenix Agreement with Movement Network Foundation Pursuant to Sections 365 and 363; (III) an Order Approving the Settlement Between the Debtor and the Foundation Parties Pursuant to Bankruptcy Rule 9019; (IV) an Order Scheduling a Final Hearing with Respect to the Foregoing; and (V) an Order Granting Related Relief [Docket No. 209 – filed on October 15, 2026]

**Status: The Court has indicated the order will be entered. No hearing is necessary.**

Dated: October 15, 2026
Wilmington, Delaware

Respectfully submitted,

*/s/ Gregory J. Flasser*
Jeremy W. Ryan (No. 4057)
Gregory J. Flasser (No. 6154)
Sameen Rizvi (No. 6902)
Wenting Wu (No. 7679)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: jryan@potteranderson.com
gflasser@potteranderson.com
srizvi@potteranderson.com
wwu@potteranderson.com

*Counsel to the Debtor and Debtor in Possession*