**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MVMT Labs, Inc.,<br><br>Debtor.[1] | Chapter 11 (Subchapter V)<br><br>Case No. 26-11113 (TMH)<br><br>**Re: Docket No. 196** |

**CERTIFICATE OF NO OBJECTION REGARDING FIRST MONTHLY FEE APPLICATION OF CROWELL & MORING LLP FOR COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO THE DEBTOR FOR THE PERIOD FROM JULY 15, 2026 THROUGH AUGUST 31, 2026**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or any other responsive pleading has been received to *the First Monthly Fee Application of Crowell & Moring LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Special Litigation-Counsel to the Debtor for the Period from July 15, 2026 Through August 31, 2026* [Docket No. 196] (the "Application"). The undersigned further certifies that she has reviewed the Court's docket in these cases and no formal answer, objection, or other response to the Application appears thereon.[2] The Application was filed with the Court on the date listed on **Exhibit A**.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 94] (the "Interim Compensation Order"), the Debtor is authorized and directed to pay

[1] The last four digits of the Debtor's federal tax identification number are 5217. The Debtor's service address is c/o Legalinc Corporate Services Inc., 131 Continental Drive, Suite 305, Newark, New Castle County, DE 19713.

[2] Pursuant to the Interim Compensation Order (as that term is defined herein), parties had twenty (20) days after the date of service to object to the Application.

the Applicant eighty percent (80%) of the monthly fees and one hundred percent (100%) of the monthly expenses requested in the Application upon the filing of this Certificate of No Objection without the need for entry of a Court order approving the Application.

Dated: October 26, 2026
Wilmington, Delaware

Respectfully submitted,

*/s/ Wenting Wu*

Jeremy W. Ryan (No. 4057)
Gregory J. Flasser (No. 6154)
Sameen Rizvi (No. 6902)
Wenting Wu (No. 7679)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: jryan@potteranderson.com
gflasser@potteranderson.com
srizvi@potteranderson.com
wwu@potteranderson.com

*Counsel to the Debtor and Debtor in Possession*

# EXHIBIT A

**MVMT Labs, Inc.,**
**CASE NO. 26-11113 (TMH)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
| --- | --- | --- | --- | --- | --- |
| Crowell & Moring LLP<br><br>[Docket No. 196] | 7/15/2026-8/31/2026 | $87,174.90 (Fees)<br><br>$0.00 (Expenses) | $69,739.92 (Fees at 80%)<br><br>$0.00 (Expenses at 100%) | 10/2/2026 | 10/22/2026 |