**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re:<br><br>MVMT LABS, INC.,<br><br>Debtor. | :<br>:<br>:<br>:<br>:<br>: | Chapter 11<br>(Subchapter V)<br><br>Case No. 26-11113 (TMH) |

**NOTICE OF RESUMPTION OF MEETING OF CREDITORS**

PLEASE TAKE NOTICE that the meeting of creditors in the above-captioned case will resume on **Friday, December 4, 2026 at 11:00 A.M. ET**.

To join the Zoom-based meeting, go to Zoom.us/join, enter Meeting ID 161 9732 1517 and Passcode 3388093805 OR call 1-646-828-7666 (you will need the Meeting ID and Passcode after dialing).

Dated: November 21, 2026
Wilmington, Delaware

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE,**
**REGIONS 3 and 9**

By: *Joseph J. McMahon, Jr.*

Joseph J. McMahon, Jr. (# 4819)
Assistant United States Trustee
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491 (Phone)
joseph.mcmahon@usdoj.gov